IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States Commodity Futures Trading Commission,<br><br>  Plaintifff,<br><br>  v.<br><br>Michael Whitney, et al.,<br><br>  Defendants. | Misc. No. 1:06-mc-0210 (RCL)<br><br>**STIPULATION AND ORDER** |

  **WHEREAS** The U.S. Commodity Futures Trading Commission ("CFTC") served third party The McGraw-Hill Companies, Inc. ("McGraw-Hill") with a motion to compel on May 8, 2006; and

  **WHEREAS** McGraw-Hill requests and the CFTC assents,

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties, that the respondent McGraw-Hill will serve its Opposition to the CFTC's Motion to Compel and its Cross Motion by May 26, 2006; that the CFTC will serve its reply papers in further support of its Motion to Compel and its Opposition to McGraw-Hill's Cross Motion for a Protective Order by June 7, 2006; and that McGraw-Hill will serve its reply papers in further support of its Cross Motion by June 14, 2006.

Dated: May 19, 2006

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION | DAVIS WRIGHT TREMAINE LLP |
| By: *[signature: Anthony Mansfield]* | By: *[signature: Richard L. Cys]* |
| Michael J. Otten (VA Bar No. 42371)<br>Anthony Mansfield (MA Bar 630216)<br>Laura Grady (FL Bar 523909)<br>1155 21st Street, N.W.<br>Washington, D.C. 20581<br>(202) 418-5000 | Richard L. Cys (D.C. Bar 087536)<br>1500 K Street NW, Suite 450<br>Washington, D. C. 20005-1272<br>(202) 508-6600 |
| *Counsel for United States Commodity Futures Trading Commission* | *Counsel for The McGraw-Hill Companies*<br><br>Of Counsel:<br><br>DAVIS WRIGHT TREMAINE LLP<br>Victor A. Kovner<br>Carolyn K. Foley<br>Kevan Choset<br>1633 Broadway<br>New York, NY 10019<br>(212) 489-8230 |

It is SO ORDERED.

Signed at Washington, D.C.,
this ____ day of _____, 2006.

_____
United States District Court Judge