UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE MCGRAW-HILL COMPANIES, INC.,<br><br>Defendant. | Misc. No. 06-210 (RCL) |

## ORDER

Upon consideration of the Stipulation [2] between plaintiff (the "CFTC") and third-party defendant the McGraw-Hill Companies, Inc., regarding filing deadlines, it is hereby

ORDERED that the Stipulation [2] is approved; and it is further

ORDERED that the following deadlines shall apply in this case:

1. Respondent McGraw-Hill shall serve its Opposition to the CFTC's Motion to Compel and its Cross Motion by May 26, 2006;

2. The CFTC shall serve its reply papers in further support of its Motion to Compel and its Opposition to McGraw-Hill's Cross Motion for a Protective Order by June 7, 2006; and

3. Respondent McGraw-Hill shall serve its reply papers in further support of its Cross Motion by June 14, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 19, 2006.