IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

U.S. Commodity Futures Trading Commission,

    Plaintiff,

- against -

Michael Whitney, et al.,

    Defendants.

---

Civil Action No.:

1:06MS00210 (RCL)

## DECLARATION IN SUPPORT OF
## MOTION TO ADMIT KEVAN CHOSET, ESQUIRE
## *PRO HAC VICE*

KEVAN CHOSET declares under penalty of perjury:

1. I am an associate with the firm of Davis Wright Tremaine LLP, attorneys for Third Party The McGraw-Hill Companies, Inc., and I submit this declaration in support of the motion for my admission *pro hac vice* to the United States District Court for the District of Columbia.

2. My address and telephone number are 1633 Broadway, 27th Floor, New York, New York 10019 and 212-603-6435. I do not reside or maintain a business address in the Washington, D.C. area.

3. I have been a member in good standing of the Bar of the State of New York since 2005. At no time have I ever been the subject of any disciplinary proceeding.

4. I have not filed any other petitions for *pro hac vice* admission to the District Court for the District of Columbia in the past two years.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to the United States District Court for the District of Columbia for purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2006, New York, New York.

_____
Kevan Choset

2