IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
U.S. Commodity Futures Trading Commission,  :
                     Plaintiff,  :  Misc. No. _____

      - against -  :

Michael Whitney, et al.,  :

                     Defendants.  :
---------------------------------------------------------------- x

**ORDER ADMITTING KEVAN CHOSET, ESQUIRE**
*PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Kevan Choset, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Third Party The McGraw-Hill Companies, Inc. in this case.

DATED this _____ day of _____, 2006.

                                                                         _____
                                                                         United States District Judge