IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>                Plaintiff,<br><br>      - against -<br><br>Michael Whitney, et al.,<br><br>                Defendants. | Civil Action No.:<br><br>1:06MS00210 (RCL) |

---

**ORDER ADMITTING CAROLYN K. FOLEY, ESQUIRE**
***PRO HAC VICE***

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Carolyn K. Foley, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Third Party The McGraw-Hill Companies, Inc. in this case.

DATED this _____ day of _____, 2006.

 

                                                    _____
                                                    United States District Judge