IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

U.S. Commodity Futures Trading Commission,

           Plaintiff,

- against -

Michael Whitney, et al.,

           Defendants.

Civil Action No.:

1:06MS00210 (RCL)

---

## MOTION TO ADMIT VICTOR A. KOVNER, ESQUIRE *PRO HAC VICE*

COMES NOW, Richard L. Cys, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Victor A. Kovner, *pro hac vice*, as counsel for McGraw-Hill Companies, Inc. ("McGraw Hill") in this proceeding. As grounds therefore, movant states:

1. Mr. Kovner is a member in good standing of the Bars of the State of New York. He is also admitted to practice before the federal courts of Eastern and Southern Districts of New York and the United States Court of Appeals for the Second, Third and Seventh Circuit and the United States Supreme Court.

2. Mr. Kovner is an experienced attorney and litigator. He is a chosen representative of McGraw-Hill, and has represented McGraw-Hill in proceedings raising similar issues before this Court and the United States District Court for the Southern District of New York.

3. Mr. Kovner is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

4. Movant is satisfied that Mr. Kovner possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Victor A. Kovner as *pro hac vice* as representative of Third Party The McGraw-Hill Companies, Inc. in this proceeding.

DATED this 23rd day of May, 2006.

Respectfully submitted,

*/s/ Richard L. Cys*

Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272
(202) 508-6600 (phone)
(202) 508-6699 (fax)

Counsel for Third Party The McGraw-Hill Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
U.S. Commodity Futures Trading Commission,  :
               Plaintiff,  :  Civil Action No.:
   - against -  :  1:06MS00210 (RCL)
Michael Whitney, et al.,  :
               Defendants.  :
               :
---------------------------------------------------------- x

**MEMORANDUM IN SUPPORT OF MOTION TO ADMIT
VICTOR A. KOVNER, ESQUIRE, *PRO HAC VICE***

In support of his Motion to Admit Victor A. Kovner, Esquire, *Pro Hac Vice*, movant respectfully cites Rule 83.2 of the Local Rules of this Court.

DATED this 23rd day of May, 2006.

                                                                           Respectfully submitted,

                                                                           _/s/ Richard L. Cys_
                                                                           Richard L. Cys
                                                                           D.C. Bar No. 087536
                                                                           DAVIS WRIGHT TREMAINE LLP
                                                                           1500 K Street, N.W.
                                                                           Suite 450
                                                                           Washington, D.C. 20005-1272
                                                                           (202) 508-6600 (phone)
                                                                           (202) 508-6699 (fax)

                                                                           Counsel for Third Party The McGraw-Hill
                                                                           Companies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2006, copies of the foregoing Motion to Admit Victor A. Kovner, Esquire *Pro Hac Vice,* Declaration in Support, Memorandum in Support and proposed Order were served by first-class mail, postage prepaid, upon the following:

Anthony M. Mansfield, Esq. (MA Bar 630216)
Michael J. Otten, Esq. (VA Bar 42371)
Laura Gardy, Esq. (FL Bar 523909)
United States Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OH 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

_____
Richard L. Cys

2

NYC 169718v1 3930059-27