IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

U.S. Commodity Futures Trading Commission,

              Plaintiff,

    - against -

Michael Whitney, et al.,

             Defendants.

Civil Action No.:

1:06MS00210 (RCL)

---

## ORDER ADMITTING VICTOR A. KOVNER, ESQUIRE
### *PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Victor A. Kovner, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Third Party The McGraw-Hill Companies, Inc. in this case.

DATED this _____ day of _____, 2006.

                                                                _____
                                                                United States District Judge