IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
U.S. Commodity Futures Trading Commission,

                Plaintiff,

      - against -

Michael Whitney, et al.

                Defendants.
------------------------------------------------------------x

**Case No. 1:06-mc-00210 (RCL)**

## APPLICANT'S MOTION TO SEAL THE AFFIDAVIT OF KELLEY DOOLAN

1. Applicant The McGraw-Hill Companies, Inc. ("McGraw-Hill") hereby moves for an order to seal the Affidavit of Kelley Doolan ("Doolan Affidavit"), filed as an Exhibit to the Declaration of Carolyn K. Foley in this matter.

2. The U.S. Commodity Futures Trading Commission ("CFTC") filed and served upon McGraw-Hill a Motion to Compel.

3. McGraw-Hill is a non-party in the four cases involved in the present Motion to Compel. McGraw-Hill is the owner of many publications, including two at issue here, *Gas Daily* and *Inside FERC*. McGraw-Hill's proprietary and trade secret information are being requested by the CFTC in these cases.

4. In the four present cases, the CFTC is suing five former traders at four energy companies, claiming attempts to manipulate McGraw-Hill's gas indices. McGraw-Hill's publications use the information reported by entities like the the defendants' former employers to compile these index prices for the natural gas markets.

5. The CFTC's four subpoenas request infromation submitted to McGraw-Hill by the defendants' former employers as well as McGraw-Hill's internal documents.

6. McGraw-Hill is currently opposing the CFTC's Motion to Compel, and

NYC 169948v1 3930059-27

attempting to narrow the scope of documents to be produced.

7. In connection with McGraw-Hill's opposition, it has submitted the Doolan Affidavit as an exhibit to the Declaration of Carolyn K. Foley. Kelley Doolan was, during the relevant time period, the Chief Editor of *Inside FERC*, one of the two publications at issue. The Affidavit discusses confidential proprietary and trade secret information developed by *Inside FERC* over several years and other information explaining *Inside FERC*'s internal processes. Placing the Doolan Affidavit in the public record at this time would compromise McGraw-Hill's ability to compete in the marketplace and give its competitors the opportunity to easily replicate what took McGraw-Hill years to develop.

8. Submitting the Doolan Affidavit under seal would facilitate the ongoing progress of the current litigation while also protecting McGraw-Hill's trade secrets.

9. The proposed Order Sealing the Affidavit of Kelley Doolan accomplishes this goal.

Dated: May 26, 2006         Respectfully submitted,
       New York, New York

                            s/ Richard L. Cys
                            Richard L. Cys
                            D.C. Bar No. 087536
                            DAVIS WRIGHT TREMAINE LLP
                            1500 K Street, N.W.
                            Suite 450
                            Washington, D.C. 20005-1272
                            (202) 508-6600 (phone)
                            (202) 508-6699 (fax)
                            *Counsel for Third Party The McGraw-Hill Companies, Inc.*

                            Of Counsel:
                            Victor A. Kovner (*pro hac vice* admission pending)
                            Carolyn K. Foley (*pro hac vice* admission pending)
                            Kevan D. Choset (*pro hac vice* admission pending)

                                      DAVIS WRIGHT TREMAINE LLP
                                      1633 Broadway
                                      New York, New York 10019
                                      Telephone: (212) 489-8230
                                      Facsimile: (212) 489-8340
                                      Email: carolynfoley@dwt.com

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York  10020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2006, copies of the foregoing Motion to Seal the Affidavit of Kelley Doolan and Order Sealing the Affidavit of Kelley Doolan were served by first-class mail, postage prepaid, upon the following:

Anthony M. Mansfield, Esq. (MA Bar 630216)
Michael J. Otten, Esq. (VA Bar 42371)
Laura Gardy, Esq. (FL Bar 523909)
United States Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OH 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

NYC 169948v1 3930059-27