IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
U.S. Commodity Futures Trading Commission,

                Plaintiff,

           - against -

Michael Whitney, et al.

                Defendants.
------------------------------------------------------------ x

Case No. 1:06-mc-00210 (RCL)

## ORDER SEALING THE AFFIDAVIT OF KELLEY DOOLAN

     Applicant The McGraw-Hill Companies, Inc. ("McGraw-Hill") having filed a Motion to Seal the Affidavit of Kelley Doolan, and the Court having considered the matter:

     (1)    the Court has jurisdiction over the subject matter of this case pursuant to Section 6(c) of the Commodity Exchange Act, 7 U.S.C. § 13a-1;

     (2)    there is good cause to believe that public disclosure of the Affidavit of Kelley Doolan would compromise the integrity of McGraw-Hill's proprietary and trade secret information and irrevocably harm McGraw-Hill's ability to compete in the marketplace;

     (3)    the public's right of access is strongly outweighed by the compelling interest of the Applicant, a non-party in the present cases, in protecting the confidentiality of its trade secrets and other proprietary information; and

     (4)    the request to seal is narrowly tailored to serve these interests.

THEREFORE IT IS HEREBY ORDERED that the Applicant's Motion to Seal the Affidavit of Kelley Doolan ("Doolan Aff.") is GRANTED and that such Affidavit shall be sealed until further Order of this Court.

SO ORDERED this ____ day of _____, 2006

_____
UNITED STATES DISTRICT COURT JUDGE