IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
U.S. Commodity Futures Trading Commission,    :
                                      Plaintiff,    :     Case No. 1:06-mc-00210 (RCL)
              - against -    :
Michael Whitney, et al.    :
                                Defendants.    :
------------------------------------------------------------ x

### APPLICANT'S MOTION TO SEAL THE UNREDACTED MEMORANDUM OF POINTS AND AUTHORITIES

1. Applicant The McGraw-Hill Companies, Inc. ("McGraw-Hill") hereby moves for an order to seal the Unredacted Memorandum of Points and Authorities of McGraw-Hill in this matter.

2. In a separate motion, McGraw-Hill has moved to seal the Affidavit of Kelley Doolan.

3. Two portions of McGraw-Hill's Memorandum of Points and Authorities paraphrase the Affidavit of Kelley Doolan and reveal the same information that is in the affidavit.

4. McGraw-Hill is simultaneously filing publicly a version of the Memorandum of Points and Authorities in which two small portions referring to the confidential statements made in the Doolan Affidavit have been redacted. McGraw-Hill has no objection to the redacted version of the brief being part of the public record.

5. In connection with McGraw-Hill's opposition, it has submitted the Doolan Affidavit as an exhibit to the Declaration of Carolyn K. Foley. Kelley Doolan was, during the relevant time period, the Chief Editor of *Inside FERC*, one of the two publications at issue. The

Affidavit discusses confidential proprietary and trade secret information developed by *Inside FERC* over several years and other information explaining *Inside FERC*'s internal processes. The Unredacted Memorandum of Points and Authorities repeats some of those confidential statements. Placing the Unredacted Memorandum of Points and Authorities in the public record at this time would compromise McGraw-Hill's ability to compete in the marketplace and give its competitors the opportunity to easily replicate what took McGraw-Hill years to develop.

6. Submitting the Unredacted Memorandum of Points and Authorities under seal would serve the same interests as submitting under seal the underly Affidavit of Kelley Doolan upon which the redacted portions of the publicly filed Memorandum rely, namely facilitating the ongoing progress of the current litigation while also protecting McGraw-Hill's trade secrets.

7. The proposed Order Sealing the Unredacted Memorandum of Points and Authorities accomplishes this goal.

Dated: May 26, 2006    Respectfully submitted,
New York, New York

s/ Richard L. Cys
Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272
(202) 508-6600 (phone)
(202) 508-6699 (fax)
*Counsel for Third Party The McGraw-Hill Companies, Inc.*

Of Counsel:
Victor A. Kovner (*pro hac vice* admission pending)
Carolyn K. Foley (*pro hac vice* admission pending)
Kevan D. Choset (*pro hac vice* admission pending)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway

                      New York, New York 10019
                      Telephone: (212) 489-8230
                      Facsimile: (212) 489-8340
                      Email: carolynfoley@dwt.com

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2006, copies of the foregoing Motion to Seal the Unredacted Memorandum of Points and Authorities were served by first-class mail, postage prepaid, upon the following:

Anthony M. Mansfield, Esq. (MA Bar 630216)
Michael J. Otten, Esq. (VA Bar 42371)
Laura Gardy, Esq. (FL Bar 523909)
United States Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OH 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

NYC 169989v1 3930059-27