# EXHIBIT 1

# platts
# Gas Market Report
### Inside FERC's

October 25, 2002

## SPOT PRICES AT SOME POINTS STRAY FROM VOLATILE NYMEX CONTRACT

A persistently erratic gas-futures contract began to erode basis differentials at some spot pricing points over the last two weeks as fundamentals made a play to take back the market.

In the Northeast, spot prices this week approached the $5.00/MMBtu mark and basis to the New York Mercantile Exchange's November contract began to widen as cold weather blew into the region and heightened heating demand. In the other direction, Henry Hub spot prices last week trailed November futures by as much as 15¢/MMBtu as mild weather "and common sense" kept prices from rising to the level of the front-month futures contract, according to one trader.

*MARKET WATCH*

But many traders agree that spot prices probably can't shrug off entirely the pull of the NYMEX Henry Hub contract — especially as the end of the month draws closer and more volatility may lie ahead.

Some traders said they believe the spot market is in for large doses of additional instability in the weeks ahead, as the latest Commodity Futures Trading Commission's Commitment of Traders Report for the week ending Oct. 15 showed futures-contract holdings in roughly equal opposite short and long positions compared with past years — a heavy indicator of extreme volatility on the horizon, one analyst noted.

Speculators — or noncommercials, as they are classified

(continued on page 6)

### INSIDE THIS ISSUE

**November Price Survey Notice**
- Platts to include physical basis deals in November bidweek price survey at east-of-Rockies points ............ 6

**Marketers**
- After firing employees, AEP to pull back, chart a more conservative course ..................... 2

**Prices**
- Industry to FERC: Don't adopt staff's "wrongheaded" recommendation for California power refunds ............ 12

**Standards&Issues**
- Fitch warns El Paso ruling adds new risk for pipelines; Senators say ruling threatens pipeline safety ............ 15

Spot-gas prices ....4-5, 8        Futures prices ........ 11

## DYNEGY TO EXIT TRADING BUSINESS; CHEVRONTEXACO DEAL FATE IN PLAY

The announcement this week that Dynegy would fire some 780 employees — 600 in Houston — and exit the marketing and trading business marks a milestone in the era of deregulated spot markets akin to last year's collapse of Enron.

Dynegy, as Natural Gas Clearinghouse, was one of a two key marketers that coddled the embryonic spot market through the mid-1980s into the rapid expansions of the early 1990s and then pushed it into the rapid-fire years of electronic trading of power, gas and derivatives during the last half of the 1990s. But after a year of scandals, corporate missteps and unprecedented pressure from regulators and investors, the megamarketer says it has had enough of its 12.6 Bcf/day marketing business and will restructure into four decentralized operating divisions — none of which have much to do with trading gas.

But not so fast, says ChevronTexaco, which in 1996 as Chevron U.S.A. entered a ground-breaking arrangement with Dynegy that gave the marketer Chevron's veteran trading team and exclusive rights to sell the producer's 2 Bcf/day of North American gas production.

(continued on page 10)

## GAS TRADE DETAILS SHOULD BE PUBLIC TO RESTORE CONFIDENCE, ANALYST SAYS

Creating a detailed "public paper trail" of gas deals may be the first and most important step in restoring confidence in the gas trading sector, says veteran industry consultant Benjamin Schlesinger.

"Part of the problem is the opaqueness of something that should be transparent," said Schlesinger, speaking at Platts' Day of the Trader conference in New Orleans Tuesday.

Schlesinger, president of Benjamin Schlesinger and Associates of Bethesda, Md., said gas traders' deals should be publicly reported, with a short time lag, and include at least the name and address of the buyer and seller, volume, price (fixed, index plus adder, etc.), receipt and delivery points, and term.

The effect would be to recreate the reporting regime that was in place prior to FERC's enactment of order 436 in November 1985, Schlesinger said. If the government doesn't impose a new requirement, the industry should consider setting up its own mechanism for reporting, he said.

Schlesinger laid out several other steps that the gas industry should take to regain confidence in its practices, including the creation of a "positive financial and political climate" through self-policing, better public relations and a strong, unified trade association rather than the "babble of

voices" now spread through a multitude of gas trade groups.

He also urged the prosecution of the guilty who "messed up and damned near destroyed" a vibrant trading business. And he said the industry must show the vision that will be needed to provide the growth necessary to meet future demand for an environmentally friendly fuel.

But the industry can't dawdle because the market "is broke, and it's fix-it time," said Schlesinger, who has charted the course of the spot gas market for 20 years. He said change needs to happen in months, not years.

Schlesinger said the value of gas and electricity trading peaked in 2001 at about $1.8 trillion. Of that, about $700 billion was gas futures, $300 billion was physical gas, $500 billion was gas swaps and the remainder was electricity physicals and swaps.

The gas swaps market is down by more than half this year, but gas futures trading has increased, Schlesinger said. The number of NYMEX gas futures contracts traded had peaked around 1999 and started to tail off until this year, when it appears that 25 million contracts may trade, Schlesinger noted.

Meanwhile, of the leading dozen gas marketers in 1999, only half are actively trading now, Schlesinger pointed out. And at some hubs, "physical trading volumes have fallen precariously low," he said, adding he wouldn't be surprised if price reporting ceases at some points.

## *MARKETERS*

### AFTER AXING TRADERS, AEP PULLS BACK, CHARTS MORE 'CONSERVATIVE' COURSE

American Electric Power — perhaps the largest and most-active gas and power trader left in the marketplace after this year's implosion of the trading sector — succumbed to the rising tide of regulatory scrutiny, counterparty credit risk and investor mistrust and has announced it is pulling out of speculative trading and will instead chart a more conservative course of trading around its assets.

The company, which was one of the key remaining creators of spot market liquidity in many locations, said it would "significantly" downsize its trading operations in the near future because of the current market downturn. During an Oct. 10 conference call, the company said it expects to reduce the number of its employees in its trading business, but expected most would transfer to different units of AEP.

The company emphasized that it has enough liquidity to make all its capital expenditures, but would likely make no new purchases.

Chairman, President and Chief Executive Officer Linn Draper said AEP would essentially "focus on what we've got." AEP said it reduced its 2002 ongoing earnings guidance to between $2.85/share and $3.15/share from a previous $3.20-$3.35/share estimate, citing general weakness in the economy and the wholesale energy markets that have hurt the entire sector.

The news comes on the heels of an Oct. 9 announcement by AEP that it had fired five gas traders for providing false gas

pricing information to trade publications (*IFGMR*, 11 Oct. 1).

"We don't know why they did it, but we cannot tolerate that behavior," Draper said of the actions of the fired traders. "I can tell you the information they provided did not have any effect on prospective mark-to-market calculations and did not affect the guidance we're giving you today. It was an isolated incident in our company and we've dealt with it." The company would not detail the inaccurate information that the traders reported to trade publications.

Company officials said they expected the company to follow a conservative course over the next year. AEP will cut back its trading operations to concentrate in regions in which it owns assets, such as the Gulf Coast region in gas trading, and Ohio and Texas in the power trading market. Draper said he expects earnings for 2003 would be in the same range as the guidance the company gave for 2002.

Draper said that even with the cuts in its trading operation, management still would recommend that its board of directors maintain the quarterly dividend of 60¢ per share. "I believe we can sustain our dividend from the earnings in our regulated business and the hedged generation from the unregulated business," he said.

"We're revising our earnings downward by about 11%, not as much as you've seen from others, and that's because our assets will continue to perform and we don't have the merchant generation exposure that some have," Draper said.

He said the decision to downsize the trading operation was based on market conditions and was not a result of "a lack of confidence in the competence or integrity of our trading operations." He defended the company's original decision to enter the trading and marketing business to help AEP optimize its assets.

"We've had several years of success under market conditions that have encouraged us to expand the scope of the trading business. That business contributed to earnings and has given us insight into the wholesale marketplace that has been very valuable," he said. "The current market conditions won't support the scope and scale of our trading and marketing business we've built over the last several years."

Executive Vice President and Chief Financial Officer Susan Tomasky said the key drivers for 2003 earnings will come from the company's traditional regulated businesses and from unregulated electric generation in Ohio and Texas. "The combined contribution will be flat year to year. Load growth and increased earnings from fuel we expect would be offset by the loss of customers in Texas," she said. "We don't expect to generate excess cash from new investments," she said. "We're going to be very careful about borrowing any money for them. Our credit quality remains of paramount importance to us." Tomasky said the company maintains a strong liquidity position.

AEP has $1.7 billion in corporate separation facility designed to transition the refinancing of regulated assets to the new holding company structure, which the company hopes to implement in the first part of 2003. "We have $300 million in cash invested in separate accounts for a rainy day and $300 million revolving credit for UK. In total we have about $3.2 billion in available liquidity." The company has

2

©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

identified $123 million in savings from the planned reductions in force and plans to find additional savings through other austerity measures, Tomatsky said. "We're looking everywhere," she said. "The process we're undertaking will put us in the position to get us up to the range that we talked about."

## SUPPLY

### SETBACKS ASIDE, SCOTIAN WILDCATTERS READY TO BOOST EXPLORATION SPENDING

Wildcatters say they are ready to spend heavily to explore offshore Nova Scotia in the next few years, undeterred by a recent string of high-priced failures and uninfluenced by a new study that more than doubled previous reserve estimates.

Although a number of companies are still putting the final touches on drilling programs, at least seven exploration wells and an unknown number of development wells are expected in 2003, Jim Dickey, chief executive officer of the Canada-Nova Scotia Offshore Petroleum Board, said at a two-day conference in Halifax earlier this month.

Dickey told the Canadian Offshore Resources Exhibition and Conference that the offshore petroleum is counting on applications from sister companies Imperial Oil and ExxonMobil Canada, Marathon Canada, Canadian Superior Energy, Chevron Canada Resources, and Shell Canada, while BP Canada and Kerr McGee Offshore Canada have work commitments awaiting decisions.

Since January 2000, 18 wells have been drilled off Nova Scotia, 16 of them exploration holes, with this year's tally scheduled to reach seven exploration wells. Through the 1990s, 44 wells were drilled, only six of which were exploration wells.

Of all the operators, Marathon is voicing the most upbeat public view of the region, after coming the closest to a breakthrough this year when its Annapolis B-24/G-24 well, the first modern deep-water wildcat on the Scotian Slope, encountered gas in several zones before being abandoned in August for re-entry and testing at a later date.

Philip Behrman, senior vice-president of worldwide exploration for Marathon, told the conference that Marathon is better prepared from the Annapolis experience, which cost more than $100 million (Canadian) and reached a depth of about 20,270 feet, to drill one or two deep-water wells in 2003 and up to three in 2004.

Behrman said Marathon estimates its three deep-water blocks, about 200 miles south of Halifax, could hold 5 Tcf to 15 Tcf of reserves. He described the 60-mile wide, 510-mile long Scotian Slope as "Canada's new deepwater frontier."

The Slope, which has become the newest focus of exploration off Nova Scotia, has been chosen by Marathon as the "most likely place" to meet the supply needs of the U.S. Northeast "because of the potential that might exist in the deep water," Behrman said. Like other operators in the region, Behrman offered a cautionary assessment of the petroleum board's first resource assessment of the Scotian Slope, noting that the estimates are based on geological models that can only be established through drilling programs.

"The numbers are interesting," he said. "The evaluation seems very reasonable. But it's really hard to know for certain what the actual potential is. There's still a wide level of uncertainty."

As the first attempt to extend a 1983 Geological Survey of Canada estimate that rated reserves in the shallow-water Scotian Shelf at 18 Tcf, the report rated the undiscovered gas potential for the deep-water slope at 15 Tcf to 41 Tcf, plus undiscovered oil potential of 2 billion to 5 billion barrels.

The slope encompasses about 30,000 square miles, or about 65% of the size of the shelf region, stretching from the U.S. border to the Nova Scotia-Newfoundland boundary. Water depths range from 650 feet to 13,100 feet.

The study said estimated ultimate recovery per unit area for the slope is in line with other Canadian frontier regions such as the Beaufort-Mackenzie Basin, the Sverdrup Basin in the Arctic Islands and the Labrador Shelf. If some or all of the 12 plays defined in the assessment are eventually proven, the slope will have a "much higher global ranking and approach that of offshore Brazil in hydrocarbon riches per unit area, but with a smaller total area," the study authors said.

"I'm very confident we've come out with a credible document that is defensible and that is going to be another working tool for industry players," said Dickey.

Debora Walsh, the East Coast manager for the Canadian Assn. of Petroleum Producers, told reporters that the new numbers will give a lift to industry confidence at a time when exploration failures have "prompted questions about the demise of oil and gas activity" in Nova Scotia.

That hope was echoed by Harvey Klingensmith, president of El Paso Oil and Gas Canada, who said offshore Nova Scotia has a "lot more room for exploration," given that less than 200 wells have been drilled in an area comparable in size to the Gulf of Mexico, which has logged about 50,000 wells.

"This place is really in its infancy," he said. "But it's a place we intend to be for a while, to help develop the industry."

The immediate challenge, EnCana CEO Gwyn Morgan, told reporters last month, is for an early gas discovery to

Chart Platts prices for free at . . .   www.platts.com

ensure the economic viability of his company's Deep Panuke project, which is planned to come on stream in 2005. EnCana, which expects to spud another well in the basin this year, will "almost inevitably" develop Deep Panuke. "But the first big discovery in a new basin doesn't carry the whole load of a big, long-term pipeline," he said.

Meanwhile, the National Energy Board concluded a hearing in mid-October into an application by Maritimes & Northeast Pipeline to double the size of its Sable pipeline to carry 400,000 Mcf/day from Deep Panuke to New England markets. EnCana has until July 31, 2003, to commit its final volumes of export gas.

## PIPELINES

### PG&E-NORTHWEST, COLUMBIA SCRAP PROJECTS DUE TO LOWER GAS DEMAND

Both coasts felt the impact of lower gas demand earlier this month as PG&E Gas Transmission-Northwest said it was withdrawing its 2003 Expansion plan and Columbia Gas Transmission announced it was backing away from the Marcus Hook project.

Pointing to "significant changes in the market," PG&E-Northwest Oct. 10 withdrew its application for the $111 million 2003 Expansion project, which would have moved 143,000 Dt/day into the California and Northwest markets on a year-round basis and an extra 20,000 Dt/day during the winter months. "There is no longer demand for the additional capacity," PG&E-Northwest advised FERC in a letter.

The project, which received a preliminary determination on nonenvironmental matters in June (*IFGMR*, 5 July, 20), featured 53.6 miles of 42-inch-diameter looping in Umatilla County, Ore., Boundary County, Idaho, and Spokane, Whitman and Walla Walla counties, Wash. A 19,500-horsepower compressor at an existing station in Klamath County, Ore., also would have been added.

PG&E-Northwest's decision to scuttle the 2003 expansion follows a substantial reduction in natural gas demand in the Pacific Northwest, Standard and Poor's analyst Jim Osten said Tuesday.

"Our current numbers show natural gas demand in the Pacific Northwest was about 1.6 Bcf/day in 2001, and it is likely to be about 1.3 Bcf/day in 2002," Osten said. "A reduction of 300,000 Mcf/day would imply that expansion projects aren't needed at this time."

In the Pacific Northwest, gas demand fell in part because hydro supply, which was short in 2001, has returned to normal levels, Osten explained.

Nationally, a drop in power prices has pulled down demand for generation. Power demand decreased by 2% year-over-year in the first quarter of 2002, though it is expected to be positive for the year, the analyst said.

Osten noted that with power prices not as robust as expected and gas prices higher than expected, some companies are faced with different economics than they had when they proposed expansion projects. Some might want to defer projects as they shape up their balance sheets, he said.

Meanwhile, Columbia in a certificate amendment
(continued on page 6)

## DAILY SPOT-GAS PRICES AT MARKET CENTERS ($/MMBtu)

| | Index 10/9 | Index 10/10 | Index 10/11 | Index 10/14 | Index 10/15 | Index 10/16 | Index 10/17 | Index 10/18 | Index 10/21 | Index 10/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| **South Louisiana** | | | | | | | | | | |
| Henry Hub | $3.910 | $3.940 | $3.795 | $4.190 | $4.200 | $4.100 | $4.090 | $4.110 | $4.235 | $4.205 |
| **West Texas** | | | | | | | | | | |
| Waha | $3.710 | $3.710 | $3.470 | $3.970 | $3.995 | $3.890 | $3.830 | $3.870 | $3.980 | $4.035 |
| **East Texas** | | | | | | | | | | |
| Houston Ship Channel | $3.885 | $3.875 | $3.760 | $4.160 | N.A. | $4.010 | $3.965 | $4.010 | $4.130 | $4.170 |
| Katy | $3.850 | $3.820 | $3.675 | $4.105 | $4.080 | $3.955 | $3.950 | $3.975 | $4.145 | $4.120 |
| **Northeast** | | | | | | | | | | |
| Algonquin, city-gates | $4.260 | $4.270 | $4.010 | N.A. | $4.505 | $4.425 | $4.420 | $4.430 | $4.670 | $4.775 |
| Iroquois, zone 2 | $4.225 | $4.225 | $3.915 | $4.370 | $4.475 | $4.380 | $4.390 | $4.425 | $4.610 | $4.720 |
| Tennessee, zone 6 delivered | $4.220 | $4.250 | $3.920 | N.A. | $4.485 | $4.445 | $4.495 | $4.420 | $4.735 | $4.895 |
| Texas Eastern, M-3 | $4.220 | $4.240 | $4.010 | $4.440 | $4.530 | $4.370 | $4.385 | $4.420 | $4.555 | $4.670 |
| Transco, zone 6 non-N.Y. | $4.230 | $4.190 | $4.015 | $4.425 | $4.475 | $4.365 | $4.365 | $4.390 | $4.555 | $4.670 |
| Transco, zone 6, N.Y. | $4.242 | $4.240 | $4.050 | $4.445 | $4.530 | $4.395 | $4.385 | $4.395 | $4.585 | $4.705 |
| **Upper Midwest** | | | | | | | | | | |
| Alliance, into interstates | $3.925 | $3.925 | $3.765 | $4.230 | $4.245 | $4.165 | $4.190 | $4.245 | $4.335 | $4.345 |
| ANR, ML7 | $3.985 | $4.020 | $3.820 | $4.285 | $4.270 | $4.205 | $4.235 | $4.310 | $4.365 | $4.380 |
| Chicago city-gates | $3.940 | $3.945 | $3.810 | $4.230 | $4.250 | $4.170 | $4.190 | $4.250 | $4.335 | $4.340 |
| Consumers Energy city-gate | $3.980 | $3.960 | $3.810 | $4.265 | $4.280 | $4.195 | $4.200 | $4.260 | $4.345 | $4.345 |
| Mich Con city-gate | $3.930 | $3.960 | $3.790 | $4.240 | $4.245 | $4.190 | $4.190 | $4.265 | $4.335 | $4.325 |
| Dawn, Ontario | $3.955 | $3.920 | $3.795 | $4.215 | $4.250 | $4.210 | $4.205 | $4.285 | $4.350 | $4.350 |
| **California Border** | | | | | | | | | | |
| PG&E, city-gates | $3.570 | $3.450 | $3.235 | $3.930 | $3.940 | $3.655 | $3.710 | $3.720 | $3.940 | $4.020 |
| PG&E, Malin | $3.430 | $3.380 | $3.180 | $3.775 | $3.845 | $3.610 | $3.650 | $3.685 | $3.870 | $3.980 |
| SoCal Gas | $3.440 | $3.420 | $3.245 | $3.760 | $3.840 | $3.725 | $3.695 | $3.745 | $4.015 | $4.025 |

4

©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

## DAILY PRICES OF SPOT GAS DELIVERED TO PIPELINES ($/MMBtu)

| | Index 10/9 | Index 10/10 | Index 10/11 | Index 10/14 | Index 10/15 | Index 10/16 | Index 10/17 | Index 10/18 | Index 10/21 | Index 10/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ANR Pipeline Co.** | | | | | | | | | | |
| Louisiana | $3.875 | $3.900 | $3.705 | $4.090 | $4.100 | $4.020 | $4.015 | $4.060 | $4.155 | $4.180 |
| Oklahoma | $3.690 | $3.680 | $3.480 | $4.000 | $3.980 | $3.915 | $3.870 | $3.945 | $4.020 | $4.105 |
| **Colorado Interstate Gas Co.** | | | | | | | | | | |
| Rocky Mountains | $1.595 | $1.600 | $1.740 | $1.950 | $2.115 | $2.100 | $2.075 | $1.535 | $1.665 | $1.790 |
| **Columbia Gas Transmission Corp.** | | | | | | | | | | |
| Appalachia | $4.060 | $4.060 | $3.850 | $4.310 | $4.355 | $4.275 | $4.260 | $4.300 | $4.395 | $4.420 |
| **Columbia Gulf Transmission Co.** | | | | | | | | | | |
| Louisiana | $3.870 | $3.885 | $3.715 | $4.135 | $4.150 | $4.065 | $4.065 | $4.095 | $4.200 | $4.200 |
| **Dominion Transmission Inc.** | | | | | | | | | | |
| South Point | $4.020 | $4.040 | $3.850 | $4.275 | $4.330 | $4.265 | $4.285 | $4.380 | $4.485 | $4.500 |
| **El Paso Natural Gas Co.** | | | | | | | | | | |
| Permian Basin | $3.635 | $3.630 | $3.365 | $3.895 | $3.930 | $3.835 | $3.785 | $3.805 | $3.960 | $4.005 |
| San Juan Basin | $2.805 | $2.800 | $2.640 | $2.955 | $3.085 | $3.055 | $2.965 | $2.740 | $2.760 | $2.755 |
| **Florida Gas Transmission Co.** | | | | | | | | | | |
| Zone 2 | $3.930 | $4.010 | $3.805 | $4.195 | $4.200 | $4.085 | $4.050 | $4.090 | $4.220 | $4.250 |
| **Kern River Gas Transmission Co.** | | | | | | | | | | |
| Opal | $1.755 | $1.665 | $1.795 | $2.030 | $2.190 | $2.155 | $2.130 | $1.580 | $1.740 | $1.795 |
| **Natural Gas Pipeline Co. of America** | | | | | | | | | | |
| Mid-Continent zone | $3.650 | $3.645 | $3.440 | $3.970 | $3.950 | $3.835 | $3.850 | $3.875 | $4.070 | $4.090 |
| Louisiana zone | $3.870 | $3.885 | $3.670 | $4.080 | $4.065 | $3.990 | $3.985 | $4.040 | $4.140 | $4.160 |
| Texok zone | $3.835 | $3.835 | $3.645 | $3.990 | $4.060 | $3.980 | $3.940 | $4.005 | $4.100 | $4.125 |
| South Texas zone | $3.810 | $3.825 | $3.625 | $4.060 | $4.055 | $3.950 | $3.915 | $3.965 | $4.085 | $4.115 |
| **Northern Natural Gas Co.** | | | | | | | | | | |
| Demarcation | $3.745 | $3.745 | $3.585 | $4.130 | $4.145 | $4.055 | $4.045 | $4.070 | $4.205 | $4.285 |
| Ventura, Iowa | $3.740 | $3.745 | $3.580 | $4.135 | $4.150 | $4.055 | $4.040 | $4.065 | $4.245 | $4.295 |
| **Northwest Pipeline Corp.** | | | | | | | | | | |
| Rocky Mountains | $1.730 | $1.650 | $1.775 | $2.085 | $2.195 | $2.140 | $2.120 | $1.650 | $1.695 | $1.850 |
| Canadian border | $3.070 | $3.150 | $3.085 | $3.125 | $3.650 | $3.505 | $3.465 | $3.545 | $3.660 | $3.755 |
| **Oneok Gas Transportation LLC** | | | | | | | | | | |
| Oklahoma | $3.625 | $3.650 | $3.390 | $3.915 | $3.945 | $3.875 | $3.850 | $3.860 | N.A. | $4.055 |
| **Panhandle Eastern Pipe Line Co.** | | | | | | | | | | |
| Texas, Oklahoma | $3.640 | $3.645 | $3.460 | $3.955 | $3.955 | $3.905 | $3.895 | $3.930 | $4.030 | $4.090 |
| **Reliant Energy Gas Transmission Co.** | | | | | | | | | | |
| East | $3.720 | $3.730 | $3.530 | $3.975 | $4.000 | $3.930 | $3.915 | $3.955 | $4.075 | $4.105 |
| **Southern Natural Gas Co.** | | | | | | | | | | |
| Louisiana | $3.900 | $3.895 | $3.690 | $4.160 | $4.160 | $4.065 | $4.020 | $4.075 | $4.230 | $4.185 |
| **Tennessee Gas Pipeline Co.** | | | | | | | | | | |
| Louisiana, 500 Leg | $3.845 | $3.815 | $3.700 | $4.080 | $4.085 | $4.005 | $4.000 | $4.050 | $4.155 | $4.160 |
| Louisiana, 800 Leg | $3.840 | $3.795 | $3.690 | $4.055 | $4.095 | $4.005 | $4.015 | $4.045 | $4.150 | $4.165 |
| Texas (zone 0) | $3.770 | $3.755 | $3.605 | $4.020 | $4.050 | $3.910 | $3.910 | $3.915 | $4.070 | $4.100 |
| **Texas Eastern Transmission Corp.** | | | | | | | | | | |
| East Louisiana zone | $3.780 | $3.805 | $3.645 | $4.040 | $4.050 | $3.945 | $3.950 | $4.000 | $4.100 | $4.165 |
| West Louisiana zone | $3.785 | $3.795 | $3.630 | $4.050 | $4.065 | $3.955 | $3.935 | $4.005 | $4.080 | $4.130 |
| South Texas zone | $3.780 | $3.795 | $3.570 | $4.025 | $3.980 | $3.880 | $3.870 | $3.915 | $4.065 | $4.110 |
| **Texas Gas Transmission Corp.** | | | | | | | | | | |
| Zone SL | $3.875 | $3.875 | $3.705 | $4.115 | $4.105 | $4.040 | $4.080 | $4.085 | $4.205 | $4.195 |
| **Transcontinental Gas Pipe Line Corp.** | | | | | | | | | | |
| Zone 3 | $4.030 | $4.030 | $3.820 | $4.185 | $4.190 | $4.120 | $4.120 | $4.135 | $4.260 | $4.280 |
| **Trunkline Gas Co.** | | | | | | | | | | |
| West Louisiana zone | $3.855 | $3.860 | $3.735 | $4.150 | $4.120 | $4.020 | $4.000 | $4.050 | $4.190 | $4.205 |
| East Louisiana zone | $3.840 | $3.860 | $3.665 | $4.110 | $4.095 | $4.010 | $4.005 | $4.050 | $4.190 | $4.190 |
| **Williams Gas Pipelines Central Inc.** | | | | | | | | | | |
| Texas, Oklahoma, Kansas | $3.605 | $3.605 | $3.395 | $3.855 | $3.940 | $3.875 | $3.860 | $3.880 | $3.970 | $4.025 |



explained to FERC that a customer's decision to exercise its right to terminate a service contract led to the conclusion that it had to drop the $22 million Marcus Hook lateral, which would have added 6,000-hp units to the Eagle and Downingtown compressor stations. The project received a FERC certificate in February (*IFGMR*, 1 March, 18).

Columbia now wants to incorporate most of the Marcus Hook facilities into the certificated Rock Springs project and the proposed Delaware Valley Energy Expansion Project. The fact that the Marcus Hook expansion "will not proceed does not mean that the commission's resources in reviewing and approving" the Marcus Hook project were wasted. "Indeed, just the opposite" is true because the environmental and other reviews can be recycled, Columbia insisted.

As under the May certificate (*IFGMR*, 24 May, 20), the revised DVEEP expansion would include two 6,000-hp compressors and a 2-mile, 20-inch-diameter lateral in Gloucester County, N.J., to serve Mantua Creek Generating, but would do away with some approved looping. The cost of the DVEEP project would drop to $32 million from $40 million and the demand charge would decline to $3.40/Dt/month from $3.70/Dt/month.

Also, Columbia would place the DVEEP facilities into service in 2005, instead of 2003. "The customer in DVEEP has advised Columbia that it will now require service at a later date than that presented in the original DVEEP application," the filing said.

In a separate Oct. 4 submission, Columbia proposed adding compression to its Rock Springs project in Chester County, Pa., to help move up to 270,000 Dt/day to a power plant in Cecil County, Md. The planned 9-mile, 24-inch-diameter pipe upgrade is designed to supply Rock Springs Generation and CED Rock Springs, which are developing a 1,020-Mw plant.

With the addition of 6,000 hp of compression to the project, the estimated price tag would rise $14 million to $29 million. No additional compression was proposed in the original application. Despite the revised cost estimate, the revenues from the expansion still are expected to exceed costs, Columbia noted.

## SPOT PRICES STRAY FROM NYMEX
### ...begins on page 1

by the CFTC — as of Oct. 15 were 56% long, compared with 57% long a week earlier. They held 30,287 long positions, up from 25,793 long positions held the prior week. The traders' short positions increased to 24,026 from 18,904 as of Oct. 8.

In January, "we saw a similar type of pattern — an equal mix of long and short positions taken in the futures market — and the market was unusually volatile at that time," the trader explained.

Since conditions appear to be very similar, the market could see the same type of "tug-of-war" in the spot marketplace for at least the next few weeks, the analyst said.

Some traders agreed, adding that it's unusual to go into the heating season with this type of split among speculators. But a number of merchant energy companies have all but disappeared from the futures-trading pit over the last year and the companies that are left are doing far less speculative trading, sources pointed out.

"This contract is much easier to lead around, and that's part of the reason for all of this volatility right now. That's also all the more reason for some companies to stay out of the markets they helped create," one trader said.

The effect of crude oil prices on natural gas and the question of whether a U.S. war with Iraq is imminent also remains an influence, but a number of traders and analysts agree that, for now at least, crude oil remains a secondary concern.

The NYMEX November contract Monday reached an intraday high of $4.42/MMBtu — also a 16-month high for a front-month contract — but dropped to an intraday low of $4.08/MMBtu Tuesday. Last week, from Oct. 14 through Oct. 18 consecutively, the November contract closed up 15.7¢, down 5.6¢, down 2¢, up 7.2¢ and down 6¢/MMBtu. That activity was precluded by a 31.8¢ gain on Oct. 11, which was widely rumored to have been triggered by AEP as the marketer began to liquidate a number of short

INSIDE FERC'S GAS MARKET REPORT — October 25, 2002
©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

positions following its announced plans to downsize its trading operation.

"This is clearly a market that doesn't know what it's doing. Or maybe it's a market that is being led by traders who know exactly what they're doing," said a veteran trader whose company has scaled back considerably on speculative futures trading in the past few months.

The constant roller-coaster-like movement is indicative of a classic "sell the rally, buy the dip" mentality, sources agreed. "If the funds know exactly how much it takes to come in and shoulder the market to where they want it, they can afford to be out of the money for a little while if they know they're going to benefit in the end," the veteran trader said.

And while the spot market generally has exhibited a similar volatile trading pattern over the past few weeks, the relationship between cash and futures has begun to diverge and could continue to do so, especially as the industry enters heating season, sources said.

Henry Hub spot prices lagged the futures contract last week by roughly 5¢ to 15¢/MMBtu due to both mild weather and full storage. When cold weather in the Northeast Tuesday boosted physical demand in the Gulf Coast region, Henry Hub prices edged a penny or two ahead of the futures contract, although both were down on the day.

In the Northeast market Tuesday, spot prices rose an average of 12¢/MMBtu in zone 6-New York on Transcontinental Gas Pipe Line, 11.5¢/MMBtu in zones M-3 on Texas Eastern Pipeline and 16¢/MMBtu in zone 6 on Tennessee Gas Pipeline.

But cash-to-futures basis in Transco zone 6-NY Tuesday jumped more than 50% to about 53¢, compared with 22¢/MMBtu Monday. Cash-to-futures basis at Texas Eastern zone M-3 moved from about 21¢ Monday to about 48¢/MMBtu Tuesday, while Tennessee zone 6 basis jumped from 38¢ Monday to about 65¢/MMBtu Tuesday.

Cash-to-futures basis at those points Wednesday increased by a few cents even as the fickle November contract moved about 15¢/MMBtu above Tuesday's close during the cash-trading session.

The basis situation was the same in the Midwest markets, where rapidly dropping temperatures kept Chicago city-gate prices elevated even as the futures contract fell. Basis between Chicago city-gate spot prices and the November contract moved from minus-2¢ Monday to plus-14¢/MMBtu Tuesday. The Chicago basis differential narrowed slightly Wednesday to about plus-12¢/MMBtu.

In general, traders pointed out this week that liquidity increased markedly in the central markets. Trading in both the Mid-Continent and Midwest regions this week provided "plenty of opportunities to both buyers and sellers," a trader said. The heightened activity in the central spot markets likely related directly to the cold weather, sources said. "There really was a lot of liquidity on both sides," which was a stark contrast to last week, when liquidity remained unusually low, the trader added.

As the cold in the Northeast affected Gulf Coast markets this week, chilly conditions in the Mid-Continent tugged at Rockies resources. Kern River Opal cash prices gained



about 20¢ Monday and picked up another nickel Tuesday.

Maintenance scheduled to last for two weeks began this week at the Diablo Canyon-1 nuclear power plant, which bolstered spot prices this week in the California markets. Between Monday and Tuesday, spot prices at the PG&E city-gates and Malin increased 30¢/MMBtu, while prices at the Southern California border gained 28¢/MMBtu.

Early last week, low liquidity at western pricing points left the spot markets vulnerable to influence by the rising NYMEX contract, but a the rippling effects of a high-inventory operational flow-order called midweek by PG&E stymied prices throughout the region, sources said.

By the end of last week, liquidity and demand was low enough in the Rockies to warrant a 55¢/MMBtu drop in Kern River Opal prices Oct. 18. The same day, strength at the AECO-C Hub in Alberta nurtured modest gains at Stanfield, Sumas, and Malin.

## FINANCIAL RESULTS

### DURABLE PRICES IN THIRD QUARTER BOLSTER EARNINGS FOR PRODUCERS

Many exploration-and-production companies are expected to beat third-quarter 2002 expectations behind commodity prices which, though down year-over-year, remained relatively strong over the long term.

Just the same, producers with large Rocky Mountain exposure were hit hard for the quarter ended Sept. 30 due to pipeline constraints and very weak prices compared with other regions, companies and analysts said.

Burlington Resources said its realized gas prices reflected "seasonably weak basis differentials in the western U.S. and Canada, which were partly offset by hedging gains." But Burlington, one of the few early-reporting producers to show higher earnings for the 12-month period, increased profit by more than 8%.

First Albany equity analyst Robert Christensen, who touted the e&p sector's overall strength, projected that Rockies producer Tom Brown would be among the few to come up shy of third-quarter 2002 earnings expectations.

"As far as Tom Brown is concerned, our lower estimate reflects our more dire view of its problem as a Rocky Mountain producer encountering poor basis or transportation differentials, and its decision recently to shut in production because of this phenomenon," Christensen said last week.

7

Companies with a high proportion of crude oil in their production mix are most likely to beat third-quarter expectations, Christensen said. Among those are Burlington, Apache, Devon, Pioneer Natural Resources and Newfield Exploration, he said.

Concerns over conflict with Iraq during the quarter often bolstered crude prices and natural gas values often moved up in sympathy with crude oil.

Yet year-to-date earnings were down for a large numbers of e&p companies. Both gas prices and production generally were lower for producers over the period. Five early-reporting producers in *Inside FERC's Gas Market Report's* survey of about 18 e&p companies showed a fall-off in production and a typical price decline of about 5% for the 12-month period. XTO Energy's average gas price, however, was down by 20% for the period.

Occidental Petroleum Monday reported net income of $402 million for the third quarter of 2002, down from $444 million in the same period of 2001. Sales slipped marginally to $1.96 billion from $1.98 billion. Occidental reported combined operating earnings from its oil and chemicals businesses of $704 million, down from $965 million a year earlier.

Occidental's U.S. gas production dropped in the third quarter in all three of its production areas, the Los Angeles-based e&p company said. Total U.S. production in the quarter was 564,000 Mcf/day, down from 602,000 Mcf/day in third-quarter 2001 and about flat with 565,000 Mcf/day in second-quarter 2002. Production was 283,000 Mcf/day in California (302,000 Mcf/day in third-quarter 2001), 149,000 Mcf/day in the Hugoton Basin (154,000 Mcf/day last year) and 132,000 Mcf/day in the Permian Basin (146,000 Mcf/day last year). Permian production was up from this year's second quarter, while both California and Hugoton production saw decreases.

Occidental reported a third-quarter average gas price of $2.94/Mcf and said it was down from third-quarter 2001, when its gas prices averaged $4.49/Mcf.

Burlington posted third-quarter net income of $79 million, up from $73 million in the corresponding period a year earlier. The rise in income was due to a net after-tax gain resulting from asset sales and related tax benefits, the company said in a statement last week. Revenues were slightly down, at $630 million from $666 million a year earlier. Total production in the third quarter rose to 2.465 Bcf-equivalent, up 6% year-on-year. Natural gas production averaged 1.83 Bcf/day, up 10% on the year, which primarily resulted from Canadian producing assets. Oil output fell, averaging 44,700 barrels/day, against 61,200 barrels/day in 2001.

Burlington's North American gas production dropped 4.3% in the third quarter, to 1.682 Bcf/day from 1.758 Bcf/day in this year's second quarter, the Houston producer said last week. U.S. gas production was down 5.6% sequentially, from 953,000 Mcf/day in the second quarter to 900,000 Mcf/day in the third quarter, while Canadian production dropped 2.9%, from 805,000 Mcf/day to 782,000 Mcf/day. But North American production was up 13% in the year-over-year comparison due to a big jump in Canadian volumes.

Burlington's U.S. gas production dropped 17.3%, from 1.088 Bcf/day in third-quarter 2001, but Canadian volumes were up 95% from 401,000 Mcf/day in the year-earlier period. Burlington's U.S. gas prices averaged $2.34/Mcf in the third quarter, down from $3.38/Mcf in the second quarter and $3.00/Mcf in third-quarter 2001.

Third-quarter Canadian gas prices averaged $2.62/Mcf, down from $3.20/Mcf in the second quarter and $3.05/Mcf in third-quarter 2001. Burlington said fourth-quarter production may be lower than third-quarter totals due to property divestitures. It projected U.S. gas production in the fourth quarter at 860,000 to 930,000 Mcf/day and Canadian production at 780,000 to 830,000 Mcf/day. Burlington has hedged about 25% of its fourth-quarter North American gas production — mostly for October — with collars of about $2.90 to $4.15/Mcf, and about 25% of 2003 production,

## TRENDS IN SPOT-PRICE INDICATORS
### (all prices in MMBtu)

| Pricing Point | Sept. 1998 | Sept. 1999 | Sept. 2000 | Sept. 2001 | Oct. 2001 | Nov. 2001 | Dec. 2001 | Jan. 2002 | Feb. 2002 | Mar. 2002 | Apr. 2002 | May 2002 | June 2002 | July 2002 | Aug. 2002 | Sept. 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Delivered to pipeline** | | | | | | | | | | | | | | | | |
| Texas | 1.55 | 2.80 | 4.49 | 2.21 | 1.71 | 3.00 | 2.19 | 2.48 | 1.90 | 2.26 | 3.27 | 3.19 | 3.14 | 3.14 | 2.80 | 3.08 |
| Louisiana | 1.56 | 2.85 | 4.55 | 2.26 | 1.78 | 3.11 | 2.24 | 2.54 | 1.98 | 2.35 | 3.35 | 3.29 | 3.32 | 3.20 | 2.90 | 3.21 |
| Oklahoma/Kansas | 1.55 | 2.77 | 4.49 | 2.20 | 1.72 | 3.03 | 2.20 | 2.49 | 1.89 | 2.28 | 3.28 | 3.18 | 3.07 | 3.06 | 2.77 | 2.99 |
| Rocky Mountains | 1.56 | 2.53 | 3.37 | 2.01 | 1.12 | 2.54 | 2.11 | 2.29 | 1.69 | 1.91 | 2.77 | 2.20 | 1.57 | 1.24 | 1.56 | 1.15 |
| Henry Hub | 1.63 | 2.90 | 4.62 | 2.34 | 1.86 | 3.16 | 2.28 | 2.61 | 2.03 | 2.39 | 3.40 | 3.36 | 3.37 | 3.26 | 2.95 | 3.27 |
| Waha | 1.58 | 2.80 | 4.59 | 2.32 | 1.71 | 2.86 | 2.37 | 2.60 | 1.87 | 2.25 | 3.23 | 3.26 | 2.94 | 3.30 | 2.81 | 3.19 |
| | | | | | | | | | | | | | | | | |
| **City-gate** | | | | | | | | | | | | | | | | |
| California | 1.92 | 2.83 | 5.94 | 2.57 | 1.67 | 2.90 | 2.38 | 2.64 | 2.01 | 2.28 | 3.37 | 3.10 | 2.74 | 2.91 | 2.67 | 3.01 |
| West Great Lakes | 1.68 | 2.99 | 4.74 | 2.44 | 1.93 | 3.28 | 2.53 | 2.83 | 2.05 | 2.44 | 3.44 | 3.48 | 3.40 | 3.31 | 2.96 | 3.27 |
| New York/New Jersey | 1.79 | 3.13 | 4.94 | 2.60 | 2.12 | 3.52 | 3.14 | 4.39 | 2.49 | 2.71 | 3.67 | 3.65 | 3.64 | 3.68 | 3.39 | 3.61 |
| New England | N.A. | 3.16 | 4.78 | 2.72 | 2.16 | 3.58 | 2.87 | 3.58 | 2.52 | 2.70 | 3.74 | 3.71 | 3.75 | 3.57 | 3.28 | 3.57 |
| | | | | | | | | | | | | | | | | |
| **Burner-tip** | | | | | | | | | | | | | | | | |
| Houston Ship Channel (large) | 1.66 | 2.91 | 4.64 | 2.39 | 1.84 | 3.08 | 2.37 | 2.73 | 1.98 | 2.40 | 3.38 | 3.41 | 3.38 | 3.30 | 2.97 | 3.31 |

First-of-the-month index prices are u ~ compile the delivered-to-pipeline regional prices, city-gate and burner-tip prices.

8

with collars of $3.25 to $5.10/Mcf.

XTO Energy Tuesday reported third-quarter net income of $50.3 million, down from $70.3 million a year earlier. Total revenues for the third quarter were $207.1 million, 2% higher than 2001 revenues of $197.3 million. Operating income for the quarter fell 24% to $92.4 million from $122.1 million a year earlier. XTO said third-quarter daily gas production averaged 536,000 Mcf/day, up 26% from 426,000 Mcf/day a year earlier.

Gas prices averaged $3.26/Mcf, down from the $4.08/Mcf average of the previous third quarter. Oil production for the quarter totaled 12,996 barrels/day, down 2% from third-quarter 2001, while NGL production rose 23% to 5,503 barrels/day.

"Our production volumes are increasing, our development inventory is expanding and our economic margins are exceptional," XTO president Steffen Palko said in a statement.

EOG Resources Monday reported third-quarter net income of $26.1 million, down from $69.2 million in third-quarter 2001. Houston-based EOG said the latest quarter's results included a $7.8 million loss on the mark-to-market hedge transactions, compared with a $58.8 million mark-to-market gain in third-quarter 2001.

EOG also reported lower U.S. natural gas production in the latest quarter, at 630,000 Mcf/day from 681,000 Mcf/day last year. Gas output in Canada rose to 152,000 Mcf/day from 124,000 Mcf/day, while output in Trinidad also rose, to 164,000 Mcf/day from 116,000 Mcf/day. While it saw gas output generally rise, EOG said its realized gas prices fell year-on-year, to $2.75/Mcf from $2.91/Mcf in the U.S., to $2.17/Mcf from $2.48/Mcf in Canada, and to $1.09/Mcf from $1.21/Mcf in Trinidad.

Ocean Energy Tuesday reported a net loss for the third quarter of 2002 of $851,000, down from a net profit of $47.8 million for the same period in 2001. Excluding special items, the company reported net income of $56.5 million, but the results included a $49.7 million impairment against its oil and gas properties.

The charge, which was equivalent to $76 million before tax, related to the abandonment of exploration activities in Pakistan and block 19 offshore Angola. A further charge of $7.7 million was booked in relation to the repurchase of higher-cost debt.

Ocean Energy's production fell slightly, from 435,000 Mcf/day in third-quarter 2001 to 430,000 Mcf/day. The company posted a gain in realized prices, however, with an average of $3.06/Mcf vs. $2.78/Mcf for third-quarter 2001. The company's revenues rose to $314 million from $279 million a year earlier. Oil and gas production rose to around 160,000 barrels of oil-equivalent/day, up from 152,000 BOE/day a year earlier.

## PRODUCERS

### DEBATE ON COALBED LEASES STIRRED AS INTERIOR UPHOLDS WYO. RULING

In a development that could intensify the debate on the validity of thousands of coalbed methane leases, the Dept. of Interior's Board of Land Appeals has decided to uphold its April ruling that the Bureau of Land Management issued three Powder River Basin CBM leases to Pennaco without regard to environmental impact.

The leases had been approved by the BLM without examining the specific impact of coalbed methane development as different from gas development, which IBLA determined was a violation of the National Environmental Policy Act (IFGMR, 10 May, 18). BLM's required resource management plan for the leases was based on a 1985 plan that had not been updated to reflect the

addition of CBM impact, IBLA contends.

The board voided the three Pennaco leases, sparking debate over the status of existing leases and questions about future CBM development in the basin. BLM's upcoming environmental impact statement, targeted for completion by January, will examine the effect of drilling 51,000 CBM and conventional gas wells in the 8-million-acre basin in northeastern Wyoming.

A separate case filed recently in federal court with Interior as the defendant and Marathon Oil subsidiary Pennaco as the plaintiff is attempting to overturn the April ruling, but attorneys have said a decision in that case could be up to a year away.

While IBLA's Oct. 15 decision was considered a victory for green groups, environmental interests in the region said they are increasingly concerned that the Bush administration, which sees the Powder River Basin as a cornerstone of national energy policy, could put up a weak defense against the industry in the upcoming federal case. One environmental law firm, Earthjustice, has received permission to intervene in the case, along with three oil and gas industry interests. According to the Wyoming Outdoor Council, which is being represented by Earthjustice, the group has full status as an intervener and can file motions and participate in the case.

"We're lined up and ready to defend the decision in that proceeding," Tom Darin, director of public lands and resources at WOC, told *Inside FERC's Gas Market Report*. "We see the possibility of what may happen if other leases are challenged." Darin pointed to previous cases where the Bush administration was asked to go up against the industry, for example in the opening of wilderness areas to drilling. "There has not been a rigorous defense by this administration when industry is attacked," Darin said.

An attorney for Earthjustice, Susan Daggett, said the group is "happy with the IBLA's decision." She agreed, however, "the agency [BLM] clearly doesn't like this decision, but they are stuck with it. The Bush administration will have a nominal defense and we're veined to put up a vigorous defense."

Alan Rabinoff, deputy state director for minerals and lands in Wyoming, said that BLM attorneys are working with the Dept. of Justice on its defense.

In addition, WOC said the decision could set a precedent for CBM development in the West. In a report released this summer, WOC noted that "most federal CBM development in Utah, New Mexico, Colorado and Montana is occurring in areas where leases were sold under nearly identical RMPs completed in the late 1980s and without discussion or mention of CBM development and unique impacts."

BLM insisted this particular case referred only to the three leases in question, but said the agency would be more careful in assessing the impact of CBM development going forward.

"We're going to have to continue to make sure we have the appropriate NEPA analysis before we issue leases," Rabinoff told *IFGMR*.

The risks associated with CBM development have been weighed in various coalbed methane-rich areas in the U.S., with protests from communities and environmental groups in

Colorado gaining some ground by focusing on land ownership issues. While the county and community aspect has not been seen in Wyoming as successfully, Darin said the air and water pollution risks need to be investigated, and that this is not a new issue — groups like the Powder River Basin Resource Council have been around since the 1970s.

"There's an enormous quantity of water being brought up from underground untreated [and] . . . we want to see a responsible plan for handling that water and dealing with air impacts," Darin said.

## DYNEGY TO EXIT TRADING BUSINESS
### . . . begins on page 1

"ChevronTexaco fully expects that Dynegy will continue to fulfill its contractual obligations under the sales and supply agreements between Dynegy and ChevronTexaco," a spokesman for the San Francisco-based producer told *Inside FERC's Gas Market Report* Tuesday. The 1996 contract, which was amended last year to give Dynegy exclusive rights and responsibilities to sell another 1 Bcf/day of former Texaco production that became available when the two producers merged last autumn, does not expire until Aug. 31, 2006. The amended agreement also gave Dynegy rights to provide supply and service for approximately 2 Bcf/day for the former Texaco's facilities and third-party term markets.

"Why would ChevronTexaco want to give up a contract where it is assured of getting a premium to index for it's gas and all kinds of other useful services?" asked one source familiar with the arrangement. "I'd say [ChevronTexaco] has a contract for four more years with a company that can survive and honor it."

Dynegy, in its restructuring announcement Oct. 16, made clear that it "intends to exit the marketing and trading business over the next several months." In the interim, the marketer said, it "will make appropriate arrangements with respect to its longer-term contractual obligations, including retaining personnel and risk management capabilities and continuing capacity to support its customer commitments."

The spokesman for ChevronTexaco declined to answer detailed questions about his company's contractual relationship with Dynegy, opting only to refer to Dynegy's statement that the marketer intended to meet its contractual obligations. That spokesman and another also declined to elaborate on what the producer's other options may be.

A Dynegy spokesman Wednesday reemphasized that his company intends to honor "all of our contractual obligations to customers," including those to ChevronTexaco. "That's why we built this transition period into our exit from marketing and trading," he added.

But spokesmen for neither Dynegy nor ChevronTexaco would speak to the difference between Dynegy's one- to five-month timetable for exiting the trading arena and the four years left on the marketer's arrangement with the producer. "Some of those issues are being worked out," the Dynegy spokesman offered, but he declined to "speculate on how we are going to resolve that."

Officials from Dynegy and ChevronTexaco were to meet this week to begin hashing out details of the arrangement

INSIDE FERC'S GAS MARKET REPORT — October 25, 2002
©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

going forward, according to sources. Spokesman for both companies said they could not confirm the meetings. However, officials from ChevronTexaco were present in Dynegy's trading rooms Wednesday, inspecting Dynegy's computer systems and Chevron schedules were to visit Thursday to learn details of the systems, according to sources.

ChevronTexaco holds approximately a 26.5% equity interest in Dynegy, according to the producer. In November 2001, ChevronTexaco invested $1.5 billion in mandatory redeemable Dynegy preferred shares to fund Dynegy's equity infusion into Enron (IFGMR, 23 Nov, 1). The preferred shares are convertible into Dynegy common stock at ChevronTexaco's option, in which event ChevronTexaco would own an approximate 36% equity interest in Dynegy. If ChevronTexaco does not convert the preferred shares by November 2003, Dynegy must redeem them at that time for $1.5 billion in cash, according to ChevronTexaco.

Of the 780 layoffs Dynegy announced Monday, about 500 employees actually lost their jobs that day, the spokesman said. Of the 600 employees to be laid off in Houston, 340 of those were dismissed Monday. The other 260 Houston workers affected were placed on "transition" teams and told they would be retained from one to five months to help manage the company's exit from the marketing and trading business, according to several Dynegy sources.

After the layoffs are complete, Dynegy said, its global workforce will stand at approximately 4,600. In Houston, that number will be approximately 775 employees, down from 1,380.

Monday's layoff announcement was the second Dynegy has made (IFGMR, 21 June, 1) since the damaging revelations of "wash" power trading and Project Alpha (IFGMR, 24 May, 12; 10 May, 1) came to light this spring.

A Dynegy spokesman said the transition-team workers will not be retained after the company gets out of the "speculative-type of marketing and trading business we are exiting." He added, however, that Dynegy will continue to buy and sell power, gas and liquids around its remaining assets.

Some members of the transition teams have been told that in the event that ChevronTexaco takes its gas back, some Dynegy employees may have the opportunity to go with the gas.

Meanwhile, on Oct. 16 Dynegy announced the resignation of President and Chief Operating Officer Steve Bergstrom and unveiled plans to reorganize as an asset-based company, focusing chiefly on four lines of business: Dynegy Generation, Dynegy Midstream Services, Illinois Power and Dynegy Global Communications.

Bergstrom, who is closely identified with Dynegy's trading operation, said in a statement that he supported "the steps leadership is taking to address current market conditions and position the company for the future."

A Dynegy spokesman said at the time of the announcement that the company's exit from the speculative energy trading business will probably take place over a period of several months and involve "unwinding" its trading position rather than an attempt to sell its trading book.

Saddled with liquidity issues and operating under the financial, legal and regulatory pressures affecting the entire merchant segment, Dynegy had long said it hoped to find a

## CLOSING PRICES FOR NYMEX HENRY HUB GAS FUTURES CONTRACTS

| Trading Date | 10/9 | 10/10 | 10/11 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/21 | 10/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract volume | 67,347 | 109,545 | 134,175 | 104,033 | 100,554 | 61,283 | 100,269 | 69,397 | 94,988 | 88,134 |
| Open interest | 402,370 | 419,492 | 398,638 | 426,000 | 425,045 | 424,641 | 426,376 | 428,224 | 425,707 | 425,462 |
| Nov. 2002 | $3.918 | $3.828 | $4.146 | $4.303 | $4.247 | $4.227 | $4.299 | $4.239 | $4.157 | $4.110 |
| Dec. 2002 | 4.158 | 4.055 | 4.336 | 4.471 | 4.440 | 4.422 | 4.307 | 4.462 | 4.378 | 4.315 |
| Jan. 2003 | 4.265 | 4.153 | 4.396 | 4.521 | 4.505 | 4.492 | 4.572 | 4.542 | 4.460 | 4.403 |
| Feb. 2003 | 4.165 | 4.058 | 4.266 | 4.371 | 4.355 | 4.344 | 4.420 | 4.402 | 4.325 | 4.286 |
| March 2003 | 4.025 | 3.941 | 4.109 | 4.204 | 4.188 | 4.179 | 4.247 | 4.237 | 4.165 | 4.136 |
| April 2003 | 3.865 | 3.806 | 3.934 | 4.004 | 3.988 | 3.974 | 4.032 | 4.027 | 3.965 | 3.951 |
| May 2003 | 3.827 | 3.771 | 3.879 | 3.944 | 3.928 | 3.914 | 3.962 | 3.962 | 3.905 | 3.896 |
| June 2003 | 3.847 | 3.796 | 3.899 | 3.957 | 3.944 | 3.932 | 3.977 | 3.977 | 3.918 | 3.919 |
| July 2003 | 3.867 | 3.816 | 3.914 | 3.972 | 3.962 | 3.952 | 3.995 | 3.999 | 3.940 | 3.949 |
| Aug. 2003 | 3.877 | 3.826 | 3.914 | 3.972 | 3.964 | 3.957 | 3.997 | 4.004 | 3.945 | 3.961 |
| Sept. 2003 | 3.873 | 3.826 | 3.904 | 3.962 | 3.954 | 3.947 | 3.987 | 3.994 | 3.937 | 3.961 |
| Oct. 2003 | 3.888 | 3.841 | 3.909 | 3.964 | 3.954 | 3.947 | 3.987 | 3.995 | 3.939 | 3.959 |
| Nov. 2003 | 4.050 | 4.006 | 4.074 | 4.119 | 4.112 | 4.102 | 4.137 | 4.149 | 4.096 | 4.126 |
| Dec. 2003 | 4.197 | 4.153 | 4.224 | 4.269 | 4.259 | 4.252 | 4.287 | 4.303 | 4.252 | 4.282 |
| Jan. 2004 | 4.249 | 4.208 | 4.279 | 4.324 | 4.316 | 4.312 | 4.344 | 4.360 | 4.310 | 4.344 |
| Feb. 2004 | 4.119 | 4.078 | 4.149 | 4.189 | 4.181 | 4.177 | 4.199 | 4.215 | 4.170 | 4.224 |
| March 2004 | 3.954 | 3.918 | 3.984 | 4.014 | 4.006 | 4.002 | 4.017 | 4.030 | 3.990 | 4.064 |
| April 2004 | 3.719 | 3.683 | 3.743 | 3.769 | 3.761 | 3.757 | 3.760 | 3.770 | 3.735 | 3.819 |
| 12-month avg. | $3.965 | $3.893 | $4.051 | $4.137 | $4.119 | $4.107 | $4.165 | $4.153 | $4.086 | $4.070 |

Source: New York Mercantile Exchange

joint venture partner for its trading operation. Failing that, the company had said it would investigate other alternatives for shedding the trading group. "We've been talking about looking for options for the trading business. This is the answer that we came up with," said a spokesman.

It will take several months to unwind the contracts in the company's trading book of energy commodity deals, that spokesman estimated. Dynegy placed the value of its trading book at $620 million, with collateral obligations of $1.2 billion, in its June 30 10-Q filing with the Securities and Exchange Commission. The spokesman said it is too early to determine how this unwinding of its trading position would affect the company's debt obligations in the future. "We're coming up with more answers as we move forward," he said.

Two days after announcing the corporate restructuring, Dynegy on Oct. 18 disclosed that it had found a buyer for most of its Canadian gas and oil assets and announced that it had dismissed six employees and disciplined seven others in its gas trading division for violating company policies in connection with the company's disclosure last month that certain employees supplied inaccurate information to energy trade publications (IFGMR, 27 Sept, 1).

The disciplinary actions were taken "as a result of an ongoing investigation conducted by the audit and compliance committee of Dynegy's board of directors in collaboration with independent counsel," Dynegy said in a statement. The inaccuracies were found during an internal review of its trading activities that is being conducted as part of an ongoing investigation by the Commodity Futures Trading Commission, Dynegy said. In connection with that probe, the company said last Friday it also has relieved a corporate compliance officer.

Dynegy refused additional comment on the inaccuracies and declined to name the individuals fired and disciplined.

In response to the findings, Dynegy said it has "instituted measures that will ensure the office of the chief risk officer verifies all price information provided to industry publications." Dynegy began reporting its CRO-verified price information to IFGMR several weeks ago.

On the Canadian asset deals, Dynegy said it will sell a "significant portion" of its Canadian natural gas business and its stake in a crude oil marketing company to The Seminole Group. Financial terms of the deals, expected to close next month, were not disclosed. The firm will sell Dynegy Canada's physical gas marketing business, which serves roughly 600 commercial and industrial users in Canada. Dynegy also will sell to Seminole its 50% stake in Tidal Energy Marketing, a Canadian crude marketer.

Dan Dienstbier, Dynegy's chairman and former interim chief executive officer, said the sales "represent important steps in our company's managed exit from the marketing and trading business." Energy services group Seminole will keep half of Dynegy Canada's 70 employees.

On Wednesday Dynegy named Bruce Williamson as the company's new president and CEO. Williamson also became a member of Dynegy's board of directors. In his CEO role, Williamson replaced Dienstbier, who continues in a non-management role as chairman of Dynegy's board of directors.

Williamson, 43, most recently was president and CEO of Duke Energy Global Markets, where he was responsible for all Duke Energy business units with global commodities and international business positions. Prior to that job, Williamson was president and CEO of Duke Energy International. Earlier in his career, Williamson worked for the Royal Dutch/Shell Group.

Also on Wednesday, Dynegy said Sheli Rosenberg, vice chairman of Equity Group Investments, had resigned from the board "due to the demands on her time resulting from other commitments." Houston-based Dynegy said Rosenberg had been a member of its board since 2000. The company said that its board of directors now numbers 10, including Williamson and two members representing ChevronTexaco.

Dynegy said it expects annual savings related to the work force reduction to exceed $100 million. "Our restructuring defines the strategic direction of this company," said Dienstbier. "Unfortunately, given today's market conditions, this company cannot support the same number of employees that we have in the past. Given the quality of our employees and the commitment they have demonstrated over the years, this was a difficult decision to make, but a necessary one as we prepare Dynegy for the future."

The job cuts largely affect Dynegy's corporate infrastructure and its marketing and trading businesses in North America and Europe, with less impact on the company's power generation, natural gas liquids, and regulated energy delivery and communications businesses. Employers interested in contacting laid-off employees can call Dynegy's Career Assistance Center at (713) 914-1600.

## PRICES

### INDUSTRY: FERC STAFF 'WRONGHEADED' IN PLAN FOR CALIF. POWER REFUNDS

A procession of California municipalities, natural gas producers, gas and power marketers, independent power producers and private and public utilities throughout the West has weighed in and denounced FERC staff's "wrong-headed" recommendation in August that published gas-price indexes at the California border were unreliable and should not be used to calculate refunds for electricity prices charged during the state's energy crisis in 2000-01.

The critical comments filed with FERC last week were in stark contrast to others by California officials, the California Independent System Operator and two of the state's biggest investor-owned electric utilities that supported FERC staff's recommendation to alter the refund calculation method.

In August, staff issued an interim report concluding that California gas prices during the crisis may have been manipulated and shouldn't be used in calculating the market-clearing electricity price that sellers will be allowed to charge. Instead, staff advised use of producing basin published prices plus a regulated transportation cost, which it acknowledged as "a regulatory solution to a market failure" (IFGMR, 16 Aug, 1).

The effect of the alternative would be to substantially

12

reduce the gas cost input, and thus the allowable clearing price, for electricity sold from October 2000 to June 2001. FERC asked for comments on whether it should adopt the recommendation and, if so, how to account for scarcity of gas at the California border.

Many of commenters found the staff report long on conjecture, short on facts and thoroughly unpersuasive. They said, in the words of Public Service Co. of New Mexico, that the only effect of adopting the alternative to recalculating the market-clearing price would be "to produce an artificial reduction in those prices, and a corresponding artificial inflation of the amount of refunds calculated for sales of electricity into the California spot markets."

The power sellers said that regardless of whether staff believes the California border gas prices were accurate, those were the prices that they paid – and any reduction in the gas price allowance would unfairly penalize them. Parties also bristled at the introduction of a new wrinkle more than a year after the commission established the market-clearing price methodology, and they defended the industry's widespread and longstanding use of published price indexes, offering detailed studies to corroborate the prices.

The Electric Power Supply Assn. found a "glaring lack of substantive evidence or data to support the supposition that manipulation occurred or had a measurable adverse effect on California prices." Staff's perception that gas markets did not work properly "has no basis in reality," EPSA said.

The Natural Gas Supply Assn. cited "many reasons" why California gas prices were unusually high, including "unprecedented natural gas demand by electric generators, inadequate pipeline infrastructure and poorly conceived regulations at the electric retail level in California, all exacerbated by a hot and dry summer." NGSA and others wondered why the staff report didn't take note of several studies of the California market upheaval – such as an Energy Information Administration report last December and a California Energy Commission report in fall 2001 – that laid out reasons for the price spikes.

NGSA said FERC should analyze competition in the California border market to determine whether market-power abuse could have affected prices; guarantee use of actual gas costs paid by market participants that weren't guilty of any abuse; make no changes in its gas regulation as a result of the proceeding; and "continue its proactive investigations and penalize market players who have exercised market power and/or violated the FERC's regulations."

Weighing in, in support of staff's recommendation were a number of parties from California. In Oct. 15 comments, California Independent System Operator found staff's evidence of possible manipulation "highly convincing" and said the alternative of using producing basin price is "a reasonable way of limiting the detrimental impact that irregularities in the California spot market for gas will ultimately have on consumers." Cal-ISO, which long has argued that spot gas price indexes shouldn't be used to determine refunds, said that if anything, the allowable gas price should be even lower, since the transportation cost margin that FERC staff would add "may be high." Nor should the commission add anything to the gas price to represent

potential scarcity in gas transportation, the ISO said.

Likewise, the California Parties – California Attorney General Bill Lockyer, California Electricity Oversight Board, California Public Utilities Commission, Southern California Edison and Pacific Gas and Electric – supported staff's recommendation as "a workable substitute for California border pricing data that cannot reliably be used for calculating refunds." Staff showed that the price indexes "cannot be validated and are subject to manipulation and the exercise of market power," the parties said.

The California interests offered two other arguments against use of California border prices: a study by economist Carolyn Berry analyzing bids and showing that power suppliers' costs may have been less than published indexes during the refund period, and Chief Administrative Law Judge Curtis Wagner Jr.'s ruling last month that El Paso Natural Gas exercised market power to withhold pipeline capacity to the California border (IFGMR, 27 Sept, 3).

Apache also supported the staff recommendation to use producing basin prices on grounds that the historical relationship between those prices and Henry Hub futures prices continued during the refund period. It urged no adjustment for scarcity and argued that use of the maximum transportation rate "in and of itself represents an uplift for scarcity."

But a number of individual companies pointed out that FERC staff didn't find conclusive evidence of price manipulation, much less attempt to quantify it. Powerex detected "a cognitive leap from listing potential problems to proposing an ironclad remedy, without the intermediate steps of proving up the facts and demonstrating the extent of their impact" on indexes. It submitted a study by Tabors Caramanis & Associates analyzing published prices, which Powerex said spotlights "a number of major defects" in the staff report.

Five companies that operate or market gas-fired generation in California – Duke Energy, Dynegy Power Marketing, Mirant, Reliant Energy and Williams – sponsored a study by Lexecon in which they provided their actual gas deals to the consultant and Lexecon constructed a database of 13,320 transactions representing 339 million MMBtu with a nominal value of $4.8 billion.

The published price indexes for California "are almost perfectly correlated with the observed arm's-length transaction data," Lexecon reported. "The staff-recommended index method performs less well on all statistical measures in tracking the prices in arm's-length transactions and appears to provide an economically less meaningful measure of the transaction prices occurring in the marketplace."

Calling the staff report "grounded in speculation and unproven allegations," Williams said it "provides no evidence whatsoever that errors actually do exist, that prices were actually manipulated, that any market participant engaged in such manipulation, or that such manipulation, if it did exist, actually resulted in the prices observed during the refund period."

Duke Energy called the staff analysis "profoundly flawed." It said the reliability of published gas prices is "presumptively established by widespread industry use" and charged that "the staff report substitutes supposition for facts regarding price index manipulation." Staff "proposes a

substitute index that reflects a hypothetical gas market with no scarcity," Duke said. "At its core, the staff report identifies a single, largely imagined problem with the accuracy of data used in implementing the refund methodology and proposes a radical solution, wholly out of proportion to the purported data problem."

Duke also termed "sheer speculation" the staff report's suggestions that EnronOnline and wash trades may have played roles in manipulation of the gas price indexes and said FERC "should not credit this supposition."

A group comprising Avista Energy, BP Energy, Idacorp Energy, Portland General Electric and Puget Sound Energy sponsored a study by energy economist Charles Cicchetti, who called "misguided" staff's "attack on the quality" of published indexes, primarily on the grounds that California border prices didn't correlate highly with Henry Hub prices during the refund period.

Cicchetti cited "five major analytical flaws" in the report: the California markets and Henry Hub markets were not interdependent during much of the period because of insufficient transportation capacity; when markets are independent, "they should be expected to respond differently to outside economic forces related to demand and supply"; statistical analysis shows that staff's alternative could not reasonably be used as a surrogate for actual market conditions; staff used "an incomplete and flawed" correlation analysis that failed to consider causality; and staff failed to consider what consequences its recommendation would have on the market.

If the prices staff proposed actually had been the prevailing prices during the refund period, "natural gas would [have] fled across state borders, leaving generators unable to run" and leading to more blackouts, Cicchetti said. The group led by Avista called staff's analysis "wrong-headed" and said it "would never withstand the kind of scrutiny that inevitably would follow if it were adopted."

Coral Power and Dynegy Power Marketing offered studies by economists Samuel Van Vactor and Philip Verleger, which likewise concluded that staff's alternative does not reflect California market conditions during the period. The studies found that "most importantly," staff "admittedly ignores a central determinant of price, namely, the scarcity of natural gas stocks and the capacity to deliver into California the depleted stocks that were, in fact, available," the companies said. They said economic theory "holds that prices in one geographic market may diverge significantly from prices in another market when inventory levels are low and physical arbitrage becomes impossible. This is precisely what happened in the California natural gas market during the study period."

Van Vactor compared the prices published in trade publications with actual daily transactions on IntercontinentalExchange and concluded that "the price series are nearly identical," Coral said. "This forcefully corroborates the accuracy of the prices published" in Platts and other publications "and debunks staff's criticism of those services."

A number of parties had procedural objections. Mirant complained that the staff report was done outside the

hearing proceeding in the refund case. "Substantial evidence cannot come in through the back door," agreed the Avista group. Many complained that an already prolonged proceeding would get dragged out even more if the process of calculating gas prices started all over.

Power sellers noted that FERC specifically has rejected attempts to "re-create" markets for the refund period. Yet that is exactly what staff is proposing, they said. They also derided staff's theory that power sellers overstated the gas prices they paid to reporting publications as a way to reduce their refund exposure. "This claim makes no sense" given that no one knew refund calculations would be based on gas costs until after the price spike was over, said Mirant.

In a comment echoed by others, PacifiCorp said "staff's proposal effectively re-regulates the interstate natural gas market in conflict with both statutory and regulatory law." Dynegy said that if the staff recommendation were adopted, the result could well be "commission re-regulation of wholesale gas prices whenever basis differentials in any part of the country exceed some benchmark."

Discussing staff's decision not to consider the effects of scarcity in California gas markets, Los Angeles Dept. of Water and Power scoffed that staff's reasoning appears to be that "under 'normal circumstances' scarcity should be a valid part of marginal-cost pricing, but when circumstances are not normal, i.e., when scarcity actually exists, scarcity should be factored out of marginal costs." Cicchetti said constrained markets can be localized, leading to more volatile price swings, but the staff report "grossly fails to grasp this fundamental fact."

"Staff ignores entirely basis differentials that are legitimate components of price differentials between trading points," said Public Service of New Mexico.

Several parties questioned staff's lack of consideration of fundamental supply/demand factors in the California market during the refund period. NGSA and others cited a study of those factors that Bruce Henning of Energy and Environmental Analysis presented to a Senate committee in June.

And parties seemed puzzled by staff's sharp criticism of the published indexes. "The commission may be hard pressed to find a more representative indicator of actual market conditions than the published indices," EPSA said. Affiliates Southern California Gas and San Diego Gas and Electric, which use published indexes in a CPUC-approved gas cost incentive mechanism, said "staff seems to be asking the commission to take a leap of non-faith in rejecting the use of published price indexes, without any statement of proof that material reporting errors existed in those indexes and despite the assurances made to the commission by their publishers."

Companies noted pointedly that the industry itself is willing to rely on published indexes. "The full implications of accepting staff's proposal would disrupt the entire gas and financial products industries by undermining every transaction that relies on the published gas indices," said Sempra Energy Trading, predicting a potential "tidal wave of disputes."

And FERC long has relied on published prices as well, in pipeline tariffs and other mechanisms, parties noted. Mirant said the staff report is in "stark contrast" to a 1989 policy statement on gas inventory charges in which FERC

14

analyzed published prices and endorsed their use.

Duke said the widespread industry reliance on published prices "demands a judicial presumption of reliability, rather than the opposite presumption of unreliability and manipulation." It called "breathtaking" the "cynicism" of staff's theory that the widespread use of indexes creates a significant incentive to manipulate them and declared that the commission "should not credit this 'theory.' " Duke also cautioned FERC against "pronouncing general audit standards for publishers of price indices," saying that staff "seems to be holding the publishing companies to a standard of verification and 'double-checking' for historic periods that has never been applied by the commission."

"These publications depend on their reputation to sell their indices," Ciochetti said. "It is vital to their survival as viable reporting services that the prices that make up their indices be reliable." He said that, "incredibly," despite wide reliance on the indexes, staff recommends against their use, "Even more incredibly, FERC staff recommends using indices for other areas that were developed by these same publications using the same survey methodology and validation techniques they use to develop the California price indices."

"While the checks and balances employed by the indices might not be perfect, this imperfection will not lead to dimes or dollars in inaccuracies, but pennies at most," Dynegy said. "To replace an index that may produce pennies in imperfect data with one that would produce dollars in distortion would be the height of irrational decisionmaking."

On the other hand, the California Parties said recent revelations by Dynegy and American Electric Power that employees reported inaccurate prices to trade publications provide "further concrete support" for staff's conclusion that California border prices shouldn't be used. They also cited recent announcements by Platts and other publishers of refinements to reporting methodologies as further evidence.

Parties calling on FERC to reject the staff alternative also included Bonneville Power Administration; Tucson Electric Power; PPL Montana and PPL EnergyPlus; Sacramento Municipal Utility District; Northern California Power Agency; the cities of Burbank and Glendale, Calif., and Turlock Irrigation District; the city of Vernon, Calif.; the cities of Anaheim and Riverside, Calif.; TransAlta Energy Marketing; and Public Utility District No. 2 of Grant County, Wash.

## STANDARDS&ISSUES

### FITCH WARNS EL PASO RULING ADDS NEW ELEMENT OF RISK FOR PIPELINES

A FERC administrative law judge's finding that El Paso Natural Gas deliberately withheld capacity from California during the state's energy crisis "adds a whole new element of regulatory risk to the pipeline sector" and creates a "significant negative overhang in the capital market" that could impair the ability of pipelines to finance expansions and new projects, according to a new article by Fitch Ratings.

The ruling only adds to the credit crunch and other problems faced by the pipeline sector that has resulted in

numerous downgrades over the last 12 months, said Fitch's *Oil & Gas Insights* newsletter.

Separately, two U.S. senators asserted that Chief ALJ Curtis Wagner Jr. with his finding strayed out of his jurisdiction and into the field of pipeline safety. The danger, according to Sens. Kay Bailey Hutchison, R-Texas, and John Breaux, D-La., is that Wagner's declaration, assuming it stands, may serve to "override" pipeline safety regulations.

Wagner's Sept. 23 decision concluded that El Paso manipulated the Western energy market by keeping nearly 700,000 Mcf/day of capacity out of play during the 2000-01 winter heating season (*IFGMR*, 27 Sept, 3). Parties on both sides of the case have called for an oral argument before the full commission and a prompt final decision, and El Paso launched an unusual public relations campaign to proclaim its innocence (*IFGMR*, 11 Oct, 18).

The Fitch newsletter identified three trends likely to influence the credit of pipeline companies in the near term: 1) the negative overhang of parent company credit and liquidity problems; 2) increasing regulatory risk and oversight, as evidenced by the ALJ finding; and 3) evolving counterparty credit risk. Fitch said the ALJ recommendation on El Paso "is likely to frustrate ongoing efforts by several distressed (or bankrupt) energy merchants to divest pipeline assets."

The El Paso allegation "has unexpectedly shifted the center of blame for the California energy crisis away from the unregulated energy merchant sector to a regulated gas pipeline company," Fitch noted. The decision "is unique in that it raises questions about the legitimacy of a pipeline's apparent decision to reduce available capacity for safety reasons and/or to perform maintenance."

Although pipelines are experiencing counterparty credit risk in the near term as the merchant sector shrinks, the exodus of marketers as capacity holders will eventually be a good thing for pipelines, Fitch added.

Fitch "has expressed some concern regarding a shift in the profile of a typical pipeline capacity holder to lower-rated energy marketers and traders and independent power producers." But with merchants relinquishing capacity as they scale back operations, that capacity will likely end up in the hands of "highly rated utilities and major integrated oil companies as primary pipeline customers," the ratings service noted.

As far as parent company credit risk, Fitch said the trend toward sell-off of pipelines by their parents would also be a plus for the sector. Fitch gave the example of Northern Natural Gas, whose credit rating was raised following its sale by Dynegy to MidAmerican Energy Holdings.

The senators' concerns were laid out in an Oct. 10 letter to the Dept. of Transportation, which called on the agency to proclaim the overriding importance of safe operation of pipelines. Both Hutchison and Breaux sit on the Commerce Committee, which has jurisdiction over pipeline safety.

Joining the debate, the senators asserted that Wagner was trampling on the responsibilities of DOT's Office of Pipeline Safety. Implicit in the judge's determination, they said, is that pipelines should operate at or above maximum allowable operating pressure. "In interpreting the pipeline safety regulations, the judge stated natural gas pipelines may

operate safely at MAOP plus 10%," said the letter. Given the critical nature of the FERC case, the senators "believe it is crucial" for DOT "to state clearly and promptly the proper interpretation and application of the pipeline safety rules as they relate to MAOP."

The pipeline safety program is administered by DOT, not by FERC, said the letter, adding that much legislative and administrative effort has been made over the past several years to "minimize the chances of future pipeline failures that could cause the loss of life and damage to property."

Wagner's decision "may directly undermine the goals" of the pipeline safety reauthorization bill, said the senators, calling on DOT to "dispel any confusion created by this ruling." Otherwise, pipelines "will operate under a cloud of ambiguity created by the contrast between the operating imperatives declared by the FERC judge, and the safety measures imposed by pipeline safety regulations" under the auspices of DOT, the letter said.

## *MARKET MONITORING*

### TRADING RULES ENFORCEMENT WILL BE 'SWIFT AND SURE,' FERC OFFICIAL SAYS

Natural gas and other energy traders that operate "within the rules have nothing to worry about," says the new deputy director of investigations and enforcement in FERC's Office of Market Oversight and Investigations. That said, however, "enforcement is a key component of a competitive marketplace," and the unit expects to bring "swift and sure and effective enforcement as problems arise" and are identified, Dennis O'Keefe told *Inside FERC's Gas Market Report*.

In interviews last week, O'Keefe and Stephen Harvey, who has been named OMOI's deputy director of market oversight and assessment, voiced their resolve to spot, investigate and prosecute energy market shenanigans in real time as they begin their new duties at FERC. While their units will function independently, the two men agreed that they would work closely together.

With the two new lieutenants on board, OMOI "can now move ahead quickly with the remainder of our organizing and goal-setting operation, knowing that we've got top-quality leadership to guide us," Director William Hederman said in announcing the appointments. In similar fashion, Chairman Pat Wood III welcomed "these senior managers to the top ranks of OMOI, which will play a key role at the commission. These individuals bring a wealth of experience to this important office."

Each wing of OMOI eventually is expected to employ about 50 staffers. O'Keefe's enforcement unit, to be staffed with lawyers and other professionals, is "trying to maintain a mix" of employees from outside and within the commission, he said, adding that the breakdown is about "50-50. We have people who have been here a while and people who are brand new" to the commission. In addition to the attorneys, the office will include economists, engineers and "industry analysts," he said.

Planning to operate nimbly, O'Keefe said his office will "try to get as close as possible to real-time enforcement."

The overall "mission is to make the world safe for competition, particularly for electricity, in light of the events of recent years" in the West and other regions, he said.

During his 20-year tenure at the Commodity Futures Trading Commission, O'Keefe led the investigation that uncovered a conspiracy to manipulate copper prices and resulted in a $150 million penalty against Sumitomo. "I have a fair amount of experience with market power manipulation," he said. Immediately before joining FERC staff, O'Keefe, who earned a bachelor's degree in political science from the University of Illinois and a law degree from George Washington University Law School, was general counsel to an affiliate of American Iron & Metal.

Looking ahead, O'Keefe said he expects to take "a variety of proactive measures" and handle complaints as they arise. At the moment, the office is "looking actively at a number of investigations," some formal and others informal, he reported, adding that his unit was examining interconnection and power transmission access issues in different regions.

Like O'Keefe, Harvey said his oversight unit would not let problems fester. "I think what we really want to be doing is strongly establishing systematic processes to review" what is happening in the market on a real-time, as well as longer-term, basis, said Harvey, emphasizing that his staff will be "feeding the investigative side of the FERC effort" to manage the market. Harvey also will develop "policy approaches" to the problems identified by his studies.

Harvey's oversight unit is going through "a growth period" and will need to hire 14 more employees to reach its full complement of 50 or so. The unit will include a mix of economists, statistical and financial analysts, researchers and electrical engineers with "an understanding of how the grid works," he said.

Prior to joining FERC, Harvey worked for over 20 years in the energy business, including stints at Enron and Columbia Energy Group, where he developed an understanding of how financial risk is managed by corporations. Immediately prior to joining the commission, he was vice president of operations for Exolink, a Texas-based company that manages nonstandard transaction data in the retail energy industry. The experience in Texas tracks well with his new job at FERC because "the commission is trying to figure how to get data from a wide variety of markets," and Exolink specializes in easing nonstandard data transfers, he asserted.

The first component of the job is to decide which segments of gas and electric markets warrant tracking and then determine whether they are operating in a healthy manner, Harvey explained, adding that when irregularities arise, the matter will be referred to the enforcement unit. He doesn't plan to sit back and wait for complaints to roll in. "When we are seeing something that isn't making us comfortable, we can begin our investigations," he said.

"Basically what we are looking for are things in the data . . . that are not easily explained in terms of how the market should operate," Harvey continued. "It doesn't necessarily mean something is wrong," just that something is worth investigating, he elaborated. For example, "a spike in prices during a month

INSIDE FERC'S GAS MARKET REPORT — October 25, 2002
©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

when nothing much is going on" would raise eyebrows, he said, noting "that's the kind of thing we are looking at." Such a spike could be caused by something ordinary, something malevolent or something in between, he said.

Harvey doesn't envision a point at which the oversight unit's way of doing business will become static. "One of the fun things about markets is that there are always changes. . . . So in that sense, you never get satisfied" with the way the unit is organized, said Harvey, who received a bachelor's degree in physics and political science from Guilford College and a master's degree in public policy from the Kennedy School of Government at Harvard University.

At present, the office is planning to release three major reports a year — one retrospective report, looking at the prior 12 months, and two forward-looking ones providing summer and winter outlooks. The seasonal reports will examine "the places we could be most concerned about," Harvey noted. The report presented by Hederman to FERC in July will provide the blueprint for future prospective reports, he said.

## ENRON FALLOUT

## PROSECUTORS HOPE BELDEN LEADS TO HIGHER LEVELS OF ENRON FRAUD

The U.S. Attorney for the Northern District of California says he hopes to use Timothy Belden — formerly Enron's top Western power trader who pleaded guilty to a wire fraud charge last week — "as a window into upper levels of Enron management" and suggested more company officials will be charged with illegal activities in California's power market.

Meeting with reporters in San Francisco last Friday, U.S. Attorney Kevin Ryan, who is leading the government's case against Belden, said Belden did not act without help from other employees of the now-bankrupt company. Belden pleaded guilty Oct. 17 in a federal court in San Francisco to conspiring to inflate wholesale power prices during the state's energy crisis. Ryan described Belden as "an excellent witness" to illegal activity at Enron and said the government will "pursue [the case] wherever it leads."

The U.S. Attorney's Office and the FBI will not only pursue individuals at Enron and other energy companies, but will go after the companies themselves "in appropriate circumstances," Ryan added. "We'll go after anyone and everyone who manipulated California's energy market," he pledged. Patrick Robbins, chief of securities fraud at the U.S. Attorney's Office, told reporters his office and the FBI will continue working with FERC and the California Independent System Operator on future cases. FERC and the ISO have conducted extensive reviews to determine whether gaming occurred and refunds are owed. Robbins said that while some have argued Enron's marketing strategies were not illegal under the ISO's rules, Belden's guilty plea proves laws were broken.

Belden faces up to five years in prison and a $250,000 fine in exchange for his guilty plea, Dept. of Justice officials said. Belden is cooperating with the federal investigation into the failed energy trading giant and has forfeited $2.1

million from his salary and bonuses that were related to the fraud charge, the officials said.

Federal officials have pointedly refused to estimate any monetary damages that may ultimately be attributable to fraud in the wake of Belden's guilty plea.

Asked to elaborate on Justice's allegation that a portion of increased Enron power trading revenues was due to fraudulent schemes, Deputy Attorney General Larry Thompson declined, repeatedly stating at a press briefing on the day of Belden's guilty plea that the investigation was "active and ongoing."

When the focus shifted to various FERC proceedings, including the California spot market refund case (see story, page 12), FERC Chairman Pat Wood III declined to speculate on how last week's development in the broad Enron investigation may affect commission proceedings. The refund matter is "a pending case being adjudicated as we speak," he told the briefing, noting that "these issues have been raised in that case."

Afterward, Wood characterized the proceedings as separate. "The refund case is already [about] getting the money back," he said. "The point of this [Enron case] is to identify anybody that broke laws and ought to therefore pay a different kind of [restitution]. Now, there may be some incremental money back that is not captured in the refund proceeding and we'll have to determine that later."

He further distinguished the cases, describing the causes leading to the refund proceeding as "no fault," whereas the broader Enron-related case is about pursuing fraud. "So, it's two different proceedings." Wood expects the administrative law judge presiding over the refund case to submit a report in December and the full commission to act by late winter or early spring. He also expects to send a final report on energy market manipulation to Congress in February. An initial staff report highlighted the trading schemes at issue in the case (IFGMR, 16 Aug, 1).

Asked to comment on the impact the trading schemes had on market prices during the crisis, Wood again refused to offer specifics, but he allowed that "this had some role." Other factors, including the market rules in place at the time, a lack of energy infrastructure relative to demand and the drought in the Pacific Northwest, played important roles, he noted.

In a statement made outside the courtroom before the plea, Belden's lawyer stated that the defendant was doing his job as he was trained to do it by Enron. Belden, 35, was from 1997 to 1998 director of Enron's Western Power Trading division, and in 1999 was promoted to vice president of the division and was later named its managing director.

According to the statement read by his lawyer, Cristina Arguedas of Arguedas, Cassman & Headley: "Tim Belden was not a high-ranking Enron executive lining his pockets for his own greed. He was an employee who was trained how to do his job by Enron. He did his job. Tim was always honest with others at Enron about his actions, and was never disciplined by Enron. He now recognizes that what he was taught to do was wrong, and he is going to make amends as well as he can by cooperating fully with the government and telling the complete truth about Enron actions in the California energy trading market."

Justice officials declined to comment on whether charges would be brought against other individuals or companies when asked about widely known allegations that Enron engaged in questionable market conduct with other companies. FERC in August set for hearing the question of whether Enron, its subsidiary Portland General Electric, El Paso Electric and Avista violated the Federal Power Act during the Western power crisis. Asked whether investigators were reviewing related issues, such as Enron employees' contributions to political parties and access to policymakers or whether El Paso Natural Gas manipulated the gas market, Thompson wouldn't bite. "I can't comment on any particular matter under investigation" or any "direction" the investigation is taking, he said.

According to Justice, Belden and others: misrepresented the nature and amount of electricity Enron proposed to supply and the load it planned to serve; created false congestion before falsely relieving it to obtain congestion management fees from Cal-ISO; engaged in megawatt laundering in and out of the state; and falsely represented that Enron intended to supply energy and ancillary services, "it did not have, and did not intend to supply."

Belden agreed to cooperate with federal investigators, including those working for FERC and the Commodity Futures Trading Commission, in a continuing probe of manipulation of California's energy markets. Justice officials described the interagency cooperation with FERC and the CFTC as a "partnership."

## FEDERAL JUDGE'S RULING TO ALLOW ENRON SHAREHOLDERS TO SUE DYNEGY

A federal judge has ruled that the August settlement of Enron's $10 billion lawsuit against Dynegy may have resolved corporate claims, but it did not resolve the claims of individual Enron shareholders.

In a written decision issued Tuesday, U.S. District Court Judge Alvin Hellerstein overruled an April decision by the federal bankruptcy judge hearing the Enron case and said the shareholders should be allowed to sue Dynegy for breaking off merger talks with Enron last November.

Enron "was to benefit from the merger agreement by having its debts assumed. Enron shareholders were to benefit by becoming shareholders of Dynegy," Hellerstein ruled. "These are distinct and separate benefits; therefore, the injuries sustained by their loss are distinct and separate."

The judge said that under Texas law, the courts "must examine" the various provisions of the proposed merger. "The merger agreement at issue here clearly exhibits the parties' intention to contract for the benefit of third parties," suggesting that shareholders should be able to sue for lost rewards from the aborted deal.

On Wednesday, Dynegy spokesman John Sousa said that the company was in the process of reviewing Hellerstein's ruling. But Dynegy's initial reaction is that the judge's interpretation of Texas law is incorrect, Sousa said. "We also note that the opinion makes no ruling on the merits of the shareholders' suit, and we do expect that, ultimately, the suits will be dismissed."

Dynegy made a cash-and-stock offer to buy Enron last November, when Enron's share value was collapsing under the weight of mounting financial scandals and regulatory probes. It also agreed to assume roughly $11 billion of Enron's debts. But that deal unraveled in about three weeks, with Dynegy finally dropping its offer and Enron declaring bankruptcy on Dec. 2, 2001.

At the same time Enron filed for bankruptcy, it filed suit against Dynegy, claiming that its smaller rival had wrongfully terminated the merger.

Roughly three weeks later, shareholders of Enron similarly filed suit against Dynegy "for its breach of merger" in the U.S. District Court for the Southern District of New York, as well as in Texas District Court in Houston. Dynegy countered that Enron had misled it about the company's financial condition and pulled the plug on the acquisition of Enron on the same day that Standard & Poor's Ratings Service lowered Enron's credit status.

On April 12, the bankruptcy court in New York ruled that the shareholders' suit in New York and Texas should be dropped and that the claims of the shareholders must be part of the larger Enron estate.

## JUDGE GIVES ARTHUR ANDERSEN MAXIMUM PENALTY IN ENRON CASE

Enron's former auditor Arthur Andersen was socked last week with the maximum penalty for its obstruction of justice conviction in connection with the destruction of Enron related documents. The once top-tier firm was forced to pay a $500,000 fine and prohibited from doing consulting or auditing work for public companies for five years.

The sentence against the now-gutted Andersen was handed down Oct. 16 in U.S. District Court in Houston by Judge Melinda Harmon, who presided over the criminal trial in June in which Andersen was convicted of obstruction of justice for destroying documents related to its Enron account.

Rusty Hardin, an attorney for Andersen, said the accounting firm would accept the punishment, although he refused to agree with the verdict. "We will go to our graves saying we're not guilty," he said.

The punishment is somewhat of an anticlimax for the firm, which for all intents and purposes is no longer in business. From its height a year ago of employing 85,000 worldwide — approximately 28,000 in the United States — Andersen currently employs fewer than 1,000 people.

Harmon, in imposing the sentence, outlined a dozen conditions of probation, which among other things prevent the company from dissolving or selling assets without the approval of a probation officer. The company is still a defendant in about 90 civil lawsuits in which plaintiffs are seeking compensation for losses from Andersen's former clients.

In addition, Harmon required the company to work to maintain reams of documents still in existence pertaining to its audit work for Enron and other clients.

Prior to the sentencing, Linda Thomsen, a representative of the Securities and Exchange Commission Enforcement Division, read a letter asking the judge to hand down the maximum punishment. Noting that the destruction of

18

documents cuts to the heart of the SEC's investigative powers, Thomsen said that while Andersen retained thousands of Enron-related documents, "some documents were irretrievably lost."

# RATINGS

## ENERGY-FIRM DOWNGRADES CONTINUE, S&P WARNS FREQUENT CHANGES TO COME

The spigot of bad ratings news for energy companies continued to flow this month, with Standard & Poor's warning that "frequent rating changes will continue," and Fitch Ratings, Moody's Investor Service and S&P issuing a number of downgrades for energy firms.

Fitch Ratings downgraded Mirant Oct. 15 to below investment grade, saying the downturn in the wholesale gas and power market has limited Mirant's access to capital and credit markets. Fitch cut Mirant's senior notes and convertible senior notes to BB from BBB–, convertible trust preferred securities to B+ from BB, and the short-term debt to B from F3. The outlook remains negative on all the ratings, Fitch said.

The rating agency said Mirant has been affected by a number of negative factors including reduced trading volumes; lower spot and forward prices; reduced profitability of unhedged merchant power production; and ongoing investigations at FERC into questionable trading practices. Fitch said Mirant's debt-to-cash-flow ratio is too high to rate the company investment grade. "Fitch estimates the ratio of adjusted debt and lease obligations relating to core businesses at roughly 10 to 11 times 2002 and estimated 2003 cash flow from operations, a level that is inconsistent with a rating in the investment-grade category."

The company is expected to have adequate liquidity to conduct business and to cover $1.6 billion of maturing debt in 2003 from a combination of cash on hand plus internal cash generation over the next year and proceeds of some asset sales, the agency said. Mirant has said that if it was downgraded by Fitch and another ratings agency to below investment grade, it could face $300 million in additional collateral calls, but Fitch said the company should have enough cash to cover those needs.

Also on Oct. 15, Mirant pushed back its Form 10-Q filing with the Securities and Exchange Commission for the second quarter to Nov. 1 instead of mid-October. Third-quarter earnings are expected to be announced the week of Nov. 18.

Meanwhile, on Oct. 16, Moody's lowered the credit ratings of two units of PG&E Corp.'s National Energy Group to below investment-grade level, while the group's PG&E Gas Transmission-Northwest, revised from Baa2 to Baa3, remained at investment-grade level.

PG&E Corp. noted that the new rating on the gas transmission unit kept it above investment-grade level, although S&P's Oct. 11 downgrade of the same unit (to BB– from BBB+) fell below investment grade.

Moody's downgraded NEG unit USGen New England to Ba3 from Baa3 and Attala Generating to Ba3 from Baa3, left in place its rating of B1 for

PG&E NEG and indicated that it continues to review the ratings of NEG and its units for possible future downgrade.

Moody's on Oct. 11 lowered the ratings of PG&E National Energy Group's senior unsecured debt, issuer rating and syndicated bank credit facility to B3 from B1. Moody's also downgraded PG&E Gas Transmission Northwest's senior unsecured debt to Ba1 from Baa3, USGen New England's "pass-thru" certificates and syndicated bank credit facility to B2 from Ba3, and Attala Generating's senior secured debt to B2 from Ba3. All the ratings were kept on review for further downgrade. "The rating action and review for possible downgrade reflects NEG's weak operating performance, low operating cash flow relative to its debt, and tight liquidity," Moody's said.

Also Oct. 11, S&P lowered the credit rating for PG&E NEG and five NEG units, citing questions about whether PG&E NEG will be able to meet a $400-plus million debt payment that was due Monday (Oct 21). S&P set PG&E NEG's rating at B–. It also lowered the ratings for PG&E Gas Transmission-Northwest to BB–, USGen New England to B–, PG&E Generating to B–, PG&E Energy Trading Holdings to B– and GenHoldings I to CC. PG&E Corp. noted that the rating on its interstate pipeline, PG&E Gas Transmission-Northwest, had to be lowered to meet S&P's requirement that an operating unit cannot be rated more than three notches higher than the parent company. PG&E Corp. reiterated that it continues to explore options for PG&E NEG, including possible asset sales and debt restructuring.

On Monday, S&P said PG&E Corp.'s renegotiation of the terms of a $420 million loan and the increase of the loan to $720 million had averted potential default under the loan's previous terms and a resulting acceleration of the debt.

S&P said the renegotiation is a favorable development for PG&E and its wholly owned regulated utility subsidiary Pacific Gas & Electric. The new terms remove previous ratings triggers and events of default tied to unregulated PG&E NEG. PG&E currently has about $190 million of liquid unrestricted cash and investments, according to S&P, adding that as a holding company, it lacks meaningful prospects for the infusion of additional liquidity given the financial woes facing its principal subsidiaries, Pacific Gas & Electric and NEG.

On Oct. 17, S&P placed its ratings for Piedmont Natural Gas under review for a possible downgrade. S&P's action follows Piedmont's announcement that it will purchase for about $425 million in cash Progress Energy's North Carolina Natural Gas and stake in Eastern North Carolina Natural Gas. Although the deal meshes with Piedmont's growth strategy — to increase its gas-distribution presence in the U.S. Southeast — its size and scope, combined with the uncertainties regarding the deal's financial and operational implications, "further heightens . . . concerns on Piedmont's ability to support an 'A' ratings profile," S&P said. "A" is an investment-grade rating. The proposed deal, expected to close by mid-2003, initially will be financed through short-term debt. As of July 31, Piedmont had about $510 million of outstanding debt, S&P said.

In a report S&P issued Oct. 11, it noted that natural gas and electric utilities continued to suffer credit downgrades in

the third quarter of 2002 and the evidence suggests that "frequent rating changes will continue."

S&P said that from July through September utility holding companies and operating subsidiaries received 57 downgrades and only eight credit upgrades. Over the same period last year, there were nine downgrades and five upgrades, S&P said in the report.

While the U.S. energy industry creditworthiness began to weaken before 2001, the California energy crisis and the Enron bankruptcy "hastened the negative trend," it said.

Over the past 12 months, the number of companies rated A and above dropped significantly, while the number of firms rated BBB and below has risen, the report said. "In this regard, about 49% of the industry now falls in the BBB category rating, while a full 11% are rated below investment grade, including five companies that are rated D, compared with 40% and 5%, respectively, at the end of September 2001," S&P explained. "The decline in the A and AA rating category has been precipitous, with just 40% of the industry carrying ratings of A and above, compared with 55% one year earlier," the report said.

The report, however, said that while the average rating for the energy sector has slipped to BBB+, companies that "continue to emphasize a vertically integrated structure are hanging onto an A- average." Utility holding companies that "have ventured too far afield from their core competencies have suffered weakening market capitalization and, in many instances, rating downgrades."

The S&P report also noted that financing activity dropped in the last 12 months after increasing significantly for most of 2001. "The amount of long-term debt, hybrid preferred securities and preferred stock issued during the first nine months of 2002 was about $56.9 billion, compared with approximately $61.2 billion issued in the same period in 2001," the report said.

The decrease is due to "capital market jitters, especially for those issuers that require access to the capital markets, a consequent heavier reliance on bank debt, sliding wholesale electricity prices and reduced capital expenditures across all sectors, but most significantly as the result of the postponement or cancellation of planned new power plants."

A heavy debt burden has also driven down "key measures of bondholder protection" in recent years, the report noted. Total debt as a percentage of total capitalization was an "aggressive" 59.8% at June 30, 2002, compared with 54.9% at the end of 1998. "This debt level, while just one measure of financial health, is characteristic of a BB rating category credit with an average business position."

The S&P report further noted that at the end of September 2002 "just 48% of all utility rating outlooks were stable, compared with nearly 60% just one year ago." Further, S&P said the "percentage of outlooks that are negative has reached a high of 31%, continuing to strongly overshadow positive outlooks, which stand at just 3%."

"Of the remaining 18% of companies that are on CreditWatch, 84% carry a negative listing, 9% positive and 7% developing, which indicates that a rating may be raised, lowered or remain unchanged," S&P said.

## MERGERS/ACQUISITIONS

### PIEDMONT TO INCREASE FOOTPRINT WITH $425 MILLION PURCHASE OF NCNG

Piedmont Natural Gas is adding another significant asset to its gas utility business with the announcement that it will pay $425 million in cash to buy North Carolina Natural Gas. This is the third major deal for the acquisition-minded Piedmont, which in the last two years has acquired North Carolina Gas Service from NUI and the Gaffney, S.C., gas distribution system from Atmos Energy.

"This acquisition is consistent with our focused and disciplined strategy of pursuing profitable growth in our core Southeast natural gas distribution business," said Thomas Skains, president and chief operating officer of the utility, in an Oct. 16 statement.

The sale of NCNG comes just three years after it was acquired by Carolina Power and Light for $354 million in company stock. As part of the deal, CP&L's parent Progress Energy also will transfer to Piedmont its 50% stake in Eastern North Carolina Natural Gas, an 850-mile pipeline system being built with state bond funds in a 14-county area of eastern North Carolina. Construction began in 2001 and should be completed by 2004. Albemarle Pamlico Development holds the remaining 50% of EasternNC.

The agreement also will increase Piedmont's stake in the Pine Needle liquefied-natural-gas project from 35% to 40%, and its stake in the Cardinal Pipeline from 16.5% to 21.5%. Projected annual revenue for the combined company was put at $1.45 billion and throughput is expected to reach 186 Bcf/year.

"We very much look forward to including NCNG's [176,000] customers as part of the 454,000 natural gas customers we now serve in North Carolina," said Piedmont Chief Executive Officer Ware Schiefer in a statement. Following the acquisition, Piedmont will have about 910,000 customers in the Carolinas and Tennessee.

The deal for NCNG, which has been approved by the boards of both companies, is expected to close in mid-2003. It requires approval from the North Carolina Utilities Commission, the Securities & Exchange Commission and the Dept. of Justice.

Announcement of the sale by Progress Energy after only three years of ownership was not a complete surprise. The company had indicated plans to sell assets not essential to its electric-related core business that includes CP&L and Florida Power. Like other electric companies, Progress Energy has suffered a depressed stock price and lower earnings estimates.

"Selling NCNG will improve our balance sheet by lowering our debt-to-equity ratio, which is critical in today's environment," said William Cavanaugh, chairman and CEO of Progress Energy. "Since our acquisition of NCNG in 1999, the industry landscape, and the opportunities for retail competition that existed then, have changed dramatically," he said in a statement. "At that time we envisioned a consolidation opportunity in retail natural gas distribution in advance of deregulation."

However, "that direction was altered by our strategic

INSIDE FERC'S GAS MARKET REPORT — October 25, 2002
©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

acquisition of Florida Progress and the changing regulatory climate. The divestiture of our natural gas distributor is a response to these changes, one that enables us to further strengthen our balance sheet, while redoubling our commitment to our core electric business," Cavanagh said. Progress Energy said it plans to use the net proceeds from the sale to pay down debt.

## TRANSPORTATION

### ISLANDER EAST HITS ANOTHER SNAG; FGT, TRANSWESTERN SEEK NEW TARIFFS

A Connecticut Dept. of Environmental Protection assessment has dealt Islander East Pipeline the latest blow in the pipeline's effort to obtain clearance from the state. In other pipeline developments, Florida Gas Transmission and Transwestern Pipeline, in similar but separate filings, have asked FERC to let them cancel a capacity release transaction if a releasing shipper fails to maintain minimum creditworthiness standards.

The $150 million Islander East project, designed to move gas across the Long Island Sound, violates the Coastal Zone Management Act because it would destroy wetlands and shellfish habitat and degrade water quality, the DEP announced last week.

Islander East Pipeline, sponsored by Duke Energy and KeySpan, holds a FERC certificate, but it still must win state endorsement before construction can proceed (IFGMR, 11 Oct, 20). Connecticut already has imposed a moratorium on construction of new energy projects under the Long Island Sound (IFGMR, 27 Sept, 19).

DEP Deputy Commissioner Jane Stahl said "the environmental concerns associated with this project are unacceptable and, in essence, the approval recently issued by FERC is ineffective considering Connecticut needs to sign off on the coastal consistency element of the project," which would move 285,000 Dt/day through 50.4 miles of 24-inch-diameter pipe, 22.6 miles of which would be under water.

Also weighing in, state Attorney General Richard Blumenthal concluded that "this powerful decision should stop Islander East dead in the water. Disapproval is a deal breaker. Although the company has a right to appeal, it should recognize that the DEP's result is right." Islander East also is waiting to hear from the DEP on its dredging and water quality permits.

Florida Gas Transmission and Transwestern last week requested tariff changes giving them the right to terminate a capacity release upon 30-days' notice and if the rate paid by the acquiring shipper is less than the contract rate. The pipelines, which suggested a Nov. 11 effective date for the change, also proposed allowing the acquiring shipper to avoid termination by agreeing to pay the lower of the releasing shipper's contract rate or the maximum applicable tariff rate.

The filings follow similar requests for tariff revisions from Natural Gas Pipeline Co. of America, Tennessee Gas Pipeline, and Northern Natural Gas. Last month,

FERC called for generic creditworthy standards and directed parties to work with the North American Energy Standards Board to establish guidelines (IFGMR, 27 Sept, 20).

Northern Border Pipeline on Oct. 18 said that by challenging the pipeline's capacity posting/bidding mechanism, certain shippers were attempting to gain "super-ROFR rights" to renew firm service contracts while dissuading others from making their best bids for available capacity.

Northern Border was responding to a complaint earlier this month in which Pan-Alberta Gas (U.S.) and Mirant Americas Energy Marketing claimed that a newly installed tariff provision allows Northern Border to bypass posting and bidding procedures. Not so, said the pipeline in the Oct. 18 answer presented in a FERC filing. The pipeline asserted that the complaint "misstates the manner in which the . . . tariff operates."

The complainants also are attempting to "fundamentally reverse commission policy" by extending and changing the right-of-first-refusal process that is intended to give existing shippers a reasonable opportunity to match any competitive bids for capacity under expiring contracts. The new posting procedure under which Northern Border enjoys relatively free rein to accept bids for available capacity on a first-come, first-served basis does not kick in until several opportunities for recontracting to the existing shipper have expired, said the pipeline. The Pan-Alberta/Mirant complaint suggests that existing shippers are being denied the opportunity to retain capacity, which simply is not true, the pipeline continued.

And the suggested remedy of extending ROFR rights through the expiration date of a contract is "inconsistent" with the "defined, limited nature of the ROFR right" and would unfairly favor existing shippers, it held. Noting that it is in the process of recontracting significant amounts of long-term capacity on its system, Northern Border called on FERC to dismiss the complaint.

Gulf South Pipeline won approval from FERC in an Oct. 18 order to increase by 236,000 Mcf/day the design capacity of its Mobile Bay Lateral.

Increasing the maximum allowable operating pressure on the 30-inch-diameter pipe in Mobile County, Ala., will boost capacity to 836,000 Mcf/day, the pipeline told FERC in July. The uprate will provide Gulf South's shippers the added flexibility to nominate deliveries into Florida through Gulfstream Natural Gas System, the pipeline said. No new facilities are required to uprate the line.

Southern Natural Gas has launched an open season seeking bids for firm transportation capacity due to turnback of capacity on the North Main line of Southern Natural's system in Zone 2. The open season is scheduled to close noon CST Oct. 30 and is subject to two prearranged transactions for part of the capacity.

All of the available capacity — about 7,000 Mcf/day — is available on Southern Natural's North Main system in Zone 2, but shippers seeking capacity on the North Main lines in Zones 0 or 1 also may submit bids, Southern Natural said. The capacity available to be

awarded may not be available in the same increments to all locations of Southern Natural's system and may not be available along particular laterals or at certain delivery points, the company noted.

Interested shippers may submit bids via fax to the attention of Leslie Hancock at (205) 326-2038. Hancock may be contacted at (205) 325-3864 if an FT request form is needed. All bids will be considered binding and Southern Natural will reserve the right to charge the winning bidder for the capacity awarded under the terms of the bid.

• EnCana's Wild Goose Storage is conducting an open season through 2 p.m. MST Oct. 31 for expansion capacity now that the California Public Utilities Commission has approved construction at the northern California site. The Butte County facility is expected to have 29 Bcf of working gas capacity following the expansion, with a maximum injection rate of 450,000 Mcf/day and maximum withdrawal of 700,000 Mcf/day. Service is expected to commence April 1, 2004.

Wild Goose said it already has customers contracted under binding precedent agreements for some of the space. Wild Goose plans to negotiate and conclude contracts no later than Nov 8. For more information, contact Ben Ledene in Calgary at (403) 645-3092 or Chris Price in California at (530) 525-0490.

• FERC has released a detailed agenda for its Nov. 13 Midwest energy infrastructure conference in Chicago, the latest of a series of such regional meetings. The commissioners plan to hear from state regulators as well as representatives from the Federal Reserve Bank of Chicago, Canada's National Energy Board, Manitoba Hydro and Alliance Pipeline.

The topics will include demand forecasts, crossborder issues, new generation and technology. The states covered include Ohio, West Virginia, Michigan, Indiana, Kentucky, Wisconsin, Illinois, Missouri, Minnesota, Iowa, North Dakota, South Dakota, Nebraska, Kansas and Oklahoma, said the Oct. 17 announcement.

## BRIEFS

**The ENERGY INFORMATION ADMINISTRATION** Thursday reported an injection of 33 Bcf for the week ending Oct. 18, raising working gas nationwide to 3.161 Tcf. EIA reported injections of 20 Bcf in the east region, to 1.859 Tcf (1.838 Tcf a year ago), 3 Bcf in the west region, to 415 Bcf (389 Bcf a year ago) and 10 Bcf in the producing region, to 887 Bcf (874 Bcf a year ago). The year-over-year surplus edged up 1 Bcf to 61 Bcf, while the surplus over the five-year average dropped to 219 Bcf. EIA's five-year average showed an injection of 58 Bcf and a total working-gas volume of 2.942 Tcf. In the same week a year ago, 32 Bcf was injected to raise stocks to 3.100 Tcf. Two years ago, 70 Bcf was injected to raise storage to 2.644 Tcf. Three years ago, a 50-Bcf injection increased storage volumes to 3.038 Tcf. Four years ago, injection of 72 Bcf brought storage up to 3.072 Tcf. Five years ago, injection of 66 Bcf raised storage to 2.858 Tcf.

EIA reported a storage injection of 48 Bcf for the week ending Oct. 11, pushing working gas in storage nationwide to 3.128 Tcf. EIA reported injections of 29 Bcf in the east region, to 1.839 Tcf (1.815 Tcf a year ago), 6 Bcf in the west region, to 412 Bcf (384 Bcf a year ago) and 13 Bcf in the producing region, to 877 Bcf (869 Bcf a year ago). The year-over-year surplus narrowed 22 Bcf to 60 Bcf, while the surplus over the five-year average fell 10 Bcf to 244 Bcf. EIA's five-year average showed an injection of 58 Bcf and a total working-gas volume of 2.884 Tcf. In the same week a year ago, 70 Bcf was injected to raise stocks to 3.068 Tcf. Two years ago, 27 Bcf was injected to raise storage to 2.574 Tcf.

• **BAKER HUGHES** reported in its survey for the week ending Oct. 18 that the nation's oil-and-gas rotary rig count week decreased by six to 843, compared with 1,100 a year ago. The number of rigs drilling for gas fell by six to stand at 703. Rigs drilling on land totaled 714; in inland waters, 18; and offshore, 111. Canada's oil-and-gas rig count decreased by two to 206, compared with 303 a year ago.

**The COMMODITY FUTURES TRADING COMMISSION's** Commitment of Traders report of Oct. 18 said noncommercial traders increased both long and short positions in the New York Mercantile Exchange Henry Hub futures contract last week. Noncommercial traders' overall holdings rose to 54,313 contracts as of Oct. 15 from 44,697 contracts for the week ending Oct. 8. As of Oct. 15, noncommercials held 30,287 long positions, up from 25,793 long positions as of Oct. 8. The traders' short positions as of Oct. 15 increased to 24,026 from 18,904 as of Oct. 8. Commercial traders increased the number of long and short positions in the NYMEX contract as of Oct. 15, coming in about 52% short. According to CFTC, commercial traders as of Oct. 15 held a total of 638,075 contracts — 307,011 long and 331,064 short. Those numbers represent a total increase of 35,450 contracts from the week ending Oct. 8, when commercial traders held a total of 602,625 contracts — 288,639 long and 313,986 short.

**ONEOK** has bought all of Austin-based Southern Union's Texas energy assets for $420 million, Oneok said last week. The operations purchased serve 530,000 customers throughout the state and include 125 miles of natural gas transmission system regulated by the Texas Railroad Commission as well as other energy-related assets involved in gas marketing, retail propane and natural gas distribution in Mexico, Oneok said in a statement. It added that operating income from the Texas properties in the year ending June 30 was $41.2 million with around 95% of this related to the distribution operations. "This acquisition will make Oneok the fourth-largest gas distributor in the U.S. with over 1.9 million customers in Oklahoma, Kansas and Texas," said Oneok Chief Executive Officer David Kyle.

**KINDER MORGAN INC.** last week reported third-quarter 2002 net earnings of $80.4 million, up 38.1% from

22

©2002 The McGraw-Hill Companies, Inc. Reproduction forbidden without permission.

$58.2 million third-quarter 2001. Revenues were $225.1 million, down from $227.0 million, KMI said. The company said its interest in Kinder Morgan Energy Partners contributed $87.9 million in pre-tax third-quarter earnings, up 44% from $61.2 million a year ago. KMI said it expects earnings growth of 35% for full-year 2002 over 2001, with 2002 earnings of at least $2.65/share, "in line with current consensus estimates and well ahead of KMI's previously published annual plan of $2.58." KMI expects 15% to 20% earnings/share growth in 2003, without any new acquisitions. KMI said its Natural Gas Pipeline Co. of America subsidiary added third-quarter 2002 earnings of $88.7 million, up 6.1% from $83.6 million a year ago. KMI's retail segment earnings in third-quarter 2002 were $7.6 million, up $1.9 million from a year ago, with the increase primarily reflecting customer growth from the acquisition of a small natural gas distribution company in Colorado in late 2001 and a 23% increase in volumes. Power and other operations earnings dropped to $7 million, down from $21.2 million a year ago.

**KINDER MORGAN INC.** Monday said it would pay $105.5 million for Questar's 50% stake in the TransColorado Gas Transmission, giving KMI 100% ownership of the 300,000 Mcf/day gas pipeline system stretching from fields in Colorado to New Mexico. The system includes 292 miles of pipeline. KMI said it would also receive $12 million cash held by TransColorado when the deal closes. This money will be distributed to unit holders, KMI said. The two companies had faced litigation stemming from a dispute over how to value Questar's stake in TransColorado, but the deal resolves that disagreement. The sale is subject to Hart-Scott-Rodino approval and is expected to close before the end of the year. KMI said its current estimate of 2002 pretax cash flow for TransColorado is more than $22 million.

**QUICKSILVER and PANCANADIAN** are in a joint venture that will drill 50 coalbed methane development wells on Southern Alberta's West Palliser Block by the end of this year after encouraging results on the first 100 pilot and exploration wells there, Quicksilver said last week. This commits the company to commercial development plans tentatively announced earlier this year that were dependent on successful drilling results. "With three rigs drilling, the joint venture anticipates having approximately 50 new wells drilled and completed by year-end," Quicksilver said. "The remainder of this initial development program will be completed in 2003, with follow-up development programs also planned for that year." Extended well tests have yielded 30 Mcf/day to 250 Mcf/day per well, the company said. Initial calculations show each Palliser Block leasing section could hold about 1 Bcf to 2 Bcf of gas, the statement said. The PanCanadian-Quicksilver joint venture covers up to 300 sections within the Palliser Block. Quicksilver and PanCanadian also have coalbed methane joint ventures outside Palliser. Quicksilver said the West Palliser Block is Canada's first coalbed methane

development to start commercial development. "Due to the low water rates and the presence of extensive pre-existing gas infrastructure, the joint venture is capable of bringing coal bed methane production to market quickly and efficiently," Quicksilver said.

**DEVON ENERGY** has reported new oil and gas hedges in the U.S. and Canada for fourth-quarter 2002 and all of 2003. For fourth-quarter gas hedges, Devon said it has set a floor of $3.12/MMBtu for 799,000 MMBtu/day. For 2003, Devon has set a floor of $3.19/MMBtu for 679,000 MMBtu/day. Devon last week said that for fourth-quarter 2002 oil hedges, it has a floor of $23.15/barrel for 46,350 barrels/day. For 2003, Devon said it has a floor of $22.04/barrel for 46,000 barrels/day. The hedges include various price swaps, fixed-price physical delivery contracts and costless price collars, Devon said.

**HOUSTON EXPLORATION** has hedged additional natural gas for 2003 and initiated crude production hedges for next year, the company announced last week. The new gas hedges total 30,000 MMBtu/day for first-quarter 2003 and 40,000 MMBtu/day for second-quarter to fourth-quarter 2003. All are costless collars and provide an average floor of $3.60/MMBtu and ceiling of $5.00/MMBtu for first-quarter 2003, with an average floor of $3.51/MMBtu and ceiling of $4.71/MMBtu for second-quarter to fourth-quarter 2003, the company said. With the additional hedges, total hedged volumes for first-quarter 2003 are now 185,000 MMBtu/day of gas production, with an average floor of $3.43/MMBtu and an average ceiling of $4.57/MMBtu. For second-quarter to fourth-quarter 2003, total gas production of 150,000 MMBtu/day has been hedged at an average floor of $3.39/MMBtu and an average ceiling of $4.43/MMBtu. Houston Exploration also said it has hedged 1,000 barrels/day of crude production at a swap price of $28.50/barrel for first-quarter 2003.

**ENERGEN's** exploration-and-production unit has locked in additional oil and gas hedges for next year, citing strength in commodities prices, the company said last week in a statement. The company said it has hedged an additional 520,000 Mcf of natural gas each month next year at an average New York Mercantile Exchange price of $4.11/Mcf. Energen now has a total of 22.5 Bcf of gas hedged next year at an average price of $4.02/Mcf. The company said it would enter into additional oil and gas hedges for next year if it deems it appropriate. Energen has hedged an additional 765,000 barrels of oil at an average NYMEX price of $26/barrel. The hedges include 45,000 barrels/month at $26.10/barrel, 15,000 barrels/month for April through December at $25.36/barrel, and 30,000 barrels/month for April through June at $26.36/barrel. The latest hedges increase Energen's 2003 oil position to 1.5 million barrels at $26.26/barrel.

**CONSOLIDATED EDISON** last week said its third-quarter 2002 net income was $283.7 million, compared with

$277.3 million for the same period last year. Earnings were $1.34/share, compared with $1.31/share for the third quarter last year. The company said it modified its accounting to meet new regulations for accounting for goodwill, taking a one-time, non-cash charge of $20.2 million. Con Ed reported operating revenues for the third quarter at $2.5 billion, compared with $2.6 billion last year.

**EL PASO ENERGY PARTNERS L.P.** has reported the election of Robert Phillips as chairman of the board of directors of El Paso Energy Partners Co., the limited partner's general partner. Phillips replaces William Wise, who will continue as chairman of El Paso Corp. Wise, Brent Austin and Malcolm Wallop have all resigned from the board of El Paso Energy Partners Co. "to align the partnership with certain corporate governance recommendations recently announced by the New York Stock Exchange," El Paso said in a release. The NYSE in August recommended that independent directors make up the majority of boards. Phillips has been a director of El Paso Energy Partners Co. since August 1998 and as its chief executive officer since September 1999. Wallop will continue to serve as a director of El Paso Corp. Austin was recently elected president and chief operating officer of El Paso Corp., the limited partner said.

**AQUILA** has named Rick Dobson interim chief financial officer, effective Nov. 20, the company said last week. Dobson will succeed Dan Streek, who plans to leave Aquila later this year. Streek has served as chief financial officer since August 2001. Dobson, who has been vice president of risk management and accounting since 1997, will lead all accounting, treasury and financial management activities for Aquila's U.S. and Canadian operations. In his new role, Dobson will report to Chief Executive Officer Richard Green Jr.

**HOUSTON EXPLORATION** Wednesday said it has committed an additional 40,000 MMBtu/day of its natural gas production in the second through fourth quarters of 2003 to its hedging program. It said the new hedges are in the form of costless collars and provide an average floor of $3.50 and ceiling of $5.00/MMBtu. Houston Exploration's total hedged volumes for first-quarter 2003 are 185,000 MMBtu/day of gas production with an average floor of $3.43 and an average ceiling of $4.57/MMBtu, and 1,000 barrels/day of crude oil at a $28.50/barrel swap price. For the second through fourth quarters, the new collars increase total hedged natural gas production to 190,000 MMBtu/day at an average floor of $3.42 and an average ceiling of $4.55/MMBtu. The company operates primarily in the U.S. Gulf Coast region.

Prices quoted in tables published in *Inside FERC's Gas Market Report* are obtained firsthand in confidential surveys of actual buyers and sellers. The McGraw-Hill Companies makes no warranties as to the accuracy of information, or results to be obtained from use. Corporate policy prohibits editorial personnel from holding any financial interest in companies they cover and from disclosing information prior to the publication date of an issue.

**FOR CUSTOMER SERVICE**, please contact us by telephone at 800-424-2908 or 720-548-5700; by fax at 720-548-5006; or by e-mail at support@platts.com

**\* \* \* Chart prices for free at www.platts.com \* \* \***

**platts**
A Division of The McGraw-Hill Companies

**NEWS OFFICE:**
1200 G St., N.W., Suite 1100
Washington, D.C. 20005
(202) 383-2145
Fax:(202) 383-2125
E-mail: Kelley_Doolan@platts.com

*Inside FERC's Gas Market Report* is published every other Friday by Platts, a division of The McGraw-Hill Companies, Two Penn Plaza, 25th Floor, New York, NY 10121-2298. Officers of the Corporation: Harold McGraw III, Chairman, President and Chief Executive Officer; Kenneth M. Vittor, Executive Vice President and General Counsel; Robert J. Bahash, Executive Vice President and Chief Financial Officer; Frank D. Penglase, Senior Vice President, Treasury Operations.

Kelley Doolan, chief editor
Liana Kuchar, markets editor
Craig S. Cano, associate editor
Valarie Jackson, associate editor

Larry Foster, editorial director
Melanie Tatum, associate editor
Rodney White, associate editor
Robert Marvin, associate editor

Mark Davidson, associate editor
Frank White, associate editor
Katharine Fraser, associate editor
Christopher Newkumet, associate editor

Harry Sachinis, President, Platts; Jim Nicholson, Vice President, Platts Editorial

For more information on Platts products call: (800) 275-8516; (713) 658-3234; fax: (713) 658-0125
Subscription rates: $1,180 per year in U.S. and Canada (plus sales tax if applicable); $1,200 elsewhere (air mail delivered). ©Copyright 2002 by The McGraw-Hill Companies, Inc. All rights reserved. PHOTOCOPY PERMISSION: Permission is granted for those registered with the Copyright Clearance Center (CCC) to photocopy material herein for internal reference or personal use only, provided that appropriate payments are made to CCC, 222 Rosewood Drive, Danvers, MA 01923, phone (978) 750-8400. No portion of this publication may be photocopied, reproduced, retransmitted, put into a computer system or otherwise redistributed without prior written authorization from Platts. Platts is a trademark of The McGraw-Hill Companies Inc. Available on Dow Jones Interactive, Lexis-Nexis, Dialog; and Reuters Business Briefing on-line services, or call Andrea Broadbent at (609) 426-6523. For site license subscriptions, contact Diane Linane at (212) 904-5310 or dlinane@platts.com.
*Inside FERC's Gas Market Report* is Reg. U.S. Pat. Off.

ISSN 8756-3711/02

**platts**

# FREE two-week trial of International Gas Report

Platts *International Gas Report*, which covers industry news in Europe, Asia, Africa, the Middle East, Australia, and the United States, is the leading source of quality information on the international gas and gas liquids industry, providing readers with the latest industry developments on a bi-monthly basis. Platts *International Gas Report* covers everything from exploration and production to transmission, power demand, market forecasts, and company news, and is essential for gas producers, consumers, marketers, traders, suppliers and banks.

### Coverage includes:
- Comprehensive and accurate coverage of upstream, downstream, trading, regulation, and power news
- Market trend updates and changes
- Information and updates on major gas pipeline projects, marketing agreements, and proposals
- Extensive overviews of the major movements, players, and projects within the industry
- Unique interviews with key industry players

---

# Sign up for your FREE two-week trial today!

To start your free trial of *International Gas Report*, fill out and mail this form to:
Platts
3333 Walnut St.
Boulder, CO 80301

Name/Title _____

Company Name _____

Address _____

City/State/Zip _____

Country _____

Phone _____

Fax _____

E-mail _____

Priority Code: 2309



**platts**

# EXHIBIT 2

# platts

# Gas Daily

Wednesday, November 6, 2002

## Daily Price Survey

Listed in the left column are the midpoints of the daily ranges for the most common prices, paid in $/MMBtu of a typical volume of 5 thousand mmBtu. The middle column shows absolute low-high prices for transactions reported on the date at the top of the column; the third column shows that day's ranges for the most common prices. The prices are generally for gas flowing today; weekends are usually priced using data collected Friday. Ranges are for deals done before nomination deadlines. The common range is built around the volume weighted average and the midpoint is calculated for the common range. Data in this table is Copyright 2002 by The McGraw-Hill Companies, Inc. NATIONAL AVERAGE PRICE: $3.870****

| Trans. date: | 11/05 | | |
| Flow date(s): | 11/05 | | |
| | Midpoint | Absolute | Common |
| **Permian Basin Area** | | | |
| El Paso, Permian Basin | 3.670 | 3.63-73 | 3.64-70 |
| Northern, MDS 1-6 | 3.630 | 3.62-67 | 3.62-64 |
| Waha | 3.710 | 3.66-77 | 3.68-74 |
| Transwestern, Permian Basin | 3.625 | 3.60-66 | 3.61-64 |
| **East Texas-North Louisiana Area** | | | |
| Carthage Hub | 3.750 | 3.72-78 | 3.73-77 |
| Lone Star | 3.755 | 3.69-82 | 3.72-79 |
| MRT, mainline | 3.915 | 3.89-93 | 3.90-93 |
| MRT, westleg | — | — | — |
| NGPL, TexOk zone | 3.760 | 3.74-78 | 3.75-77 |
| Texas Eastern, ETX | 3.775 | 3.72-80 | 3.75-80 |
| Texas Gas, zone 1 | 3.900 | 3.87-92 | 3.89-91 |
| **East-Houston-Katy** | | | |
| Houston Ship Channel | 3.800 | 3.73-81 | 3.79-81 |
| Katy | 3.760 | 3.76-80 | 3.77-79 |
| **South-Corpus Christi** | | | |
| Agua Dulce Hub | 3.770 | 3.75-79 | 3.76-78 |
| Houston Pipe Line | — | — | — |
| NGPL, STX | 3.750 | 3.74-77 | 3.74-78 |
| Tennessee, zone 0 | 3.755 | 3.73-80 | 3.74-77 |
| Texas Eastern, STX | 3.750 | 3.74-78 | 3.74-76 |
| Transco, zone 1 | 3.700 | 3.68-72 | 3.69-71 |
| Trunkline, Texas | — | — | — |
| EPGT, Texas | — | — | — |
| **Louisiana-Onshore South** | | | |
| ANR, La. | 3.865 | 3.85-95 | 3.85-88 |
| Columbia Gulf, La. | 3.900 | 3.88-95 | 3.88-92 |
| Columbia Gulf, mainline | 3.950 | 3.93-97 | 3.94-96 |
| Florida Gas, zone 1 | 3.835 | 3.82-85 | 3.83-84 |
| Florida Gas, zone 2 | 3.940 | 3.92-96 | 3.93-95 |
| Florida Gas, zone 3 | 3.935 | 3.88-96 | 3.91-96 |
| Henry Hub | 3.900 | 3.86-93 | 3.87-93 |
| Gulf South, S.La./East Side | — | — | — |
| NGPL., La. | 3.805 | 3.78-82 | 3.80-81 |
| Southern Natural, La. | 3.865 | 3.86-87 | 3.86-87 |
| Tennessee, La., 500 Leg | 3.850 | 3.83-87 | 3.84-86 |
| Tennessee, La., 800 Leg | 3.835 | 3.81-86 | 3.82-85 |
| Texas Eastern, WLA | 3.835 | 3.82-86 | 3.82-85 |
| Texas Eastern, ELA | 3.850 | 3.78-91 | 3.82-88 |
| Texas Gas, zone SL | 3.895 | 3.87-92 | 3.88-91 |
| Transco, zone 2 | 3.910 | 3.90-93 | 3.90-92 |
| Transco, zone 3 | 3.960 | 3.90-02 | 3.93-99 |
| Trunkline, WLA | 3.890 | 3.87-90 | 3.88-90 |
| Trunkline, ELA | 3.845 | 3.83-87 | 3.83-86 |
| **Oklahoma** | | | |
| ANR, Okla. | 3.765 | 3.73-80 | 3.75-78 |
| NGPL, Midcontinent | 3.655 | 3.63-69 | 3.64-67 |
| Reliant, East | 3.760 | 3.76-77 | 3.75-77 |
| Reliant, West | 3.710 | 3.69-72 | 3.70-72 |
| Oneok, Okla. | 3.670 | 3.62-69 | 3.65-69 |
| Panhandle, Tx.-Okla. | 3.655 | 3.63-68 | 3.64-67 |
| Williams, Tx.-Okla.-Kan. | 3.655 | 3.60-68 | 3.63-68 |
| **New Mexico-San Juan Basin** | | | |
| El Paso, Bondad | 3.175 | 3.10-25 | 3.14-21 |
| El Paso, San Juan Basin | 3.475 | 3.41-56 | 3.44-51 |
| **Rockies** | | | |
| CIG, Rocky Mountains | 2.850 | 2.61-08 | 2.92-3.00 |
| Kern River, Opal plant | 2.665 | 2.50-91 | 2.54-89 |
| Stanfield, Ore. | 3.615 | 3.60-64 | 3.60-63 |
| Questar, Rocky Mountains | 2.835 | 2.76-97 | 2.76-89 |

continued on next page

## Nevada sues firms for alleged price-gouging

Nevada Attorney General Frankie Sue Del Papa has filed a lawsuit charging several interstate gas pipeline and local distribution companies with conspiring to overcharge Nevada consumers "hundreds of millions, if not billions of dollars" for gas and electricity for five years.

The suit, filed through the Nevada Bureau of Consumer Protection in Clark County State Court, alleges that the companies, including units of El Paso and Sempra Energy, parent of Southern California Gas and San Diego Gas & Electric, engaged in an "elaborate conspiracy to manipulate the supply of natural gas and refrain from competing against each other thereby causing the tremendous natural gas spikes observed in the Western energy markets during the past year."

The Nov. 1 suit claims the defendants hatched a plot to exercise market dominance and stifle the construction of competing pipelines serving the U.S. Southwest and northern Mexico beginning in 1996 and lasting through at least June 2001. "This conspiracy was sealed at a secret meeting held at a nondescript airport motel near Sky Har-

(continued on page 5)

## Canadian storage 'robust' going into winter

With Canadian gas storage nearly 94% full, industry officials and analysts say the country has plenty of gas to make it through the winter without significant curtailments or price spikes — despite a cold start to the winter and a widely expected decline in gas production.

According to the Canadian Gas Association, about 450 Bcf was in storage as of Oct. 26 — about 12 Bcf less than what CGA reported for the same week in 2001 but higher than average.

In late March 2002, near the end of a storage withdrawal season marked by an unusually warm winter, Canadian storage stood at 55% full — a record seasonal high. That compared with just 14.7% in 2001 and the prior record of 37.1% in 1999 (GD 3/27).

CGA spokeswoman Shahrzad Rahbar said she is not worried about Canada having enough gas in storage to get through the season. "Based on physical delivery capacity, it is not going to be a problem," she said.

"Even with colder weather and the declines in production, we're still in fairly robust shape" for winter supply, agreed Greg Stringham, vice president of the Canadi-

(continued on page 5)

## Sluggish cash prices hover at Monday levels

With temperatures rising to more typical seasonal levels over most of North America, and with the NYMEX futures contract stuck in neutral, cash prices on Tuesday languished at or a little below Monday's levels. Some traders said the market is waiting on what could be the next big market-mover: Thursday's weekly storage report.

| The Market |
|---|

The New York area was staging a modest comeback in terms of temperatures this week after an unusually cold October. In the Northeast market areas, there was just enough heating demand to send prices up between 2¢ and 7¢ on average, sources said. Some traders were filling short positions because cash was trading under first-of-the-month index levels.

Transcontinental Gas Pipe Line zone 6-New York and non-New York both averaged in the low $4.40s, while Texas Eastern Transmission's zone M-3 lagged about a nickel behind in the high-$4.30s.

Gulf Coast prices meandered near Monday's levels as fundamentals played second fiddle to the December NYMEX contract, which traded in a relatively narrow range around Monday's settlement price. Henry Hub averaged around $3.90, a couple of cents

© Copyright 2002 The McGraw-Hill Companies, Inc.

**Page 2**

# Gas Daily

**Wednesday, November 6, 2002**

## Daily Price Survey continued

Trade date: 11/05
Flow date(s): 11/06

| | Midpoint | Absolute | Common |
|---|---|---|---|
| Cheyenne Hub | 3.060 | 3.02-12 | 3.03-09 |
| Northwest, Wyo. Pool | 2.845 | 2.82-92 | 2.85-91 |
| Northwest, s. of Green River | 2.900 | 2.90-90 | 2.89-91 |
| **Canadian Gas** | | | |
| Iroquois, receipts | 4.255 | 4.21-31 | 4.23-28 |
| Niagara | 4.220 | 4.19-24 | 4.21-23 |
| Northwest, Can. bdr. (Sumas) | 3.570 | 3.53-60 | 3.55-59 |
| NOVA, AECO-C* | C4.985 | C4.94-5.03 | C4.90-5.01 |
| NOVA, same-day***** | C4.935 | C4.90-98 | C4.91-96 |
| Emerson, Viking GL | 3.755 | 3.74-77 | 3.75-76 |
| Dawn, Ontario | 4.085 | 4.06-13 | 4.07-10 |
| PG&E-GTN/W, (Kingsgate | 3.555 | 3.50-62 | 3.52-59 |
| Westcoast, station 2* | C5.045 | C4.90-5.13 | C4.89-5.10 |
| **Appalachia** | | | |
| Dominion, North Point | 4.410 | 4.38-42 | 4.40-42 |
| Dominion, South Point | 4.355 | 4.27-41 | 4.32-39 |
| Leidy Hub | | | |
| Columbia Gas, Appalachia | 4.095 | 4.05-14 | 4.06-13 |
| **Mississippi-Alabama** | | | |
| Florida Gas, Mobile Bay | 3.865 | 3.87-89 | 3.88-89 |
| Texas Eastern, M-1 (Kosi) | 3.945 | 3.88-98 | 3.92-97 |
| Transco, zone 4 | 3.975 | 3.96-4.00 | 3.96-99 |
| **Others** | | | |
| Algonquin, receipts | | | |
| SoCal Gas*** | 3.925 | 3.89-4.01 | 3.89-96 |
| PG&E, south*** | 3.895 | 3.87-91 | 3.88-91 |
| PG&E, Malin | 3.740 | 3.69-81 | 3.71-77 |
| Alliance, into interstates | 3.935 | 3.91-4.03 | 3.91-96 |
| ANR, M.7 | 4.045 | 4.02-05 | 4.04-05 |
| NGPL, Amarillo receipt | 3.695 | 3.68-70 | 3.69-70 |
| NGPL, Iowa-N. receipt | 3.835 | 3.83-84 | 3.83-84 |
| Northern, TX-Okla.-Kan. | 3.660 | 3.65-68 | 3.65-67 |
| Northern, Ventura | 3.830 | 3.80-85 | 3.82-84 |
| Northern, demarc | 3.815 | 3.76-88 | 3.78-85 |
| Dracut, Mass. | 4.385 | 4.35-45 | 4.36-41 |
| Chicago city-gates | 3.925 | 3.88-96 | 3.90-95 |
| Consumers Energy city-gate** | 3.965 | 3.95-98 | 3.96-97 |
| Mich Con city-gate** | 3.965 | 3.95-98 | 3.96-97 |
| PSCo city-gate** | | | |
| PG&E city-gate | 3.985 | 3.95-4.08 | 3.95-99 |
| Northwest, all city-gates | | | |
| Florida city-gates | 4.195 | 4.15-24 | 4.17-22 |
| Algonquin, city-gates | 4.470 | 4.40-57 | 4.43-51 |
| Dominion, delivered | | | |
| Columbia Gas, delivered | 4.450 | 4.35-55 | 4.40-50 |
| Tennessee, zone 5 delivered | 4.320 | 4.32-42 | 4.31-33 |
| Tennessee, zone 6 delivered | 4.455 | 4.35-55 | 4.40-51 |
| Iroquois, zone 2 | 4.400 | 4.40-40 | 4.38-41 |
| Texas Eastern, M-3 | 4.385 | 4.30-44 | 4.35-42 |
| Transco, zone 5 delivered | 4.375 | 4.37-41 | 4.37-38 |
| Transco, zone 6 non-N.Y. | 4.400 | 4.24-45 | 4.35-45 |
| Transco, zone 6 N.Y. | 4.420 | 4.27-46 | 4.38-46 |

*NOTE:Price in C$ per gj; C$1=US$0.6426

(Canadian currency settlement from one business day prior
EST.) *Large end-user prices. **Deliveries into SoCal at
Topock, Blythe, Needles, Ehrenburg; deliveries into PG&E at
Topock and Daggett. ****Volume-weighted for all points
except AECO-C and Westcoast St.2. *****The NOVA (same-
day) midpoint and ranges are for flow on the transaction date.

---

lower than on Monday and about 6¢ below Transco zone 3. Prices on Texas Eastern in East and West Louisiana were up about 4¢ to average in the mid-$3.80s.

Florida city-gates were up about 4¢ as well to settle around $4.20 with an increase in receipt gas on Florida Gas Transmission, a trader said.

A Midcontinent trader reported prices in the region were about flat with Monday's numbers, and he predicted there is another 25¢ or so of downside potential before prices hit bottom. "Cash is trading to a premium to the screen, and I think profit-taking will come out of the January and February contract if we don't see some cold this month," he predicted.

Once again, traders reported storage plays dominating the market as some players chose to sell storage gas to capitalize on relatively strong prices for the winter months. However, a Texas-based trader stressed that "there's no big rush" to sell storage gas, as counterparty credit concerns are preventing most players from taking large risks with their positions.

In general, those with ample amounts of gas in storage are not willing to part with it easily, the trader noted. ANR Pipeline Oklahoma averaged in the mid-$3.70s, about a dime higher than Panhandle Eastern Pipe Line.

Meanwhile, Chicago on Thursday is expecting its first 50-degree-plus day in weeks. As a result, the Chicago city-gates averaged just shy of Monday's levels in the low $3.90s.

In the Rockies, Colorado Interstate Gas was "not very liquid" Tuesday as pipeline and plant maintenance made gas scarce on CIG and jacked the average up about a dime over the Opal, Wyo., plant, a source said. About 40,000 Mcf/day is being restricted at the King compressor at Opal on CIG through Nov. 22 due to maintenance, and the Narco processing plant in the DJ Basin was also being restricted for maintenance, the source said.

CIG averaged about flat to Monday at around $3, while Opal lost about a dime to settle in the mid-$2.80s.

On Northwest Pipeline, supply mismatches and drafting over the weekend dropped the pipeline's Jackson Prairie storage balance from about 1.2 Bcf on Oct. 31 to about 900,000 Dt on Monday, according to Northwest. To avoid system-wide entitlements and operational flow orders, Northwest is targeting shippers with customer-specific

## NYMEX virtually unchanged

The first and last trades posted for the NYMEX December contract Tuesday were both done at $3.90/MMBtu — an indication of a market that's either lying in wait or looking for direction, sources said. December wound up closing at $3.883, 2¢ above Monday's close.

The contract saw little activity through most of the trading session, sources reported. "Traders are waiting for storage" Thursday, when the Energy Information Administration reports its estimate for the week ending Nov. 1, a trader said.

Others agreed, adding that mild weather dampened buying interest in both cash and futures. "If we see a minus sign," indicating a withdrawal in the EIA's estimate Thursday, "I think we'll see a brief rally from a little short-covering, but then we'll go right back down," one trader predicted.

The first trader cited declining production rates, which could prove bullish in the midterm, "but that will only start to [affect] prices when the winter weather really kicks in."

Resistance exists at Tuesday's high of $3.91 and again at $4, while strengthening support lingers in the mid-$3.60s.    LK

---

## Gas Daily

Volume 19, Number 214
(ISSN:0885-5935)

**Sales and Service**
Toll-free: 1-800-424-2908
Direct: 720-548-5700
Fax: 720-548-5701
Email: support@platts.com
Prices: gas_daily@platts.com
Comments: gasdaily@platts.com

**To contact editors:**
Telephone: 202-383-2148
Houston bureau: 713-460-6200
Fax: 202-383-2125
Email: gasdaily@platts.com
Web: www.platts.com

Chief editor Mark Davidson
Senior editor Stephanie Gail Seay
Associate editors Jim Magill,
  Robert Walton, Laura Hertzfeld
Contributing editor Cathy Cash
Production manager LeAnne Zook
Production associates Michael Kasow
Markets editor Tom Haywood
Assistant markets editor Tom Castleman
Associate editors Alan Lammey, Tim A.
  Cornitius, Gene Lockard, Dane Kuther

Gas Daily is published daily by Platts, a division of The McGraw-Hill Companies. Principal Office: 1221 Avenue of the Americas, New York, New York 10020. Officers of the Corporation: Harold McGraw III, Chairman, President and Chief Executive Officer; Kenneth Vittor, Executive Vice President and General

Counsel; Robert J. Bahash, Executive Vice President and Chief Financial Officer; Frank Penglase, Senior Vice President, Treasury Operations.

Single subscriptions are $1,690 for email and web delivery. For fax delivery, add $225 in the U.S. or $357 in Canada. Gas Daily enhanced service is $1,990. Data and information published in Gas Daily are provided to Platts through extensive surveys of industry sources and are published with the intention of being accurate. Platts cannot, however, insure against or be held responsible for inaccuracies and assumes no liability for any fees whatsoever arising from use of such data.

Copyright 2002 by The McGraw-Hill Companies, Inc.

All rights reserved. No portion of this publication may be photocopied, repro-

Page 3                              **Gas Daily**                    Wednesday, November 6, 2002

## Fitch downgrades Nicor

Fitch Ratings on Tuesday downgraded Nicor and subsidiary Nicor Gas and left the companies on Rating Watch Negative pending the outcome of an investigation by the Illinois Commerce Commission.

Nicor's preferred stock was downgraded to A from A+ and its short-term debt to F1 from F1+. Fitch lowered its senior secured rating for Nicor Gas to AA from AA+ and affirmed its short-term rating at F1+. The downgrades reflect the "diminished status" of Naperville, Ill.-based Nicor and Nicor Gas, Fitch said.

Nicor last week reported that an independent internal investigation concluded the company should refund $15 million to Nicor Gas customers for accounting errors and that cumulative net income for 1999 through 2002 will have to be restated to reflect a $15 million to $35 million decrease. Fitch noted that those projections are still subject to review by the Illinois commission, which continues to investigate Nicor Gas' performance-based rate program, and that the ICC review's outcome "could have a material impact."

At the same time, Nicor "continues to post solid financials, with strong consolidated credit protection measures and healthy cash flows," Fitch added.

## Calif. muni seeks suppliers

The city of Long Beach, Calif., is soliciting qualifications from potential suppliers to deliver firm gas supply to Southern California Gas for redelivery to Long Beach's municipal service territory. The term of the supply contracts would begin April 1 and would extend between one and five years. Long Beach said its customer load is about half residential and half commercial/industrial; sales volumes range from 14,000 Mcf/day to 65,000 Mcf/day and average 35,000 Mcf/day.

All requests for qualifications must be received by 4 p.m. PST on Monday, Nov. 18. For more information, call Alyce McCall, manager of energy services, at 562-570-2060, or e-mail her at almccal@ci.long-beach.ca.us.

## Dominion Energy's U.S. Energy Use Forecast



This section of the Dominion Energy Index represents a national forecast for home heating and cooling requirements above or below normal with the baseline of 0 representing normal for that day based on historical data.

entitlement to prevent drafting.

Over the past 10 days on Northwest, the pipeline said shippers overscheduled the Kemmerer compressor by about 260,000 Dt. Northwest said if its Jackson Prairie balance continues to drop, it would begin steps leading to operational flow orders, beginning with a notice of recall.

Even if the balance has not dropped to the 700,000 Dt level, Northwest said it will declare an OFO prior to this weekend if it appears that its Jackson Prairie account might be drawn down heavily this coming weekend.

In the San Juan Basin, spot price averages were down 5¢ to 10¢ Tuesday as the cash market "drooped" in light trading, a source said. El Paso Natural Gas-Bondad averaged in the mid-$3-teens, while El Paso San Juan came off about 8¢ to average in the mid-$3.40s.

Prices in the Pacific Northwest and western Canada also lost between a nickel and a dime as temperatures in the region continued to moderate and the December contract stayed weak, sources said. Calgary's low temperatures are expected to stay around freezing through this week.

Westcoast Energy station 2 averaged about a dime ahead of the sagging same-day AECO-C Hub at just above C$5, while Sumas, Wash., was about a dime lower than Monday in the mid-$3.50s.

The AECO-C Hub made it down to around C$4.90 before bouncing back to near C$5 late as the NYMEX recovered a bit, a source said.

In California, Pacific Gas and Electric called a customer-specific OFO for today as line pack fell below operating limits. One source said the OFO applies to a storage customer taking heavy loads off the PG&E system.

The PG&E city-gate averaged nearly flat to Monday in the high $3.90s, while Southern California Gas was off about a nickel in the low $3.90s.     — Market Staff Reports

## EnCana: Start-up delay likely for Deep Panuke

Regulatory review of EnCana's ambitious plans to develop the Deep Panuke gas play off Canada's east coast are slowing down the process, the company said Tuesday in its quarterly earnings report, conceding that the original 2005 start-up date is almost certain to be delayed.

Both the National Energy Board and the Canada-Nova Scotia Offshore Petroleum Board must review this project, which is expected to produce up to 400,000 Mcf/day — nearly as much as the nearby Sable Offshore Energy Project.

"Recent plans by both regulatory boards to hold a single hearing for review are encouraging," EnCana said in its statement, pointing out that a regulatory hearing is expected to start in the first quarter of next year, with a decision anticipated in mid-2003.

"EnCana had been working towards a 2005 start-date for the project. However, given a longer-than-anticipated Canadian Environmental Assessment Act comprehensive study report process, it is unlikely that the project will be operational by that time," the company said. The CSR has been filed with the federal minister of the environment and the company is awaiting a hearing, EnCana added.

Beyond regulatory red tape, questions about the economics of Panuke have surfaced in recent months after EnCana filed a production profile with the National Energy Board. The report forecasts peak output of 400,000 Mcf/day for three years, followed by a sharp decline to 200,000 Mcf/day by the sixth year and 60,000 Mcf/day after 11 years, with production averaging 223,000 Mcf/day over an 11.5-year life span.

However, EnCana is "not worried about the economics" of the Deep Panuke gas project, despite the production questions, CEO Gwyn Morgan told investment analysts in a conference call Tuesday. Company officials brushed off critics who say the venture is dead on a stand-alone basis, and Morgan said a number of alternatives, which he declined to outline in detail, were being examined to ensure Deep Panuke would be competitive.

As for the next step in the Deep Panuke approval process, the Canadian Environmental Assessment Agency is accepting comments from the public until Dec. 6 on EnCana's proposal to develop field. According to the CEAA, "the minister of the environment will consider both the comprehensive study report and comments received from the public before deciding on next steps in the environmental assessment process. EnCana, the proponent, is proposing to recover the gas offshore and to transport it to Goldboro via a subsea pipeline."

Despite the slow proceedings on Deep Panuke, EnCana reported strong results for the

© Copyright 2002 The McGraw-Hill Companies, Inc.

Page 4                                    **Gas Daily**                    Wednesday, November 6, 2002

## Futures
## NYMEX @ Henry Hub

Results From Tuesday

| | Settlement | High | Low | Chg. | Volume* |
|---|---|---|---|---|---|
| Dec., 2002 | 3.883 | 3.910 | 3.830 | 2.0 | 41,691 |
| Jan., 2003 | 3.993 | 4.030 | 3.950 | 1.9 | 11,544 |
| February | 3.953 | 3.980 | 3.920 | 2.0 | 4,529 |
| March | 3.890 | 3.915 | 3.860 | 4.0 | 4,768 |
| April | 3.768 | 3.815 | 3.750 | 5.3 | 3,498 |
| May | 3.768 | 3.780 | 3.730 | 5.3 | 1,335 |
| June | 3.793 | 3.810 | 3.770 | 4.6 | 692 |
| July | 3.825 | 3.850 | 3.805 | 4.5 | 653 |
| August | 3.843 | 3.850 | 3.815 | 4.3 | 1,115 |
| September | 3.820 | 3.840 | 3.805 | 3.5 | 577 |
| October | 3.840 | 3.850 | 3.820 | 3.5 | 238 |
| November | 4.025 | 4.040 | 3.990 | 3.0 | 748 |
| December | 4.195 | 4.195 | 4.155 | 3.0 | 734 |
| Jan., 2004 | 4.250 | 4.255 | 4.260 | 2.0 | 278 |
| February | 4.120 | 4.135 | 4.110 | 1.7 | .25 |
| March | 3.947 | 3.955 | 3.940 | 1.7 | 109 |
| April | 3.737 | 3.750 | 3.737 | 1.7 | 182 |
| May | 3.682 | 3.690 | 3.680 | 1.9 | 15 |
| June | 3.692 | 3.700 | 3.692 | 1.9 | 14 |
| July | 3.707 | 3.707 | 3.705 | 1.4 | 19 |
| August | 3.712 | 3.715 | 3.710 | 1.4 | 15 |
| September | 3.717 | 3.717 | 3.717 | 1.9 | 16 |
| October | 3.752 | 3.760 | 3.752 | 1.9 | 16 |
| November | 3.927 | 3.927 | 1.9 | 1.9 | 52 |
| December | 4.057 | 4.080 | 1.9 | 1.9 | 55 |
| Jan., 2005 | 4.167 | 4.160 | 1.6 | 1.6 | 44 |
| February | 4.045 | 4.045 | 1.6 | 1.6 | 14 |
| March | 3.860 | 3.860 | 3.660 | 1.6 | 14 |
| April | 3.630 | 3.630 | 3.630 | 1.6 | 14 |
| May | 3.670 | 3.670 | 3.670 | 1.6 | 14 |
| June | 3.593 | 3.693 | 3.593 | 1.6 | 14 |
| July | 3.653 | 3.650 | 3.653 | 1.6 | 17 |
| August | 3.645 | 3.645 | 3.645 | 1.6 | 18 |
| September | 3.630 | 3.630 | 3.630 | 1.6 | 14 |
| October | 3.670 | 3.670 | 3.670 | 1.6 | 16 |
| November | 3.830 | 3.840 | 3.830 | 1.6 | 14 |

Volume of contracts (official): 73,209
Front-months open interest Monday :
December, 64,511; January, 35,531; February, 26,650
Total open interest Monday : 366,513

* Volume is reported for the business day prior to the
settlement date.
Weighted average of it trades in the last ten minutes of
trading. Change is from previous settlement price.

## Options
## NYMEX @ Henry Hub

Results From Tuesday

| | Calls-Settle | | | Puts-Settle | | |
|---|---|---|---|---|---|---|
| Strike Price | Dec. | Jan. | Feb. | Dec. | Jan. | Feb. |
| 3.70 | 30.7¢ | 48.4¢ | 52.1¢ | 12.4¢ | 19.3¢ | 27.0¢ |
| 3.75 | 27.5¢ | 45.6¢ | 49.6¢ | 14.4¢ | 21.4¢ | 29.4¢ |
| 3.80 | 25.0¢ | 42.8¢ | 47.0¢ | 16.7¢ | 23.9¢ | 31.6¢ |
| 3.85 | 22.5¢ | 40.2¢ | 44.7¢ | 19.2¢ | 26.0¢ | 34.4¢ |
| 3.90 | 20.2¢ | 37.8¢ | 42.4¢ | 21.9¢ | 28.5¢ | 37.1¢ |
| 3.95 | 18.0¢ | 35.4¢ | 40.4¢ | 24.7¢ | 31.1¢ | 39.8¢ |
| 4.00 | 16.1¢ | 33.2¢ | 38.1¢ | 27.8¢ | 33.9¢ | 42.8¢ |
| 4.05 | 14.4¢ | 31.1¢ | 36.1¢ | 31.1¢ | 36.8¢ | 45.8¢ |
| 4.10 | 12.8¢ | 29.1¢ | 34.2¢ | 34.4¢ | 39.8¢ | 48.8¢ |

Estimated Volume: Calls: n/a Puts: n/a
Total open interest Monday: Calls: n/a Puts: n/a
Not all stike and settlement prices listed.
Implied Volatility for at-the-money strike price
Calls: n/a Puts: n/a   Source: Bloomberg

## Platts oil prices, Nov. 5

| | ($/b) | ($/MMBtu) |
|---|---|---|
| **Gulf Coast spot** | | |
| 0.7% resid | 27.50-28.00 | 4.41 |
| 1% resid | 26.50-27.00 | 4.25 |
| 3% resid | 20.75-21.50 | 3.36 |
| | | |
| **Crude spot** | | |
| WTI (Dec) | 26.08-26.10 | 4.15 |
| | | |
| **New York spot** | | |
| No.2 | 30.09-30.16 | 4.79 |
| 0.3% resid HP | 27.25-27.50 | 4.35 |
| 0.3% resid LP | 28.25-28.50 | 4.51 |
| 0.7% resid | 24.65-24.90 | 3.94 |
| 1% resid HP | 24.00-24.25 | 3.84 |

third quarter, notching net income of C$204 million, or 42¢ per share diluted, after accounting for the impact of unfavorable foreign currency exchange rates. That is down from C$275 million in Q3 2001. Revenues were C$2.9 billion, up sharply from C$1.1 billion a year ago.

"Our third-quarter results confirm that we are right on track to accomplish our 2002 sales growth targets and are well-positioned to achieve our industry-leading 2003 sales growth targets," said Morgan.

EnCana's production was strong over the quarter, averaging 2.8 Bcf/day — up 10% over the pro forma results from last year's third quarter, the company said. During this quarter, 80,000 Mcf/day was injected into storage, yielding third-quarter sales of 2.7 Bcf/day.

The company, which is the product of a merger earlier this year of Alberta Energy and PanCanadian Petroleum, "has once again produced profitable growth from its high-quality asset base, a solid inventory of identifiable growth opportunities, strong technical expertise and cost control. ... As winter approaches, EnCana is poised to capitalize on anticipated strong seasonal gas markets by increasing sales from our growing production and by withdrawing produced gas stored earlier this year."

EnCana also noted that it has gas storage expansions under way in Alberta and California and has been expanding its gas reserve base across North America.

"During the third quarter, we completed our second opportunistic natural gas acquisition this year, adding 600 Bcf-equivalent of established reserves in the U.S. Rockies, currently our highest production growth region," Morgan said. "Our exploration teams are also appraising promising oil and natural gas discoveries in the Gulf of Mexico and off Canada's East Coast. Plus we have an exciting roster of drilling prospects lined up for evaluation this winter." RW/DAY

## Georgia marketers wary of retail price caps

Georgia regulators' proposal to establish rules for the imposition of price caps on retail gas service has drawn a host of critical comments from marketers, some of which suggested the plan would damage the competitive market that has developed under deregulation.

Most marketers that filed comments with the Georgia Public Service Commission said the proposal is too vague, and they want to know the specific factors the PSC would examine to determine if such caps are needed to protect consumers.

Faced with residential and commercial service offers that still don't jibe with wholesale gas prices, the PSC early last month issued a notice of proposed rulemaking to establish just when it would impose price caps or other measures on retail marketers (GD 10/3).

Under the state's deregulation law, the PSC can step in if it perceives that market forces are failing to constrain prices. Specifically, at least 90% of a delivery pool must be served by three or fewer marketers, as is already the case in much of the territory of utility Atlanta Gas Light. Written comments were due Nov. 1. An oral hearing before the commission is set for Nov. 20.

AGL affiliate Georgia Natural Gas said the PSC's proposal was "flawed under economic principles." Georgia Natural suggested that prices be considered noncompetitive if one of the following conditions is met: the current month's prices are at least three times higher than average historical prices; prices for the past six months are two-and-a-half times greater than average historical prices; or prices for the last 12 months are two times greater than historical averages.

Under that plan, the "price" refers to the difference between the NYMEX futures price and a marketer's retail rate; all marketers' prices would be averaged together for comparison to historical data.

If those conditions exist, Georgia Natural recommended that the PSC try changing the rules for marketers and the distributor and increasing customer education before imposing any price caps — and that any remedy not damage competition.

The marketer noted that Georgia "has a vigorously competitive market" with recent new entrants such as Southern Co. and the Walton Electric Membership Cooperative. Premature imposition of price caps "could destroy this competitive environment," it warned, with marketers being driven out of Georgia and new entrants deterred from entering the state.

Scana Energy said existing legislation is enough to protect consumers and said the PSC doesn't need to adopt more rules.

But if the PSC does proceed, Scana suggested changes such as not using the Herfind-

© Copyright 2002 The McGraw-Hill Companies, Inc.

Page 5                    **Gas Daily**                    ·Wednesday, November 6, 2002

## Chesapeake gas output up 14.4%, but Q3 earnings decline 78.3%

At a time when many exploration-and-production companies are struggling with production, Chesapeake Energy this week reported its fifth consecutive quarterly increase in gas output.— and is looking for similar results in the current quarter and next year.

Chesapeake already has raised its 2002 production guidance four times and "hopes to raise it again for 2003," Chesapeake CEO Aubrey McClendon told analysts during a conference call Tuesday.

The Oklahoma-based independent produced a record 46.7 Bcf-equivalent in the third quarter, or about 508,000 Mcf/day, which marks a 7.5% increase from the prior quarter and a 14.4% jump over the same period last year. Its realized gas price was $3.39/Mcf, down from $4.34/Mcf a year earlier.

Since the beginning of the year, Chesapeake's reserves have grown 22% to 2.2 Tcfe from 1.8 Tcfe, the company added.

Third-quarter production was driven primarily by $175-million worth of property acquisitions that added 125 Bcfe of proved reserves and more than 100 new drilling sites, Chesapeake said.

Despite the strong production results, Chesapeake reported third-quarter 2002 net earnings of $14.1 million, down 78.3% from $65 million-in Q3 2001. The results include several special items that reduced net income by $7.4 million, including a noncash, after-tax $4.2 million risk-management loss arising from mark-to-market valuation of certain of the company's oil, gas and interest rate hedging positions, the Oklahoma City-based company said.

## Analyst: Q4 gas prices should boost E&P stocks

U.S. exploration-and-production companies should see their stock values strengthen in the short run given that commodity prices are poised to remain strong through the fourth quarter, Lehman Brothers analyst Thomas Driscoll said in an industry brief Tuesday.

"Although we are concerned that longer-term demand trends could prove disappointing, we think that the near-term outlook will be for higher price to drive 2003 earnings and cash flow upward," Driscoll said, noting that U.S. production in Q3 fell about 1% from the prior quarter and Canadian output fell about 2%.

And with gas imports "unlikely to offset falling production next year ... higher prices will be required to suppress demand," Driscoll said.

Lehman Brothers is now forecasting. gas prices to average near $4/MMBtu in the fourth quarter and $3.50 for all of 2003 — well above the $3.20 average for full-year 2002 the firm is projecting.

ahl-Hirschman Index to determine if markets are being monopolized, or at least requiring that the index be compiled over a year's time. The index is computed by taking the sum of each marketers' market share squared. The PSC suggests an index of greater than 2,500 for one month to be noncompetitive.

"Many industries don't meet the HHI standard, Scana argued, and yet those markets are not regulated since "imperfect price regulation could lead to worse results than what someone might assume to be imperfect competition."

Scana also took issue with the commission's pricing standards, which say prices paid by firm retail customers are not constrained by market forces if they are some 10% to 20% above normal. The marketer asked for further clarification of how the pricing standard would work and for information on how the 10% to 20% values were derived.

The PSC's proposal to compare Georgia prices to firm retail prices in other states is not workable, Scana added. The company cited differences in capacity, administrative and market costs and regulatory requirements as just a few reasons why "this would be a problematic comparison at best and a completely irrelevant comparison at worst."

Southern Co. cautioned the PSC that "market share does not equate to market power when barriers to entry or expansion of sales are low," as they are in Georgia. Southern, which entered Georgia's retail gas market by buying NewPower's accounts, said other existing antitrust measures are enough to protect consumers.     ·

Southern also said the commission's proposal is too vague as·to what factors it would examine in deciding whether the market is noncompetitive.

The National Energy Marketers Association also urged the PSC to intervene only as a "last-resort measure reserved for·true periods of emergency." The threat of intervention in the market "will impose a degree of political, financial and business risk that was never factored into the business models of unregulated energy services," NEM said.     SGS

## Canadian storage gas plentiful ... *(from page 1)*

an Association of Petroleum Producers.

And although this heating season in Canada has started off much colder than last year's, the trend is not expected to last, according to one industry analyst. "Environment Canada is predicting a weak El Niño, which would mean a slightly warmer winter than normal," Purvin & Gertz analyst Roland·George said. "And if that's the case, there will be less heating demand" and less of a pull on storage stocks.

George, who predicts that gas production will remain relatively flat in Canada this winter, said he is concerned by Canadian producers' lack of spending for drilling in the coming year. He said the economic and geopolitical instability has colored the budgeting process for many firms.

"Companies are not putting as much capital for drilling into the budget as we expected," George said. "They have really good cash flow and should be able to fund high activity ... but companies are concerned with a strong balance sheet instead of drilling."

The industry, however, said it is expecting to ramp up drilling this winter. "If it's colder, you can get out and start drilling faster," Stringham said. "The price signal is there; the expectation is that since this summer was weak, we've been saving up for the winter."

Stringham added that reports of declines at major plays, such as Ladyfern in British Columbia, remain a concern, but that the industry is looking at a number of new areas for gas development, including northeastern British Columbia and frontier regions of Alberta.

George said the steep declines at Ladyfern are "exactly what producers wanted — high decline rates so they are able to extract the resource more quickly." He, too, expects producers to quickly "move to another target and start exploring there."

Stringham estimated that between 16,500 and 17,000 wells will be drilled this year, 10,000 of those directed at gas. While those estimates are not the record highs of two years ago, when rigs reached 18,000, Stringham said the number is higher than last year.     LH

## Nevada alleges price collusion ... *(from page 1)*

bor Airport in Phoenix, Ariz.," the suit alleges.

The meeting allegedly took place Sept. 25, 1996, two days after the governor of California signed that state's electricity deregulation bill into law. "The participants at the meeting included the presidents of [El Paso Natural Gas] and SoCal Gas, and the execu-

© Copyright 2002 The McGraw-Hill Companies, Inc.

Page 6                           ·Gas Daily                    Wednesday, November 6, 2002

## Brokers form association to help trading sector

At a time when the gas and power trading business is experiencing a liquidity crisis, seven over-the-counter energy brokers have formed the Energy Brokers Association to address concerns and develop business standards and codes of conduct for the troubled industry, the group's president said Tuesday.

The organization represents both buyers and sellers of power and gas, and will try to establish credibility and provide a value-added service to the marketplace, said Chris Edmonds of APB Financial, who is heading up EBA. The association will also help energy brokers speak with a single voice before regulators and legislators.

In addition to APB, EBA founding members are "Amerex Group, GFI Group, Natsource, Prebon Energy, Starsupply Petroleum and TFS Energy. The brokers are forming a code of conduct and financial, organizational and operational standards they will encourage members to follow. The standards and code of conduct are expected by the end of the year.

"From a regulatory standpoint, we want to be proactive," Edmonds said. "We don't want standards imposed upon our group. EBA is a way to show how to run the business and help develop standards to chart a course during a rocky period."

EBA plans to make information available ranging from prices to a general perspective of the market and how the market may be reacting to natural or unnatural influences, from a hurricane to the current liquidity crunch, said Edmonds. Because energy buyers and sellers in the over-the-counter-market-are equally important to brokers, EBA will offer an "unbiased, third-party view of the market," he said.

Membership to the EBA is open to firms other than brokers for dues of about $10,000/year.     CC

## Marketer Rankings Notice

*Gas Daily* plans to publish a third-quarter 2002 ranking of North American gas marketers, by daily physical volumes sold, at the end of November. Given recent developments regarding the veracity of trading data for some firms in the survey group, *Gas Daily* staff intends to compile the rankings strictly from information appearing in quarterly reports filed with the Securities and Exchange Commission. For companies that are not publicly traded, staff will seek quarterly gas sales data reported in writing and verified by executive personnel. Please call Laura Hertzfeld at 202-383-2287 or Mark Davidson at 202-383-2148 with any questions.

### Gas Daily
#### Historical Price Data

CALL 800-424-2908
TO ORDER

tive vice president of SDG&E," the suit says.

Sempra Energy spokeswoman Denise King said Tuesday that Sempra officials have not seen the suit, but she said it appears similar to litigation pending against Sempra units in California Superior Court.

"From what I've read in news reports it appears to be a copycat suit to the California suit. These are the same false claims that are alleged in the California suit," she said.

The California litigation has been consolidated into a master complaint in San Diego, where the judge has tentatively scheduled a trial for January 2004. "There will be a lengthy discovery process and we will be filing for a summary judgment to dismiss the case," King said.

Mel Scott, a spokesman for El Paso, said officials of that company have not seen the Nevada attorney general's suit but believe that it has no merit. "We will defend ourselves vigorously," he said.

Troubled energy marketers Enron and Dynegy also are named in the suit as participants in the alleged conspiracy, although they are not listed as defendants. Representatives for Enron and Dynegy declined to comment.

"To the best of my knowledge, we have not been served yet," said Dynegy spokesman John Sousa. Karen Denne, an Enron spokeswoman, said Enron officials have not yet seen the petition, "but since we're not a party, we'll decline to comment."

The suit seeks class status for all gas and power consumers in southern Nevada and southeastern California and is seeking triple damages under the Racketeering Influenced Criminal Organization Act.

### Suit alleges 'substantial damage' to gas markets

According to the suit, prices in the Southern California gas market were driven up by a "conspiracy of the owners of the two dominant pipeline companies," El Paso and SoCal Gas. The state also alleges that southern Nevada consumers were harmed by the companies' moves to prevent expansion of the Kern River Gas Transmission pipeline, which passes directly through the Las Vegas metropolitan area.

"The conduct of the defendants has caused substantial damage to natural gas and electricity consumers in southern Nevada and gas consumers in Southern California, including customers of the gas utility company, Southwest Gas Corp.," the litigation states. "From its inception, the unlawful conduct of defendants and their subsidiaries, affiliates and predecessors was intended to influence and impact natural gas commodity and transportation markets upon which all customers of Southwest Gas are dependent for natural gas supplies."

According to the suit, the alleged conspiracy also paved the way for the merger that created Sempra Energy and the combination of El Paso Energy and Tenneco. "Three weeks after the Phoenix meeting, the then-parent companies of SoCal Gas and SDG&E announced their agreement to merge, resulting in the formation of Sempra Energy. The parties knew that opposition to the announced merger from Tenneco/El Paso would have jeopardized the planned merger," it alleges.

"As a potential competitor of SoCal Gas, who wanted to provide natural gas to SDG&E, Tenneco's opposition particularly would have forced regulators to inquire whether the merger would injure competition in the Southwest," the suit states. The December 1996 merger of El Paso and Tenneco "placed El Paso in charge of Tenneco's proposed bypass and development projects. This gave SoCal Gas and SDG&E the opportunity to conspire with El Paso to eliminate Tenneco's competition to bypass their systems."

The suit also alleges that a controversial series of capacity deals in which Dynegy acquired, and then Enron sought to acquire, some 1.3 Bcf/day of capacity on El Paso's system was part of a conspiracy to allow El Paso to retain control of the capacity.

"Dynegy took this capacity (approximately 40% of El Paso's capacity to California and 31% of the total capacity of the El Paso system) for a two-year period commencing Jan. 1, 1998, and ending Dec. 31, 1999," the suit said.

"The now-bankrupt Enron Corp. joined in with the El Paso-Sempra conspiracy beginning no later than December 1999, and played an essential role in assisting the conspirators in preserving their market power in the Southern California border market and in steering the [Pacific Gas and Electric]/Dynegy capacity block into the control of El Paso Merchant," the suit alleges.

Judge Gene Porter of the Clark County State District Court will preside over the litigation.                                JM

© Copyright 2002 The McGraw-Hill Companies, Inc.



**WIN A FREE PALM PILOT!**

# Come and see us at the Platts Aluminum Symposium
## January 12–14, 2003
### Sheraton Wild Horse Pass Resort & Spa, Phoenix, Arizona

You'll be able to monitor the market each day in the registration area through Platts Metals Alert, the industry's leading real-time data feed service. The fastest, easiest way to stay in touch with the global metals market.

Platts Metals Alert provides continuous breaking news gathered by the editors of *Platts Metals Week*—an experienced team of global metals specialists dedicated exclusively to metals reporting, 24 hours a day.

Platts Metals Alert, delivered directly to your PC via a number of different delivery options, is designed to keep subscribers current on what's happening right now in the worldwide metals industry.

You can call today for your FREE 30-day trial!

**Don't forget to pick up a free copy of *Platts Metals Week*.**

### PLUS!
You can register to win a FREE Palm Pilot when you sign up for a free trial subscription to any of Platts products for the metals industry:

Platts Metals Alert
*Platts Metals Week*
Platts Metals Price Alert
*Platts Metals Week* Price Notification Services



For more information on Platts products, or to obtain a free trial visit www.platts.com or call the Platts office nearest to you:

TOLL-FREE WITHIN THE U.S.:
U.S.          +1-800-279-8618
U.K.          +44-20-8543-1234
Buenos Aires  +54-11-4804-1890
Singapore     +65-532-2800

For more information or to register for the Aluminum Symposium, please visit:
www.aluminumsymposium.platts.com

*platts*

PRIORITY CODE: 2285

The McGraw-Hill Companies

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

2005 SEP 14 P 3:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSEPH P. FOLEY | ) |
| Defendant. | ) |

CIVIL ACTION No. 05 CV 849

Complaint For Injunctive And
Other Equitable Relief And Civil
Monetary Penalties Under The
Commodity Exchange Act

JUDGE SMITH

MAGISTRATE JUDGE KING

The United States Commodity Futures Trading Commission ("Commission"), by its
attorneys, alleges as follows:

### I. Summary

1.      As is more fully alleged below, Defendant Joseph P. Foley ("Defendant" or
"Foley") has engaged in acts and practices which constitute violations of the Commodity
Exchange Act, as amended (the "Act"), 7 U.S.C. §§ 1 *et seq.* (2001).

2.      Specifically, from at least November 2000 through September 2002 (the
"Relevant Period"), Defendant violated Sections 6(c), 6(d) and 9(a)(2) of the Act, 7 U.S.C. §§ 9,
13b and 13(a)(2), by directing those he supervised to deliver through the mails or in interstate
commerce by telegraph, telephone, wireless, or other means of communication, false or
misleading or knowingly inaccurate information concerning market information or conditions
that affected or tended to affect the price of natural gas, and by directing those he supervised to

deliver such false or misleading or knowingly inaccurate market information in an attempt to manipulate the price of natural gas, a commodity in interstate commerce.

3.     Accordingly, pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1, the Commission brings this action to enjoin such acts and practices, and compel compliance with the provisions of the Act. In addition, the Commission seeks civil penalties and such other ancillary relief as the Court deems necessary or appropriate in the circumstances.

## II. Jurisdiction And Venue

4.     This Court has jurisdiction over this action pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1, which authorizes the Commission to seek injunctive relief against any person whenever it shall appear to the Commission that such person has engaged, is engaging, or is about to engage in any act or practice constituting a violation of any provision of the Act or any rule, regulation or order thereunder.

5.     Venue properly lies with this Court pursuant to Section 6c(e) of the Act, 7 U.S.C. § 13a-1(e), in that Defendant's acts and practices in violation of the Act occurred, are occurring, or are about to occur within this District.

6.     Unless restrained and enjoined by this Court, Defendant is likely to continue to engage in the acts and practices alleged in this Complaint or in similar acts and practices, as more fully described below.

## III. The Parties

7.     Plaintiff Commission is an independent federal regulatory agency that is charged with responsibility for administering and enforcing the provisions of the Act, 7 U.S.C. §§ 1 *et seq.*, and the regulations promulgated thereunder, 17 C.F.R. §§ 1 *et seq.*.

8.     Defendant Joseph P. Foley ("Foley") resides, upon information and belief, in

2

Monticello, Illinois.

9.      Foley was employed by American Electric Power Company, Inc. and its subsidiary and trading arm, AEP Energy Services, Inc. (collectively "AEP"), located in Columbus, Ohio, from September 1998 until October 2002.

10.     Foley traded in the natural gas markets and supervised other natural gas traders, as the head of AEP's Gulf Desk, from approximately November 1999 until the termination of his employment at AEP in October 2002. Foley was registered with the National Futures Association as a Commodity Trading Advisor (NFA #325087) from November 2002 through March 2004.

## IV. Facts

### A.      The Natural Gas Price Indexes and Foley's Natural Gas Trading

11.     During the Relevant Period, natural gas was a commodity that was typically transported in interstate commerce through a network of pipelines across the United States.

12.     During the Relevant Period, AEP sought to buy and sell natural gas for profit. To that end, AEP's traders, including Foley, entered into transactions involving the actual physical delivery of natural gas ("physical trades") and traded financial derivatives, such as basis trades, involving natural gas ("financial trades").

13.     Physical trades were typically priced with either a fixed price set at the time of the transaction or based on an index to be set at a later date. Financial trades were also typically priced based on an index value set after the trades were executed.

14.     Foley was the head of AEP's Gulf Desk and supervisor of the desk's natural gas traders.

15.     Foley, and the traders assigned to his Gulf Desk, traded a variety of instruments,

3

including physical natural gas and financial natural gas derivatives. Many of Foley's natural gas trades were priced based on index values.

16.    During the Relevant Period, natural gas price indexes were compiled and issued by firms such as Platts, a division of The McGraw-Hill Companies. The indexes, which were widely used by the natural gas industry during the Relevant Period, include Platts' *Gas Daily* and *Inside FERC Gas Market Report ("IFERC")*. *Gas Daily* is a daily index that provides natural gas market information and price indexes for various natural gas hubs. *IFERC* issues a monthly index for various natural gas hubs.

17.    During the Relevant Period, natural gas traders and trading companies reported natural gas market information to companies that calculated natural gas price indexes. The reported market information typically included price and volume information for natural gas transactions entered into for delivery at a specific pricing/delivery location or hub.

18.    The price index compilers use price and volume information collected from market participants, including the Defendant, in calculating indexes of natural gas prices for various hubs throughout the United States.

19.    During the Relevant Period, participants in the natural gas markets used the *Gas Daily* and *IFERC* price indexes for various purposes, including the pricing and settlement of index trades. Moreover, natural gas traders referred to indexes for price discovery and for assessing price risks.

20.    The price and volume information reported to the index compilers was market information that affects or tends to affect the price of natural gas, a commodity in interstate commerce.

21.    During the Relevant Period, Foley participated in and received compensation

4

under a bonus compensation plan called the "Phantom Equity Plan" that was based on the income of AEP. To the extent that AEP's income, including income from natural gas trades, rose, Foley was eligible to receive greater compensation under the Phantom Equity Plan.

22.    In 2002, AEP distributed over $200 million to the Phantom Equity Plan participants. Foley's participation interest under the Phantom Equity Plan was over $2 million.

**B.    Foley Caused The Submission of False or Misleading or Knowingly Inaccurate Trades To Compilers of Natural Gas Price Indexes**

23.    During the Relevant Period, upon information and belief, Defendant engaged in a pervasive and widespread scheme to violate the Act by (i) directing those he supervised to deliver to firms such as Platts, by facsimile and via the Internet, false or misleading or knowingly inaccurate reports concerning market information about purported natural gas trades that affects or tends to affect the price of natural gas, and (ii) by attempting to manipulate the price of natural gas, a commodity in interstate commerce, by directing those he supervised to deliver such false or misleading or knowingly inaccurate information.

24.    During the Relevant Period, Defendant executed index-based natural gas trades, the profitability of which was dependent upon the *Gas Daily* and *IFERC* price indexes. Defendant routinely knowingly caused traders that he supervised to deliver false or misleading or knowingly inaccurate reports of transaction information to *Gas Daily* and *IFERC* regarding natural gas pricing/delivery locations at which he had entered into such index-based trades. Defendant did so with the intent to manipulate the indexes to increase the profitability of his index-based trades.

25.    As part of Defendant's scheme, the Gulf Desk, at Defendant's direction, maintained computer spreadsheets named "IFERC Bogus" and "Joe Mama" to record

5

Defendant's index-based trades for the purpose of preparing reports to *Gas Daily* and *IFERC* containing false or misleading or knowingly inaccurate transaction information.

26.     During the Relevant Period, *Gas Daily* gathered from market participants, including AEP's traders, transaction information concerning physical, fixed-price natural gas transactions and calculated a volume weighted average price index for natural gas pricing/delivery locations.

27.     Defendant knowingly directed traders he supervised to deliver reports concerning purported trades to *Gas Daily* during the Relevant Period, knowing that a substantial portion of which were false or misleading or knowingly inaccurate.

28.     During the Relevant Period *IFERC* sought transaction information regarding natural gas trades, specifically reports of a company's fixed-price baseload deals negotiated during bidweek. A baseload deal is a trade requiring the delivery of a specific quantity of natural gas on each day of the following month. Bidweek refers to the last five trading days of each month.

29.     From at least November 2000 through October 2002, at the Defendant's direction Defendant's Gulf Desk submitted twenty-two spreadsheets to *IFERC* reporting thousands of natural gas trades purportedly made during bidweek.

30.     Each spreadsheet submitted to *IFERC* contained data for purported trades at the natural gas hubs that the Gulf Desk traded, including the Henry Hub, which Defendant knew to be false or misleading or knowingly inaccurate. The Henry Hub is the delivery point for the natural gas futures contract traded on the New York Mercantile Exchange.

31.     During the Relevant Period, the Gulf Desk, at Defendant's direction, knowingly reported thousands of purported trades to *IFERC*, most of which, as Defendant knew, were false

6

or misleading or knowingly inaccurate.

32.    Such false or misleading or knowingly inaccurate reports concerning market information or conditions affects or tends to affect the market price of natural gas, a commodity in interstate commerce.

33.    Defendant's attempted manipulation of the price of natural gas, if successful, could have affected the price of natural gas futures contracts.

34.    In October 2002, Defendant was fired for false reporting when AEP publicly admitted that certain of its employees, including the Defendant, engaged in inaccurate reporting of natural gas trades to firms that compile natural gas price indexes.

## V. Violations Of The Commodity Exchange Act

### Count I: Causing The Delivery Of False or Misleading or Knowingly Inaccurate Information

35.    Paragraphs 1 through 34 are realleged and incorporated herein by reference.

36.    It is a violation of Section 9(a)(2) of the Act, 7 U.S.C § 13(a)(2), for any person, *inter alia*, "knowingly to deliver or cause to be delivered for transmission through the mails or interstate commerce by telegraph, telephone, wireless, or other means of communication false or misleading or knowingly inaccurate reports concerning crop or market information or conditions that affect or tend to affect the price of any commodity in interstate commerce . . ."

37.    Defendant violated Section 9(a)(2) of the Act when he knowingly directed those he supervised to deliver by facsimile and via the Internet reports to *Gas Daily* and *IFERC* containing market information which Defendant knew to be false or misleading or knowingly inaccurate, including price and volume information for purported natural gas trades.

38.    Such false or misleading or knowingly inaccurate reports concerning market

7

information or conditions affected or tended to affect the market price of natural gas, a commodity in interstate commerce.

39.    Each and every act or transaction engaged in by Defendant, as described above, is alleged herein as a separate and distinct violation of Section 9(a)(2) of the Act, 7 U.S.C. § 13(a)(2).

## Count II:  Attempted Manipulation Of The Natural Gas Price Indexes

40.    Paragraphs 1 through 39 are realleged and incorporated herein by reference.

41.    Sections 6(c), 6(d) and 9(a)(2) of the Act, 7 U.S.C. §§ 9, 13b and 13(a)(2), make it illegal for any person to attempt to manipulate the market price of any commodity in interstate commerce.

42.    Defendant had the intent to manipulate natural gas index prices and overtly acted in furtherance of that intent.

43.    Defendant attempted to manipulate natural gas price indexes by knowingly directing those he supervised to deliver false or misleading or knowingly inaccurate reports of natural gas trades to firms that compile natural gas price indexes.

44.    Each and every act or transaction engaged in by the Defendant in furtherance of the manipulative scheme, as described above, is alleged herein as a separate and distinct violation of Sections 6(c), 6(d), and 9(a)(2) of the Act, 7 U.S.C. §§ 9, 13b, and 13(a)(2).

### VI. Relief Requested

WHEREFORE, Plaintiff Commission respectfully requests that this Court enter an order of permanent injunction:

A.    restraining and enjoining the Defendant from violating Sections 6(c), 6(d), and 9(a)(2) of the Act, 7 U.S.C. §§ 9, 13b, and 13(a)(2);

8

B.      directing the Defendant to pay a civil monetary penal y, to be assessed by the

Court, in an amount not to exceed the higher of $110,000 before Oc ober 23, 2000 and $120,000

for each violation occurring on or after October 23, 2000, or triple th e monetary gain to the

Defendant for each violation of the Act, as described herein;

C.      directing the Defendant to make full restitution of fur ds received by him as a

result of acts and practices which constituted violations of the Act ar d Regulations, as described

herein, and interest thereon from the date of such violations;

D.      permanently prohibiting Defendant from trading on o subject to the rules of any

entity registered with the U.S. Commodity Futures Trading Commis ion;

E.      directing the Defendant to disgorge, pursuant to such procedure as the Court may

order, all benefits received, directly or indirectly, from acts or practic s which constitute

violations of the Act as described herein, including pre-judgment int rest thereon from the date

of such violations; and

F.      providing for all costs, attorney's fees incurred by Plai ntiff, and such other and

further remedial and ancillary relief as this Court may deem necessar and appropriate.

Dated: September 14, 2005

9

Respectfully submitted,

Gregory G. Lockhart
United States Attorney
Southern District of Ohio

By: _____
Andrew M. Malek (0061442)
Assistant United States Attorney
Southern District of Ohio, Eastern Division
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
(614) 469-5715
(614) 469-5240 (fax)
E-mail: Andrew.Malek@usdo .gov


_____
Stephen J. Obie, Regional Counsel
Lenel Hickson, Jr., Deputy Regional Counsel
David W. MacGregor, Chief Trial Attorney
Gregory Compa, Trial Attorney
Division of Enforcement
US Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9733
(646) 746-9940 (fax)
E-mail: Gcompa@cftc.gov

10