UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 06-210 (RCL) |
| MICHAEL WHITNEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER ADMITTING CAROLYN K. FOLEY, ESQUIRE
### *PRO HAC VICE*

Upon the motion [5] of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that Carolyn K. Foley, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of third party the McGraw-Hill Companies, Inc. in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.