# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>**UNITED STATES COMMODITY** )<br>**FUTURES TRADING COMMISSION,** )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**MICHAEL WHITNEY,** *et al.*, )<br> )<br>**Defendants.** )<br>_____ ) | **Misc. No. 06-210 (RCL)** |

## ORDER ADMITTING KEVAN CHOSET, ESQUIRE
### *PRO HAC VICE*

Upon the motion [4] of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that Kevan Choset, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of third party the McGraw-Hill Companies, Inc. in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.