UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 1:06MS00210 (RCL) |
| ) | |
| Michael Whitney, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING DOCUMENT UNDER SEAL

Notice is hereby given that plaintiff U.S. Commodity Futures Commission ("Commission") is filing a document entitled Supplemental Declaration of Anthony M. Mansfield ("Declaration") under seal. Attached to the Declaration as Exhibit 8 are documents that the United States District Court for the Northern District of Oklahoma ordered be filed under seal. *See U.S. Commodity Futures Trading Commission v. Jeffrey A. Bradley and Robert L. Martin*, Civil Action No. 05-cv-62 (N.D. Ok.). The Oklahoma court ordered that the documents remain under seal on May 31, 2006, pending the Oklahoma court's consideration of a motion for protective order filed by The McGraw-Hill Companies, Inc. ("McGraw-Hill") in the Northern District of Oklahoma.[1]

---

[1] The documents the Oklahoma court instructed the parties to file under seal are not among the documents for which McGraw-Hill seeks, or could as a matter of law seek, a protective order.

Dated: June 8, 2006                                    Respectfully submitted,
      Washington, D.C.

                                                /s/ Anthony M. Mansfield
                                                Michael J. Otten (VA Bar No. 42371)
                                                Anthony M. Mansfield (MA Bar 630216)
                                                Laura Gardy (FL Bar 523909)
                                                United States Commodity Futures
                                                   Trading Commission
                                                1155 21st Street, N.W.
                                                Washington, D.C. 20581
                                                202.418.5000
                                                202.418.5523 (facsimile)