IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
U.S. Commodity Futures Trading Commission,

                Plaintiff,

        - against -

Michael Whitney, et al.

                Defendants.
------------------------------------------------------------- x

**Case No. 1:06-mc-00210 (RCL)**

**NOTICE OF FILING UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Third Party The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by and through undersigned counsel, herewith file the following document under seal:

APPLICANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO SEAL THE AFFIDAVIT OF KELLEY DOOLAN

This document is subject to the pending Order Sealing the Supplemental Declaration of Kelley Doolan in the above-captioned case. A copy of that proposed Order is attached hereto.

Dated this 14th day of June, 2006, New York, New York.

                Respectfully submitted,

                s/ Richard L. Cys_____
                Richard L. Cys
                D.C. Bar No. 087536
                DAVIS WRIGHT TREMAINE LLP
                1500 K Street, N.W.
                Suite 450
                Washington, D.C. 20005-1272
                (202) 508-6600 (phone)
                (202) 508-6699 (fax)
                *Counsel for Third Party The McGraw-Hill Companies, Inc.*

Of Counsel:
Victor A. Kovner (*pro hac vice* admission pending)
Carolyn K. Foley (*pro hac vice* admission pending)
Kevan D. Choset (*pro hac vice* admission pending)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: carolynfoley@dwt.com

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020