IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
U.S. Commodity Futures Trading Commission, :
                          Plaintiff, :    **Case No. 1:06-mc-00210 (RCL)**
           - against - :
Michael Whitney, et al. :
                        Defendants. :
---------------------------------------------------------------- x

## ORDER SEALING THE SUPPLEMENTAL DECLARATION OF KELLEY DOOLAN AND THE UNREDACTED REPLY MEMORANDUM

Applicant The McGraw-Hill Companies, Inc. ("McGraw-Hill") having filed a Motion to Seal the Supplemental Declaration of Kelley Doolan and Unredacted Reply Memorandum, and the Court having considered the matter:

(1)    the Court has jurisdiction over the subject matter of this case pursuant to Section 6(c) of the Commodity Exchange Act, 7 U.S.C. § 13a-1;

(2)    there is good cause to believe that public disclosure of the Supplemental Declaration of Kelley Doolan and Unredacted Reply Memorandum would compromise the integrity of McGraw-Hill's proprietary and trade secret information and irrevocably harm McGraw-Hill's ability to compete in the marketplace;

(3)    a redacted version of this same Reply Memorandum has been filed publicly;

(4)    the public's right of access is strongly outweighed by the compelling interest of the Applicant, a non-party in the present cases, in protecting the confidentiality of its trade secrets and other proprietary information; and

(5)    the request to seal is narrowly tailored to serve these interests.

THEREFORE IT IS HEREBY ORDERED that the Applicant's Motion to Seal the Supplemental Declaration of Kelley Doolan and Unredacted Reply Memorandum is GRANTED and that such Declaration and Memorandum shall be sealed until further Order of this Court.

SO ORDERED this ____ day of _____, 2006

_____
UNITED STATES DISTRICT COURT JUDGE