UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL WHITNEY ET AL,<br><br>    Defendants | Case No. 1:06-mc-00210 (RCL)<br><br>**SUPPLEMENTAL DECLARATION OF CAROLYN K. FOLEY** |

1.    I am a partner in the firm of Davis Wright Tremaine LLP, attorneys for respondent The McGraw-Hill Companies, Inc. ("McGraw-Hill") in this action. I make this declaration in further support of McGraw-Hill's Cross-Motion for a Protective Order. The information set forth herein is based on my familiarity with these and related proceedings and the files related thereto and my review of prior sworn statements made in related cases.

2.    One of the Defendants in the present cases, Jeffrey A. Bradley, brought a motion to compel against McGraw-Hill in the Northern District of Oklahoma. Plaintiff the CFTC brought a motion to clarify and/or vacate a protective order binding McGraw-Hill and Defendants Bradley and Martin in the Northern District of Oklahoma. A copy of that protective order is attached as **Exhibit 25**. McGraw-Hill opposed both of those motions and cross-moved for protective orders governing both the scope of production and the confidentiality of McGraw-Hill's documents.

3.    Along with its cross-motion for a protective order binding the CFTC, McGraw-Hill submitted to the Oklahoma Court such a proposed protective order. A copy of that proposed protective order is attached hereto as **Exhibit 26**.

4. On May 31, 2006, the Court in Oklahoma heard oral arguments on these motions. Excerpts of the transcript of those arguments are attached hereto as **Exhibit 27**.

5. In June 2003, the CFTC moved in the Southern District of Texas to compel McGraw-Hill's compliance with two subpoenas it had issued to Platts on February 7, 2003, one of which sought voluminous information regarding 23 energy companies (including CMS, AEP and Duke, three of the four companies that employed the present defendants) and their subsidiaries.

6. On March 29, 2006, after that enforcement action was fully briefed, argued and pending *sub judice* before Judge Hughes, however, the CFTC voluntarily moved to withdraw the motion without prejudice. McGraw-Hill submitted in opposition to that withdrawal, arguing that the dismissal should be *with* prejudice. A copy of McGraw-Hill's opposition is attached hereto as **Exhibit 28**. On March 30, 2006, Judge Lynn N. Hughes responded by dismissing the motion *with* prejudice.

7. McGraw-Hill has also received a subpoena from plaintiffs in a private class action in the Southern District of New York and has been compelled to produce a limited amount of its information. Those plaintiffs have agreed to be bound to a protective order requiring them to maintain the confidentiality of any McGraw-Hill documents produced to them. A copy of that protective order is attached hereto as **Exhibit 29**.

8. McGraw-Hill has also produced documents subject to a grand jury subpoena in the Southern District of Texas. Recently, one of the Judges in the Southern District of Texas before whom a criminal action resulting from the grand jury investigation is pending, held a hearing on the confidentiality protections that should be afforded to McGraw-Hill's documents. (Part of that hearing, in which trade secrets were discussed, was closed to the public.) After that

hearing, the Judge affirmed her earlier directive that the documents be kept confidential and filed under seal during the pretrial phase of the case and ordered that McGraw-Hill documents used at trial be displayed in a manner visible to the jury, witnesses, and Court, but not members of the public attending the trial. The Judge reserved decision on the questions of whether trial exhibits will be filed in the public record once they are admitted, and, if so, in what form. A copy of the Judge's order regarding the use of McGraw-Hill's documents at trial is attached hereto as **Exhibit 30**.

9.  On May 26, 2006, McGraw-Hill filed under seal an Affidavit of Kelley Doolan. A redacted version of that Affidavit is attached hereto for public filing as **Exhibit 31**.

10. On June 7, 2006, McGraw-Hill filed with the Northern District of Oklahoma a Declaration of Larry Foster. A copy of that Declaration is attached hereto as **Exhibit 32**.

11. On September 27, 2005, this Court heard oral arguments in *CFTC v. McGraw-Hill Company, Inc.*, Misc. No. 05-235. Excerpts of the transcript of those arguments are attached hereto as **Exhibit 33**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 14, 2006
        New York, New York

*[signature]*
Carolyn K. Foley
(Admission *Pro hac vice* pending)