IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
U.S. Commodity Futures Trading Commission,  :
                   Plaintiff,  :    **Case No. 1:06-mc-00210 (RCL)**
        - against -  :
Michael Whitney, et al.  :
                  Defendants.  :
------------------------------------------------------------- x

**NOTICE OF FILING UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Third Party The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by and through undersigned counsel, herewith file the following document under seal:

DECLARATION OF KELLEY DOOLAN (dated June 9, 2006)

This document is subject to the pending Order Sealing the Supplemental Declaration of Kelley Doolan in the above-captioned case. A copy of that proposed Order is attached hereto.

Dated this 14th day of June, 2006, New York, New York.

                          Respectfully submitted,

                          s/ Richard L. Cys
                          Richard L. Cys
                          D.C. Bar No. 087536
                          DAVIS WRIGHT TREMAINE LLP
                          1500 K Street, N.W.
                          Suite 450
                          Washington, D.C. 20005-1272
                          (202) 508-6600 (phone)
                          (202) 508-6699 (fax)
                          *Counsel for Third Party The McGraw-Hill Companies, Inc.*

Of Counsel:
Victor A. Kovner (*pro hac vice* admission pending)
Carolyn K. Foley (*pro hac vice* admission pending)
Kevan D. Choset (*pro hac vice* admission pending)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: carolynfoley@dwt.com

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020