UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Michael Whitney, et al.<br><br>Defendants. | Misc. No. 1:06MS00210 (RCL) |

## THIRD DECLARATION OF ANTHONY M. MANSFIELD

I, Anthony M. Mansfield, under oath, do hereby depose and state as follows:

1. I am an attorney with the Division of Enforcement of the U.S. Commodity Futures Trading Commission ("Commission"). I make this third declaration in further support of the Commission's opposition to the Cross-Motion for Protective Order filed by The McGraw-Hill Companies, Inc. ("McGraw-Hill"). This declaration is based on personal knowledge unless stated otherwise in which case my statements are based on information and belief.

2. Attached as Exhibit 1 is a compact disc, which contains a true and accurate audio recording (in *RealPlayer*) of a panel discussion entitled "New Energy Markets." The panel discussion took place at the International Futures Industry Conference sponsored by the Futures Industry Association ("FIA") in March 2005. Included among the panelists was Harry Sachinis, President of Platts and McGraw-Hill Business Information Group. Mr. Sachinis' comments (to which the Commission directs the Court's attention) begin at approximately minute 28:58 of the audio recording.

RECEIVED

JUN 16 2006

3. The audio recording is available on the FIA's public website. Attached as <u>Exhibit 2</u> is a true and accurate copy of the program listing for the New Energy Markets panel. The program provides, *inter alia*, the link to the audio recording attached as <u>Exhibit 1</u>.

Signed under the penalties of perjury on this 16 day of June, 2006.

_____
Anthony M. Mansfield

2

## CERTIFICATE OF SERVICE

I, Anthony M. Mansfield, hereby certify that on June 16, 2006, I caused a copy of the *Third Declaration of Anthony M. Mansfield* to be served by First Class Mail on the following individuals:

Victor Kovner, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019
*Counsel for The McGraw-Hill Companies, Inc.*
*First Class Mail and Federal Express*

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OH 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

_____
Anthony M. Mansfield

# EXHIBIT 1

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **U.S. COMMODITY FUTURE TRADING COMMISSION**<br>Plaintiff(s), | |
| vs. | **Misc. Case No. 06-210 (RCL)** |
| **MICHAEL WHITNEY, et al.**<br>Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that <u>Exhibit 1</u> of the Third Declaration of Anthony M. Mansfield is a compact disc and it is available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                **NANCY MAYER-WHITTINGTON**

                                                Clerk

# EXHIBIT 2



# International Futures Industry Conference

## Boca 2005 Program

Friday, March 18, 2005 at 9:15 AM

### New Energy Markets

[LISTEN NOW]

Energy trading has been reinvented post-Enron with new marketplaces, new products, new participants and increased transparency. The panel will address these new developments and the role of the regulators and the private sector in addressing market integrity.

**Chair:**
Laurie Ferber, Managing Director, Goldman, Sachs & Co.

**Speakers:**
Nora Brownell, Commissioner, Federal Energy Regulatory Commission
Sharon Brown-Hruska, Acting Chairman, Commodity Futures Trading Commission
Christopher Edmonds, Senior Vice President, ICAP Energy
Thomas LaSala, Senior Vice President, Compliance and Risk Management, New York Mercantile Exchange
Kenneth Raisler, Partner, Sullivan & Cromwell
Harry Sachinis, President, Platts and President, McGraw-Hill Business Information Group

---

Futures Industry Association
2001 Pennsylvania Avenue N.W.
Suite 600
Washington, DC 20006

202.466.5460 phone
202.296.3184 fax
www.futuresindustry.org