UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Misc. No. 06-210 (RCL) |
| MICHAEL WHITNEY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of McGraw-Hill's motions [9, 10, 20] to seal; the CFTC's motion [7] for a conference; the CFTC's motion [22] to file surreply; the CFTC's motion [1] to compel; and McGraw-Hill's motion [11] for a protective order, the applicable law and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that McGraw-Hill's motions [9, 10, 20] to seal shall be GRANTED. The Clerk of Court shall file under seal, until further notice by this Court, the following documents in this matter: Affidavit of Kelly Doolan, the unredacted version of McGraw-Hill's Reply in Support of its Cross-Motion for Protective Order, and the supplemental declaration of Kelly Doolan. It is further

ORDERED that the CFTC's motion [7] for a conference shall be DENIED; it is further

ORDERED that the CFTC's motion [22] to file surreply shall be DENIED; it is further

ORDERED that the CFTC's motion [1] to compel shall be GRANTED in part; it is DENIED as to the motion to compel production of unredacted spreadsheets and related

documents. As to those documents, McGraw-Hill may submit versions of the documents that have been redacted to obscure the names of the reporting companies other than those companies with which the defendants were associated. The motion to compel is GRANTED in all other respects. And it is further

ORDERED that McGraw-Hill's motion [11] for a protective order shall be GRANTED in part. It shall be GRANTED as to the entry of a protective order and DENIED in all other respects. The protective order shall issue this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 25, 2006.