UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Michael Whitney, et al.<br><br>Defendants. | Misc. No. 1:06MS00210 (RCL) |

## PLAINTIFF'S MOTION TO AMEND THE
## COURT'S JULY 25, 2006 PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 59(e), plaintiff U.S. Commodity Futures Trading Commission ("Commission") moves the Court to amend its July 25, 2006 order ("Order"), granting in part, the motion for protective order filed by third party, The McGraw-Hill Companies, Inc. ("McGraw-Hill").

Paragraph 1 of the protective order, which limits the persons to whom the Commission may disseminate the McGraw-Hill documents, contravenes the language of the Commodity Exchange Act ("CEA"), 7 U.S.C. § 12, which provides that the Commission shall furnish information -- including information of the kind the Court compelled McGraw-Hill to produce in this action -- upon request of Congress and/or the Comptroller General.

The enactment of the CEA falls squarely within the "sphere of legitimate legislative activity" encompassed by the Speech or Debate Clause of the United States Constitution, Article I, Section 6, Clause 1. The Speech or Debate Clause affords the legislative branch absolute immunity from judicial interference. As such, neither Congress nor any body with oversight authority over the Commission can be required to apply to the Judiciary and made

to demonstrate that its intended use of the McGraw-Hill documents overcomes the qualified reporter's privilege. Thus, to allow the Order to stand would constitute clear error.

For the foregoing reasons, and the reasons set forth in the accompanying memorandum of points and authorities, the Commission respectfully requests that the Court amend the July 25, 2006 Protective Order to allow the Commission to make available the McGraw-Hill documents upon request of (i) Congress pursuant to Section 8(e) of the CEA, 7 U.S.C. § 12(e), and (ii) the Comptroller General of the United States pursuant to Section 8(i) of the CEA, 7 U.S.C. § 12(i).

Dated: August 2, 2006
Washington, D.C.

Respectfully submitted,

/s/ Anthony M. Mansfield
Michael J. Otten (VA Bar No. 42371)
Anthony M. Mansfield (MA Bar 630216)
Laura Gardy (FL Bar 523909)
United States Commodity Futures
  Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000
202.418.5523 (facsimile)

## RULE 7 CERTIFICATE

I, Anthony M. Mansfield, certify that pursuant to Local Rule 7(m) for the United States District Court for the District of Columbia, I conferred by telephone with counsel for The McGraw-Hill Companies, Inc. about the issue that is the subject of the Commission's motion to amend. Despite counsels' good faith efforts, the parties were unable to narrow the areas of disagreement. I anticipate that McGraw-Hill will oppose the motion.

/s/ Anthony M. Mansfield
Anthony M. Mansfield

CERTIFICATE OF SERVICE

      I, Anthony M. Mansfield, hereby certify that on August 2, 2006, I caused a copy of the *Motion to Amend the Court's July 25, 2006 Protective Order* to be served by First Class Mail on the following individuals:

Victor Kovner, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019
*Counsel for The McGraw-Hill Companies, Inc.*
*First Class Mail and Federal Express*

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OH 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

                                         /s/ Anthony M. Mansfield
                                         Anthony M. Mansfield