UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| U.S. Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 1:06MS00210 (RCL) |
| | ) | |
| Michael Whitney, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of the Commodity Futures Trading Commission's Motion to Amend the Court's July 25, 2006 Protective Order, the applicable law, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion to Amend is granted.

IT IS FURTHER ORDERED that the Protective Ordered entered on July 25, 2006 will be amended to allow the Commission to make available the McGraw-Hill Documents upon request of the Congress pursuant to 7 U.S.C. § 12(e) or the Comptroller General of the United States, 7 U.S.C. § 12(i).

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August , 2006

CERTIFICATE OF SERVICE

I, Anthony M. Mansfield, hereby certify that on August 2, 2006, I caused a copy of the *Proposed Order* to be served by First Class Mail on the following individuals:

Victor Kovner, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019
*Counsel for The McGraw-Hill Companies, Inc.*
*First Class Mail and Federal Express*

Samuel F. Abernathy, Esq.
Menaker & Herrmann
10 East 40th Street
New York, NY 10016-0301
*Counsel for Michael Whitney*

Matthew L. Fornshell, Esq.
250 West Street
Columbus, OII 43215
*Counsel for Joseph Foley*

David R. Cordell, Esq.
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
*Counsel for Jeffrey Bradley*

Thomas M. Ladner, Esq.
Norman Wohlgemuth Chandler & Dowdell
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
*Counsel for Robert Martin*

Robert B. Christie, Esq.
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
*Counsel for Andrew Richmond*

/s/ Anthony M. Mansfield
Anthony M. Mansfield

2