UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 1:06MS00210 (RCL) |
| ) | |
| Michael Whitney, et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

**WHEREAS** U.S. Commodity Futures Trading Commission ("Commission") served third party The McGraw-Hill Companies, Inc. ("McGraw-Hill") with a Motion to Amend the Court's July 25, 2006 Protective Order on August 2, 2006; and

**WHEREAS** McGraw-Hill requests and the Commission assents,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the respondent McGraw-Hill will serve its Opposition to the Commission's Motion to Amend by August 21, 2006, and that the Commission will serve its reply papers in further support of its Motion to Amend by August 30, 2006.

Dated: August 2, 2006

| | |
|---|---|
| UNITED STATES COMMODITY<br>FUTURES TRADING COMMISSION | DAVIS WRIGHT TREMAINE LLP |
| By:/s/ Anthony M. Mansfield<br>    Michael J. Otten (VA Bar No. 42371)<br>    Anthony M. Mansfield (MA Bar No. 630216)<br>    Laura Gardy (FL Bar No. 523909)<br>    1155 21st Street, N.W.<br>    Washington, D.C. 20581<br>    (202) 418-5000 | By:/s/ Richard L. Cys<br>    Richard L. Cys (D.C. Bar 087536)<br>    1500 K Street, N.W., Suite 450<br>    Washington, D.C. 20005-1272<br>    (202) 508-6600 |
| *Counsel for United States Commodity*<br>*Futures Trading Commission* | *Counsel for The McGraw-Hill*<br>*Companies, Inc.* |
| | Of Counsel: |
| | DAVIS WRIGHT TREMAINE LLP<br>    Victor A. Kovner<br>    Carolyn K. Foley<br>    Kevan Choset<br>    1633 Broadway<br>    New York, NY 10019<br>    (212) 489-8230 |

It is SO ORDERED.

Signed at Washington, D.C.,
this ___ day of _____, 2006.

_____
United States District Court Judge