UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE MCGRAW-HILL COMPANIES, INC.,  )<br>)<br>Defendant.  ) | Misc. No. 06-210 (RCL) |

### ORDER

Upon consideration of the Stipulation [30] between plaintiff (the "CFTC") and third-party defendant The McGraw-Hill Companies, Inc., regarding filing deadlines concerning response briefs to plaintiff's August 2, 2006 Motion to Amend the Court's July 25, 2006 Protective Order, it is hereby

ORDERED that the Stipulation [30] is approved; and it is further

ORDERED that the following deadlines shall apply in this case:

1. Respondent McGraw-Hill shall serve serve its Opposition to the CFTC's Motion to Amend by August 21, 2006; and

2. The CFTC will serve its reply papers in further support of its Motion to Amend by August 30, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.