**Mansfield, Anthony**

---

| | |
|---|---|
| **From:** | CM-ECFMail_OKND@oknd.uscourts.gov |
| **Sent:** | Tuesday, September 05, 2006 9:39 AM |
| **To:** | CM-ECFLive_OKND@oknd.uscourts.gov |
| **Subject:** | Activity in Case 4:05-cv-00062-JHP-FHM U.S. Commodity Futures Trading Commission v. Bradley et al "Minute Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**Northern District of Oklahoma**

Notice of Electronic Filing

The following transaction was received from pll, Dpty Clk entered on 9/5/2006 at 8:39 AM CDT and filed on 9/5/2006
**Case Name:**   U.S. Commodity Futures Trading Commission v. Bradley et al
**Case Number:**   4:05-cv-62
**Filer:**
**Document Number:** 164

**Docket Text:**
MINUTE ORDER by Judge James H Payne : *Affirming the Magistrate Judge's Protective Order as written and Denying Plaintiff's Appeal of same*, denying [156] Appeal of Magistrate Judge's Order (Re: [154] Protective Order, Ruling on Motion for Miscellaneous Relief, Ruling on Motion for Protective Order, ) (pll, Dpty Clk)

The following document(s) are associated with this transaction:

**4:05-cv-62 Notice will be electronically mailed to:**

Kevan Choset    kevanchoset@dwt.com, lesliemajer@dwt.com

David Ryan Cordell    dcordell@cwlaw.com, cbryant@cwlaw.com

Jeannine Felicia D'Amico    jdamico2@cwt.com,

Mary Alex Dabiza    masha.dabiza@cwt.com

Sidney George Dunagan    sdunagan@gablelaw.com, cjann@gablelaw.com

Carolyn K Foley    carolynfoley@dwt.com, lesliemajer@dwt.com

Bruce Wayne Freeman    bfreeman@cwlaw.com, lclark@cwlaw.com

James Anthony Garcia    jgarcia@cftc.gov, msolinsky@cftc.gov; jimtine04@yahoo.com