IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x
U.S. Commodity Futures Trading Commission,  :
                                            :
       Plaintiff,                         :   **Case No. 1:06-mc-00210 (RCL)**
                                            :
       - against -                        :
                                            :
Michael Whitney, et al.                     :
                                            :
       Defendants.                        :
-------------------------------------------------------x

## NON-PARTY MCGRAW-HILL'S MOTION TO FILE SURREPLY

Non-party The McGraw-Hill Companies, Inc. ("McGraw-Hill") respectfully moves this Court for leave to file a surreply in further opposition to the U.S. Commodity Futures Trading Commission's ("CFTC") Motion to Amend the Court's July 25, 2006 Protective Order ("Protective Order"). The surreply is attached hereto as Exhibit A. As grounds for this motion, McGraw-Hill states as follows:

       1.     On May 26, 2006, McGraw-Hill moved for a protective order governing the use of documents McGraw-Hill may be required to produce to the CFTC by this Court. On July 25, 2006, this Court granted that motion, and entered a protective order. Relevantly, that Protective Order prohibits the CFTC from disseminating McGraw-Hill's privileged documents to any other parties other than for use in the present litigation.

       2.     On August 2, 2006, the CFTC moved this Court to amend its prior order in order to allow the CFTC to produce documents upon the request of Congress or the Comptroller General, pursuant to Sections 8(e) and 8(i) of the Commodity Exchange Act. The CFTC's argument relied upon the "Speech or Debate" clause of the U.S. Constitution.

       3.     On August 21, 2006, McGraw-Hill filed an opposition to the CFTC's

NYC 174040v1 3930059-27

motion, in which it argued that the Speech or Debate clause does not apply to the present situation.

4. On August 29, 2006, the CFTC filed a reply memorandum in further support of its motion to amend. The reply memorandum relies on an entirely new line of cases not originally discussed in support of its motion to amend – chiefly, *FTC v. Owens-Corning Fiberglas Corp.*, 626 F.2d 966 (D.C. Cir. 1980) – and characterizes them in a manner that misconstrues the controlling law. McGraw-Hill submits this surreply to correct the misimpression

5. McGraw-Hill respectfully submits that there is good cause for the court to grant leave to file this surreply since the argument presented by the CFTC on reply and the authority therefore was not known to McGraw-Hill at the time it filed its opposition and was not, therefore, an argument to which McGraw-Hill was able to respond. *See Groobert v. President and Directors of Georgetown College*, 219 F.Supp.2d 1, 13 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.") (quotes and citation omitted); *see also, Alexander v. FBI*, 1998 WL 1049005, *1 (D.D.C. 1998).

Dated: September 1, 2006
      New York, New York

Respectfully submitted,

s/ Richard L. Cys
Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272
(202) 508-6600 (phone)
(202) 508-6699 (fax)

*Counsel for Non-Party The McGraw-Hill Companies, Inc.*

Of Counsel:
Victor A. Kovner (*pro hac vice*)
Carolyn K. Foley (*pro hac vice*)
Kevan D. Choset (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: carolynfoley@dwt.com

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020