UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 1:06MS00210 (RCL) |
| ) | |
| Michael Whitney, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF CONSENT ORDER IN RELATED ACTION

Notice is hereby given by plaintiff, U.S. Commodity Futures Trading Commission ("Commission") of entry of *Consent Order of Permanent Injunction, Civil Monetary Penalty and other Equitable Relief* by the United States District Court for the Southern District of Ohio in *CFTC v. Joseph Foley*, Civil Action No. 2:05-cv-849 (S.D. Ohio). The Consent Order resolves all outstanding issues in that action.

In *Foley*, the Commission served a subpoena *duces tecum* on Third Party, The McGraw-Hill Companies, Inc. ("McGraw-Hill"). That subpoena is one of the four subpoenas the Commission seeks to enforce in this action. As a result of the Consent Order, the Commission withdraws the subpoena served on McGraw-Hill in the *Foley* action only.[1]

---

[1] On July 25, 2006, this Court entered an order requiring McGraw-Hill to produce documents responsive to the Commission's four subpoenas pursuant to a protective order. On August 2, 2006, the Commission filed a motion to amend the protective order to allow the Commission to produce the McGraw-Hill documents upon request by Congress. The Court has not ruled on the Commission's motion. In the interim, McGraw-Hill has not produced documents responsive to any of the four subpoenas.

2

Dated: October 3, 2006  
     Washington, D.C.

Respectfully submitted,

/s/ Anthony M. Mansfield  
Michael J. Otten (VA Bar No. 42371)  
Anthony M. Mansfield (MA Bar 630216)  
Laura Gardy (FL Bar 523909)  
United States Commodity Futures  
   Trading Commission  
1155 21st Street, N.W.  
Washington, D.C. 20581  
202.418.5000  
202.418.5523 (facsimile)

CERTIFICATE OF SERVICE

      I, Anthony M. Mansfield, hereby certify that on October 3, 2006, I caused a copy of the *Notice of Entry of Consent Order in Related Action* to be served by ECT and First Class Mail on the following individuals:

Victor Kovner, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019
*Counsel for The McGraw-Hill Companies, Inc.*