UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-mc-210 (RCL) |
| MICHAEL WHITNEY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**MEMORANDUM & ORDER**

This matter comes before the Court on the Commission's Motion [29] to Amend the Court's July 25, 2006, Protective Order.

The Court agrees with McGraw Hill that the Commission is seeking to draw the Court into a theoretical debate about the Speech or Debate Clause of the United States Constitution. The Commission's belief that the Court's Order might possibly someday limit the Commission's ability to provide information to some inquiry – as yet unmade – by Congress or the Comptroller General, simply does not warrant this Court's reconsideration of its underlying Order here. The Court is confident that should Congress or the Comptroller General ever make a request that can only be satisfied with documents provided under this Court's Protective Order, a motion for appropriate relief can be made and decided. Where no such request has even been made – nor does it seem likely, absent the Commission itself raising the question – there is simply no reason for this Court to resolve the question.

McGraw Hill's unopposed Motion [37] to file a surreply is GRANTED.

The Commission's Motion [29] to Amend is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 20, 2006.